IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2006 AUG 15 P 3: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER | ) | |
| AGENCY, LLC REPRESENTED BY | ) | |
| JOSEPH APPIAH, CHAIRMAN | ) | |
| THERAPEUTIC FOSTER CHILDREN, | ) | |
| FOSTER PARENTS AND STAFF | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CASE NO. 2:06CV735-MHT |
| | ) | |
| GOVERNOR BOB RILEY,  DEPT OF | ) | |
| HUMAN RESOURCES COMMISSIONER | ) | |
| PAGE WALLEY, AND SUSAN WARD | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants Bob Riley, Governor of the State of Alabama, Page Walley, Commissioner of

the Alabama Department of Human Resources, and Susan Ward hereby file this notice of

removal of the above-described civil action to the United States District Court for the Middle

District of Alabama, Northern Division, from the Circuit Court of Montgomery County,

Alabama, where the civil action is now pending, as provided by Title 28, U.S. Code, Chapter 89,

specifically 28 U.S.C. § 1446, and states:

1.    The above-entitled action was commenced by the filing of a complaint in the

Circuit Court of Montgomery County, Alabama, on June 27, 2006, and is now pending in that

court as Civil Action Number CV-06-1819.

2.    The United States District Court has jurisdiction of the above-referenced civil

action under 28 U.S.C. § 1331 in that the action arises under the laws of the United States.  The

complaint alleges that the defendants have violated plaintiff's rights in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C.§ 2000d et seq (1976).

3.    Process was served on Defendants Bob Riley and Page Walley on July 18, 2006, and on Susan Ward on July 21, 2006, along with copies of Plaintiffs' Complaint setting forth the claim for relief upon which the action is based.

4.    The time has not elapsed within which Defendants are entitled to file notice of removal to this Court.

5.    All defendants are represented by the undersigned counsel and join in the removal of this action.

6.    Copies of all process, pleadings, and orders served upon defendants are filed with this notice.

7.    Defendants will give written notice of the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d), to the Pro Se Plaintiff, Joseph Appiah, P O Box 788, Phenix City, Alabama 36868.

8.    Defendants will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Montgomery County, Alabama, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action proceed in this Court as an action properly removed to it.

Dated: _15  Aug  06_

RESPECTFULLY SUBMITTED,

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL

2

JOEL C. MARSH,  MAR 052
Assistant Attorney General
State of Alabama Department of
Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL  36130-4000
Telephone:  (334) 242-9330
FAX:  (334) 242-0689
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing NOTICE OF

REMOVAL upon the following by placing a copy thereof, addressed to him as indicated below,

in U.S. Mail, first class postage prepaid, on this the ___15th___ day of August 2006.

Joseph Appiah, pro se plaintiff
P.O. Box 788
Phenix City, Alabama  36868

                                    Joel C Marsh – MAR052
                                    Assistant Attorney General

                                    ATTORNEY FOR DEFENDANTS

                                    State of Alabama
                                    Department of Human Resources
                                    P. O. Box 304000
                                    Montgomery, Alabama  36130-4000
                                    Telephone:  (334) 242-9330
                                    Fax:  (334) 242-0689

State of Alabama
Unified Judicial System

Form ARCivP-93    Rev. 5/99

**COVER SHEET**
**CIRCUIT COURT - CIVIL CASE**
(Not For Domestic Relations Cases)

Case Nu

| C | V | | | | | | | | | | . | |

Date of Filing:
| | | | | | | |
Month   Day    Year

Judge Code:
| | | | |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF  MONTGOMERY
_____, ALABAMA
(Name of County)

CAMELLIA THERAPEUTIC FOSTER CARE, LLC

Plaintiff    v.   STATE DEPARTMENT OF HUMAN RESOURCES

**First Plaintiff**
[✓] Business    [ ] Individual
[ ] Government  [ ] Other

**Defendant**

**First Defendant**
[ ] Business    [ ] Individual
[✓] Government  [ ] Other

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
[ ] WDEA  -  Wrongful Death
[ ] TONG  -  Negligence: General
[ ] TOMV  -  Negligence: Motor Vehicle
[ ] TOWA  -  Wantonness
[ ] TOPL  -  Product Liability/AEMLD
[ ] TOMM  -  Malpractice-Medical
[ ] TOLM  -  Malpractice-Legal
[ ] TOOM  -  Malpractice-Other
[ ] TBFM  -  Fraud/Bad Faith/Misrepresentation
[ ] TOXX  -  Other: _____

**TORTS: PROPERTY INJURY**
[ ] TOPE  -  Personal Property
[ ] TORE  -  Real Property

**OTHER CIVIL FILINGS**
[ ] ABAN  -  Abandoned Automobile
[ ] ACCT  -  Account & Nonmortgage
[✓] APAA  -  Administrative Agency Appeal
[ ] ADPA  -  Administrative Procedure Act
[ ] ANPS  -  Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
[ ] MSXX  -  Birth/Death Certificate Modification/Bond Forfeiture Appeal/
             Enforcement of Agency Subpoena/Petition to Preserve
[ ] CVRT  -  Civil Rights
[ ] COND  -  Condemnation/Eminent Domain/Right-of-Way
[ ] CTMP  -  Contempt of Court
[ ] CONT  -  Contract/Ejectment/Writ of Seizure
[ ] TOCN  -  Conversion
[ ] EQND  -  Equity Non-Damages Actions/Declaratory Judgment/Injunction
             Election Contest/Quiet Title/Sale For Division
[ ] CVUD  -  Eviction Appeal/Unlawful Detainer
[ ] FORJ  -  Foreign Judgment
[ ] FORF  -  Fruits of Crime Forfeiture
[ ] MSHC  -  Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
[ ] PFAB  -  Protection From Abuse
[ ] FELA  -  Railroad/Seaman (FELA)
[ ] RPRO  -  Real Property
[ ] WTEG  -  Will/Trust/Estate/Guardianship/Conservatorship
[ ] COMP  -  Workers' Compensation
[ ] CVXX  -  Miscellaneous Circuit Civil Case

FILED
2006 JUN 27   PM 2: 59
CIRCUIT COURT OF
MONTGOMERY COUNTY

**ORIGIN** (check one):    F [✓] INITIAL FILING      A [ ] APPEAL FROM DISTRICT COURT      O [ ] OTHER: _____
                           R [ ] REMANDED           T [ ] TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   [✓] YES  [ ] NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   [✓] MONETARY AWARD REQUESTED    [ ] NO MONETARY AWARD REQUESTED

ATTORNEY CODE:
| D | | | | | |

Date  6/27/06

_Jeremiah_  C.E.O
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    [✓] YES  [ ] NO  [ ] UNDECIDED

| State of Alabama Unified Judicial System | **SUMMONS COPY** - CIVIL - | Case Number CV-06-1819 077 |
|---|---|---|

Form C-34    Rev 6/88

IN THE _Circuit ( Civil)_ COURT OF _Montgomery_ COUNTY

Plaintiff _Camellia Therapeutic Agency LLC Joseph Appiah_ v. Defendant _Hon Page Walbey commissioner SDHR_

NOTICE TO _Gordon Person Bldg. 50 Ripley street 2nd Montg AL 36130_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Joseph Appiah_ WHOSE ADDRESS IS _P. O. Box 788 phenix City AL 36868_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _07/13/06_                    _Melissa Pittengar_       By: _K_
                                   Clerk/Register

☐ Certified Mail is hereby requested.                _Appiah_
                                   Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ (Date)
in _____ County,
Alabama on _____
        (Date)

Date _____

Address of Server _____

Server's Signature _____

Type of Process Server _____

FILED 2006 JUN 27 PM 3: 26 CIRCUIT COURT OF MONTGOMERY COUNTY

RECEIVED 2006 DHR LEGAL DIVISION



IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, ALABAMA

CAMELLIA THERAPEUTIC FOSTER )
AGENCY, LLC Represented By )
JOSEPH APPIAH, Chairman )
THERAPEUTIC FOSTER CHILDREN, )
FOSTER PARENTS AND STAFF )
   Plaintiff )
  )
V. )
  )   CASE NO: CV-06-1819
HON. BOB RILEY, Governor of Alabama in his )
Official Capacity as the Chairman of the )
ALABAMA STATE DEPARTMENT OF )
HUMAN RESOURCES )   PLAINTIFF DEMANDS A
  )   TRIAL BY JURY
  )
HON. PAGE WALLEY, Commissioner of the )
Department of Human Resources )
  )
HON. SUSAN WARD, Director of Federal and )
State Contracts of the Alabama Department of )
Human Resources )
  )
   Defendant

## COMPLAINT

   Camellia Therapeutic Foster Agency, LLC ("Camellia"), plaintiff herein, by and

through its undersigned Chairman Joseph Appiah, for its complaint herein alleges as

follows:

## INTRODUCTION

   1.  This is an action to enjoin and restrain the defendant from engaging in

discrimination an other unlawful conduct, and to compel the defendant to reinstate and/or

award contracts to plaintiff pursuant to the defendant's Request for Proposals ("RFP") for

Therapeutic Foster Care for Children in Alabama.

2. This action is brought pursuant to Title VI of the Civil Rights Act (1964), 42 U.S.C. 2000d, et seq. and Code of Alabama (1975), S38-2-6 Specifically, 42 U.S.C. 2000d states that: "No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance."

## JURISDICTION

3. Jurisdiction in this action is predicated upon Alabama Code (1975), SS12-11-30,12-11-31, 38-4-5, 41-22-1 through 27.

## VENUE

4. Venue for this action is predicated upon Rule 82, Alabama Rules of Civil Procedure (ARCP)

## THE PARTIES

5. Plaintiff, Camellia, is an Alabama company with its principal place of business at 2310 Crawford Road, Suite 104 P.O. Box 788 Phenix City, Alabama 36868.

6. Defendant, Hon. Governor Bob Riley, Governor of Alabama, who is the chairman of the Board of Directors of the State Department of Human Resources. His Commissioner (SDHR) Hon. Page Walley and Hon. Susan Ward the Director of SDHR State and Federal Contracts and Grants.

## ADMINISTRATIVE HEARING 660-1-5-.08

Camellia did not want the court to send the suit back, because it had not gone through Administrative Hearing, so Camellia made a formal appeal to the Commissioner and we were denied a hearing. Camellia made another request for Administrative Hearing from Attorney Bill Prendergast Administrative Law Judge to further avoid a Jury Trial and the public knowing all the secrets going on at SDHR, but Attorney Hon. Joel C. Marsh

following the advice of the Commissioner denied the hearing. After all if they lose it does not cost them anything, because it's the public money. Camellia made a final appeal to the Governor and we were denied a hearing. We have no choice but to take our case to the court.

## FACTUAL AVERSMENT

7. On or about February 28, 2005 DHR issued the RFP to Camellia and other vendors that provides therapeutic foster care for children in Alabama. **(EXHIBIT 1)**

8. In the Selection section (pp. 10-11 of the RFP), DHR set out a scoring process with a maximum of 1000 points to be earned by individual vendors. DHR did not indicate the points below which a vendor would not be awarded a contract under the RFP.

9. DHR did not indicate in the RFP, that if you fail below 800 points, all your foster Children as well as foster parents would be distributed to new agencies with no Therapeutic Foster Care License from Tennessee and Boston, MA. This is exactly what they did.

10. DHR set March 18, 2005, as the deadline for the receipt of written letters of intent to Propose and written inquiries from proposes.

11. Camellia submitted its answers to RFP by DHR's April 11, 2005 deadline for the receipt of proposals from vendors. **(EXHIBIT 2)**

12. On May 12, 2005, DHR published on its website a Notice of Intent to Award a Contract (s). **(EXHIBIT 3)** Camellia scored 753.3, but did not receive any contracts from DHR in both the original and amended Notices of Intent to Award a Contract (s).

13. DHR did not contact of Camellia's references (50 points) **(EXHIBIT 4)** as stipulated in the Basis of Selection (Section VI(D)(9).

14. DHR is in violation of its own RFP by not contacting Camellia's references (50 Points) **(EXHIBIT4).** Camellia called all its references to be sure that SDHR RFP Division did not contact them. Camellia also recorded the date of the calls and noted the conversations between Camellia and references. The references said that they were not contacted by E-Mail, phone, or letters, knowing that they were subject to be subpoenaed in a Trial sooner or later.  The moment SDHR, together with it's Commissioner, Director of Federal Contracts and State Grants along with their Attorneys changed the rules, it became a matter of courts business to explain to this Honorable Court why our references were not called to allow us to receive 803.3 points.

15. Camellia is a licensed therapeutic foster care provider in Alabama with 5 offices and trained and experienced social workers and family consultants located in Phenix City, Montgomery, Birmingham, Mobile and Huntsville.

16. Camellia avers that DHR awarded contracts to vendors that have not been licensed to do business in Alabama, and therefore have had no experience in providing therapeutic foster care in the state.

17. Camellia further avers that DHR did not grade its answers to the RFP objectively, and that DHR has no rational basis for awarding a higher number of contracts to vendors that scored lower on the 1000 point scoring process while those with higher scores received fewer contracts.

18. Camellia, a minority-owned company, further avers that DHR has discriminated against it in violation of federal and state laws that prohibit race, color, or national origin discrimination.

19. Camellia alleges that, the State Department of Human Resources with its

4

Chairman of Board of Directors and the Honorable Governor Bob Riley, Commissioner

Honorable Page Walley, Ph.D. and Director of the Federal & State Grants and Contract

Honorable Susan Ward just handed Youth Villages of Tennessee ($2,427,250.00) for

becoming a Therapeutic Foster Care Agency because they couldn't recruit parents on

their own. So they took the hard working, minority black owned Agencies children and

licensed foster parents and handed them over to them. After all they are from the

Commissioners home state, Tennessee. It will take almost 7 to 10 years to have a stable

70 Licensed foster parent in a new agency and they couldn't wait that long, so they were

rewarded. (THE GOOD OLD BOYS) Camellia alleges that they can get their gratuity

later, for destroying one black company and giving it to a major white company.

Attached are exhibits on how I reached $2,427,250.00 **(EXHIBIT 5)**

      20. Another example of an Agency whose Executive Director lives in Boston, was

awarded 20 foster homes with no offices and no foster parents even though according to

SDHR records scored higher than the Tennessee Agency. Camellia paid for copies of the

following agencies R.F.P. and found numerous deficits in their proposal and Camellia

asked for a formal hearing to point them out. AL MENTOR, CHILD AND FAMILY

1ST, CHILDREN AND FAMILY SERVICES, YOUTH VILLAGES, WILMER HALL,

FIT HOMES, EAGLE ROCK, MOUNTAIN VIEW, NEW WAY OUT. The department

flatly denied the request. Camellia is willing to show this Honorable Court that Camellia

was targeted because we are Black (minority owned agency) and all but one agency who

received a contract was black, Serraji was already in business over 12 years with too

many children and would have caused more problems for the R.C. Consent Decree for

removing his children, that why they were spared. They took one Black Company

5

Camellia who has worked hard for 6 years recruiting 70 plus foster parents, and iterally handed over to a brand new company from Tennessee who is struggling in Huntsville to recruit foster parents. Commissioner Page Waller's administration does not believe in hard work. They reward their political friends with others hard work. Please commissioner Page Walley show me which states in America takes people hard work and give to their political friends besides Alabama State Department of Human Resources. We are willing to take our case to Federal Court.

## OUT COME

Camellia petitions this Honorable Court that the out come of our RFP would have been different if SDHR'S RFP graders would have taken the time to call our references, this would have enabled us to score the 50 points needed in order bring our score to the required 803.3 points needed to receive the contract. Our score would have far exceeded the 800 points required to receive a contract.

21. As a result of the treatment and unlawful actions and inactions of the State Department of Human Resources, its Chairman of the Board of Directors, Hon. Governor Bob Riley, Governor of Alabama in his official capacity as Chairman, the Commissioner Hon. Page Walley and Director of State and Federal Contracts Hon. Susan Ward, Camellia has been irreparably damaged.

## PERMANENT INJUNCTION

Camellia petitions this Honorable Court to issue permanent injunction and order SDHR to release its funds they are holding. Alleging that Medicaid errors of Foster Parents and Staff by using the State Attorney General office for Harassment, intimidation and holding

their funds. By not paying the Agency any money, from April, May, June, and July is already here, they have actually closed our business, <u>without due process</u>. SDHR claimed that, they are the <u>GOD of ALABAMA</u>. SDHR thinks that they can take Black Agencies money and nobody can do anything about it. They are holding a small black (minority) agency funds totaling over $79,000.00 without due process. (Nancy Sledge of SDHR is holding our funds we are unable to hire a Lawyer.)

## PRAYER FOR RELIEF

WHEREFORE, Camellia prays for relief and judgment against defendant as follows:

A.    <u>Equitable Remedies:</u>

Pursuant to 42 U.S.C. 2000d, et seq., that this Court issue an order and judgment against defendant providing the following relief:

1.    That this court issue a **permanent injunction** that will do the following:

1a. Prohibit defendant and its officers, employees, agents, and all other persons acting in concert with defendant from committing any act of discrimination as defined in 42 U.S.C. 2000d, et seq., and Alabama Code (1975), S38-2-6, and from associating directly or indirectly with any other person in concert or participating with defendant.

1b. Enjoin and restrain defendant and all other persons in concert with defendant from further displacing all Camellia's children from our agencies. The defendant under pretext of caring about R.C. has quickly moved 28 children and banned our licensed agency for further recruiting more foster parents. There is no level of plain

7

field here. All goes to Political friends.

1c. Enjoin and restrain the defendant State Department of Human Resources for further removing all our children until all the issues are fully litigated on February 28, 2005 RFP.

1d. Order defendant to disclose, disseminates, and make available to Camellia all documents relating to Notice of Intent to Award a Contract (s) on May 12, 2005.

1e. Award Contracts to Camellia on the basis of answers submitted to DHR in response the RFP, where Camellia was cheated on 50 points and bring our score to 803.3

1f. Order defendant to establish an objective and rational scoring process for awarding contracts pursuant to RFP.

1g. Order the defendant to release the names of independent objective personnel who graded the scores of the RFP. SDHR lied that they would use independent faculties who have experience in grading RFP's and whose job does not involve in day to day operations of the agency. That didn't happen.

2. That this Court award Camellia the cost of this suit, together with such other and further relief as may be necessary and appropriate to prevent and restrain further violations of 42 U.S.C. 2000d, et seq., and Alabama Code(1975), S38-2-6, and to end the ongoing wrongful conduct of defendant.

3. Camellia seeks 20 million dollars in damages including punitive damages and pain suffering.

## B. DECLARATORY RELIEF

That this Court declare that defendant has violated 42 U.S.C. 2000d, et seq., and Alabama Code (1975), S38-2-6.

Dated this 27 day of June , 2006.

Joseph Appiah
Plaintiff
P.O. Box 788
Phenix City, AL 36868
(334)448-2999

SERVE DEFEENDANT BY SHERIFF

1.    Chairman of Board of Directors
State Department of Human Resources
Hon. Governor Bob Riley
1142 South Perry Street
Montgomery, AL 36104

2.    Alabama State Department of Human Resources
Attn: Hon. Page B. Walley, Ph.D., Commissioner
Gordon Persons Building 2nd Floor
50 Ripley Street
Montgomery, AL 36130-4000

3.    Alabama State Department of Human Resources
Defendant Hon. Susan Ward Director of State & Federal Contracts
Gordon Persons Building 2nd Floor
50 Ripley Street
Montgomery, AL 36130-4000

9

*EXHIBIT 1*

# REQUEST FOR PROPOSALS

# FOR

# THERAPEUTIC FOSTER CARE for CHILDREN



# ISSUED BY

# ALABAMA DEPARTMENT OF HUMAN RESOURCES

# FAMILY SERVICES

## Monday, February 28, 2005

*Alabama Department of Human Resources • 50 Ripley Street • Gordon Persons Building • Montgomery, Alabama 36130*

SCANNED



## ALABAMA DEPARTMENT OF HUMAN RESOURCES
### REQUEST FOR PROPOSALS

| CONTENT | Page |
|---|---|
| I.   INTRODUCTION | 2 |
| II.  RESERVATIONS | 3 |
| III. SUBMISSION OF PROPOSALS | 4 |
| IV.  PROGRAM NARRATIVE | 6 |
| V.   COMPENSATION FOR PROVIDING SERVICE | 9 |
| VI.  SELECTION | 10 |
| VII. VENDOR CERTIFICATIONS | 11 |
| ATTACHMENT A-THERAPEUTIC FOSTER CARE SERVICE PROGRAMS | 13 |
| ATTACHMENT B- RFP TIME TABLE | 19 |
| ATTACHMENT C- TAXPAYER IDENTIFICATION NUMBER | 20 |
| ATTACHMENT D- DISCLOSURE STATEMENT | 21 |
| ATTACHMENT E- PROPOSAL COVER PAGE | 22 |

I.  **INTRODUCTION**

A.  PURPOSE: This Request for Proposals (RFP) is for the sole purpose of soliciting proposals for **Therapeutic Foster Care for Children** in Alabama. Each proposal must indicate the vendor's ability to meet the provisions set forth in the *Therapeutic Foster Care Manual* Revised 2004, including the implementation of step-down, provision of Core Services, tracking and aftercare and provision of in-home services to the birth family. Therapeutic foster care is to be a time-limited, intensive intervention for children, who are not able to live at home and who fit the diagnostic and behavioral criteria set forth by the Department. Attachment A provides the definition of this therapeutic foster care, the population of children to be served, and the core services.

B.  The contract, if awarded, will be for a period of one (1) year with the option of renewing for two (2) additional one-year periods based on the same terms and conditions. Exercise of option years will be determined in part by an evaluation of the Vendor's performance. Continuation of any agreement between the Alabama Department of Human Resources (Department) and Vendor beyond a fiscal year is contingent upon the receipt of sufficient federal and state funds. Non-availability of funds at any time will cause any agreement to become void and unenforceable and no liquidated damages will accrue to the Department as a result. The Department will not incur liability beyond the accrued payments as of the official date of non-availability of funds.

C.  ENTITIES ELIGIBLE TO SUBMIT A PROPOSAL: Vendors may include governmental agencies, faith-based organizations, non-governmental public or private organizations or individuals who: 1) are legally authorized to conduct business within the State of Alabama; 2) possess the skills needed to perform the services described herein and in the attachment(s) that may accompany this RFP; and, 3) meet the terms and conditions of the RFP.

D.  LETTER OF INTENT TO PROPOSE: A letter indicating a vendor's intent to respond to the RFP should be sent to the RFP Coordinator (Page 3 – Where to Respond) no later than Friday, March 18, 2005. Submission of a *Letter of Intent to Propose* by the specified deadline is not a prerequisite for submitting a proposal, but it is necessary to ensure a vendor's receipt of RFP amendments and other communication regarding the RFP. The letter must include the name of a contact person, full address and email address. The Department will notify vendors of receipt of the *Letter of Intent to Propose* via email.

E.  RFP PROPOSED TIMETABLE: For reference, a timeline for the process of issuing the RFP to the awarding of FY'06 contracts is noted in Attachment B. Note that the proposed timetable is for reference and does not bind the Department to exact dates and time(s).

F.  DUE DATE: Proposals must be received by the Department of Human Resources, Policy, Planning and Research, at the address shown in paragraph G below **no later than 12:00 Noon (Central Time) on Monday, April 11, 2005** in order to be considered. Each vendor is solely responsible for assuring that its proposal is received by the Department by the due date established in the RFP. The Department shall not be responsible for late proposals, and late or incomplete proposals shall not be allowed after the deadline.

2

G.   WHERE TO RESPOND: All Proposals must be hand delivered to:

Alabama Department of Human Resources
Starr Stewart -Policy, Planning and Research
**THERAPEUTIC FOSTER CARE PROPOSAL**
Gordon Persons Building, Suite 2104
50 Ripley Street
Montgomery, Alabama 36130-4000

**Proposals may not be faxed, mailed or submitted electronically.**

H.   VENDORS CONFERENCE: A vendors conference is scheduled for Tuesday, **March 29, 2005** in the auditorium of the Gordon Persons Building (Plaza level) from 1:30 p.m. – 3:30 p.m. Central Time.

I.   QUESTIONS REGARDING RFP:

1.   Interested vendors may submit written questions (preferably via e-mail) regarding this RFP to, Starr Stewart – Policy, Planning and Research e-mail: *ssstewart@dhr.state.al.us.*

2.   Each question must cite the particular section of the RFP to which it relates.

3.   All questions must be received by **5:00 p.m. (Central Time) on Friday, March 18, 2005.**

4.   Answers to written questions will be posted on the DHR website by **Friday, March 25, 2005 after 5:00 p.m.**

5.   Any oral explanations or instructions given during the procurement process shall not bind the Department.

J.   COST:  Vendors are solely responsible for paying all costs incurred as a result of responding to, and complying with this RFP.

## II.   RESERVATIONS

A.   PRE-SELECTION DISCRETION: The Department reserves the right, at its sole discretion, at any time and for any reason, to reject any or all of the proposals submitted in response to this RFP, or to cancel the RFP, if it is deemed by the Department to be in the its best interest to do so.

B.   POST-SELECTION DISCRETION: If a proposal is selected, the Department reserves the right, at its sole discretion, at any time and for any reason, to change its decision with respect to the selection and to select another proposal, or to cancel the RFP, if it is deemed by the Department to be in its best interest to do so.

C.   WAIVERS: Notwithstanding the amendment provisions otherwise set forth herein, the Department reserves the right, at its sole discretion, to waive any minor irregularity in an otherwise valid proposal which would not jeopardize the

3

overall program and to award a contract on the basis of such a waiver in the event the Department determines that such award is in the best interest of the Department. Minor irregularities are those which will not have a significant adverse effect on overall program cost or performance.

D.  NEGOTIATIONS: The Department reserves the right to negotiate with any vendor whose proposal is within the competitive range with respect to technical plan and cost.

E.  DISCLAIMER: Issuance of this RFP does not constitute a commitment by the Department to select any proposal submitted in response to the RFP, or to award a contract to any vendor who responds to the RFP.

F.  NO GUARANTEE OF CONTRACT: Selection of a proposal shall not be binding upon the Department and may or may not, at the Department's sole discretion, result in the Department entering into a contract with the vendor.

G.  ADOPTION OF IDEAS: The Department reserves the right to adopt to its use all, or any part, of a vendor's proposal and to use any idea or all ideas presented in a proposal.

H.  ORAL PRESENTATIONS: The Department reserves the right to require some or all of the vendors to provide oral presentations of their proposals.

I.  AMENDMENTS: The Department reserves the right to amend the RFP. Except as provided above with respect to "WAIVERS" made by the Department, all amendments to the RFP will be made by written addendum issued by the Department and will be mailed to all vendors to whom the RFP was originally mailed, or who have expressed an intent.

*All contracts awarded by this Department are subject to review and approval by the Legislative Oversight Committee and the Governor's Office.*

III.  **SUBMISSION OF PROPOSALS**

A.  SIGNATURES: The proposal cover page must contain the original ink signature of the person(s) legally authorized to bind the vendor to the proposal. The original proposal should be **stamped or otherwise annotated** so that the Department can easily identify which bears the original signature.

B.  NUMBER OF COPIES: The vendor must submit **one original proposal and five (5) copies** of the proposal.

C.  NATURE AND FORMAT OF PROPOSALS: To be considered, the proposal must be concise; describe the vendor's ability to meet the RFP requirements; comply with the time specifications of the RFP; and, provide a specific schedule of implementation that is consistent with the time constraints specified in the RFP. The proposal must also be responsive to the content and format specifications, in sequence, specified in the RFP. All material submitted in response to this RFP shall become the property of the Department.

4

1. Vendors should use exclusively 8½ x 11 white paper, proposals should be single-spaced, typed using Times New Roman (font) and a minimum font size of 12. *Double space between paragraphs.* Vendors should avoid the use of elaborate bindings and promotional materials within the proposal.

2. The proposal must include a completed **Proposal Cover Page** (Attachment E) with an original signature of the person(s) legally authorized to bind the vendor to the proposal. All items on this form must be completed. **(Do not number this page).**

3. The Proposal Cover Page should be followed by the completed and signed **Request for Taxpayer Identification Number** (Attachment C) form enclosed with the RFP. All items on this form must be completed. **(Do not number this page).**

4. The Request for Taxpayer Identification Number form should be followed by the **Program Narrative**. Number the pages of the Program Narrative, beginning the narrative with page 1. Page numbers should be aligned at the right corner in the bottom margin. The Program Narrative must follow the outline prescribed in the RFP.

5. The Program Narrative should be followed by a **Compensation for Providing Services Plan** as outlined in Section V.

6. The Compensation for Providing Services Plan should be followed by a completed copy of the **Disclosure Statement**. All items on this form must be completed.

7. The Disclosure Statement should be followed by a copy of the **current child-placing agency license (Alabama) or a copy of the application submitted to State DHR to complete licensing by Tuesday, June 07, 2005.**

D. WORK PRODUCT: The proposal must be the work product of the vendor. If the proposal is determined not to be the work product of the vendor, the proposal may, at the Department's sole discretion, be rejected.

E. PROPRIETARY INFORMATION: Proprietary information submitted to the Department in response to this RFP will be handled in accordance with the applicable procurement regulations and laws of the State of Alabama. The vendor must clearly designate any page(s) to which it has a proprietary claim in the proposal by indicating on each page in bold type at the top and bottom as "Confidential" and include a confidentiality statement on the Proposal Cover Page. There is no guarantee that pages marked "Confidential" will be kept confidential if disclosure of the information is required under Alabama Law.

Cost information shall not be confidential. Designating the entire proposal confidential or proprietary is not acceptable and may cause the Department to reject the proposal.

5

IV.    **PROGRAM NARRATIVE**

The Program Narrative must follow the specified format, which includes IV-A through IV-I, below. **(Not to exceed 50 pages)**

A.    ORGANIZATION INFORMATION AND MANAGEMENT STRUCTURE: Provide a brief summary about the applicant's organization, including the following:

1.    ORGANIZATION INFORMATION: Include the name of Organization, complete mailing address and street address or physical location of site, name, title and phone number of contact person.

2.    GOVERNING BOARD AND OTHER AGENTS: The names, titles and responsibilities of all of the applicant's governing board of directors, officers, and paid consultants, delineating each individual's role and relationship to the vendor.

3.    HISTORY: A brief history of the formation and development of the applicant's organization, with the date of incorporation or, if unincorporated, the date the business began; other programs operated in the past and currently; and prior names of the organization, if any. A description of all the services provided by the vendor, including the locations of service sites.

4.    MISSION STATEMENT: Provide a brief statement regarding the goals of the Organization or its' mission statement.

5.    MANAGEMENT STRUCTURE: Describe the management structure of the Organization to include the sub-units and the established chain of administrative command. Include an organizational chart. Ratios of staff to supervisors should be clearly indicated.

6.    FINANCIAL AUDIT: The date of the most recent financial audit and name of the audit firm.

7.    QUALIFICATIONS AND EXPERIENCE OF VENDOR: The vendor qualifications and experience for assuring the successful completion of the requirements of this RFP. It must include a description of past or current experience providing the proposed service and, as applicable, the rate of successful completion by previous program participants. A list of persons with addresses, telephone numbers and e-mail addresses who are familiar with the delivery of similar services by the vendor to the Department in the past or to other programs similar to that of the Department, if any. It must further describe any licenses and/or certifications held by the vendor.

B.    START UP PLAN: All vendors must provide a plan of action detailing the steps necessary to reach program operation including target dates. New programs will necessarily require a start up plan of greater scope but all proposals from providers with a current contract with the Department must include start up plans,

and must describe changes to the existing program structure as required to meet the terms of this RFP.

C.    REFERRAL, ADMISSION and EXCLUSION POLICY:

1.    Describe specific target population of children accepted into the program, to include, age, sex and type(s) of behavior.

2.    Describe specific policy and procedure for admission and intake including criteria for referral and acceptance into the program.

3.    Describe specific criteria for exclusion from the program.

D.    SERVICE DELIVERY: Describe the delivery of service proposed by the vendor to meet, or exceed, the Core Services outlined in Attachment A of this RFP and the provisions of the *Therapeutic Foster Care Manual*. The proposal should outline how the agency will serve the birth family or relatives while the child is in the therapeutic out-of-home placement to reduce the length of stay. It is expected that a child should be ready to step-down in the level of service that is needed to meet his/her needs by six (6) months, at which time he may continue his treatment goals in the context of family. Should a child need a longer length of stay, the proposal should clearly define what the provider will do to ensure that goals are expeditiously achieved in a designated timeframe thereafter.

E.    TARGET AREA: Identify the geographic scope for the service by naming the **specific region** and specific counties within each identified region for which the service is proposed. Contracts will be awarded based on the following criteria:

**Region 1:** (Pike, Barbour, Henry, Houston, Dale, Coffee, Covington, and Geneva Counties)    **62 slots**

**Region 2:** (Mobile, Baldwin, Escambia, Monroe, Washington, Clarke and Choctaw Counties)    **125 slots**

**Region 3:** (Autauga, Dallas, Lowndes, Montgomery, Wilcox, Crenshaw, Butler and Conecuh Counties)    **97 slots**

**Region 4:** (Coosa, Tallapoosa, Chambers, Elmore, Macon, Lee, Bullock and Russell Counties)    **87 slots**

**Region 5:** (Pickens, Tuscaloosa, Bibb, Perry, Hale, Greene, Sumter and Marengo Counties)    **88 slots**

**Region 6:** (Jefferson, Shelby, Chilton, Talladega, Clay, Randolph and Cleburne Counties)    **413 slots**

**Region 7:** (Marion, Lamar, Fayette, Walker, Winston, Cullman and Blount Counties)    **54 slots**

**Region 8:** (St. Clair, Calhoun, Etowah, Cherokee, DeKalb and Marshall Counties)    **150 slots**

**Region 9:** (Jackson, Madison, Morgan, Limestone, Lawrence, Lauderdale, Colbert and Franklin Counties) **134 slots**

Additionally, each county in a region must have at least two (2) therapeutic foster homes and more based upon the needs of the county. Madison, Walker, Etowah, Calhoun, Tuscaloosa, Jefferson, Lee, Montgomery, Dallas, Mobile, and Houston must have adequate resources to serve their children within their county boundaries.

F.     DISCHARGE POLICY:

1.     Describe the process and criteria for reunification planning with children/families and coordination with the ISP Team; as well as pre-discharge and aftercare planning requirements. The proposal should explain the means that a child's placement will be tracked to the extent possible at 6-month, 12-month, 18-month and 24-month intervals post-discharge. It should also clearly delineate what aftercare services will be provided post-discharge. Services that will be provided to family to expedite the discharge of the child from the out-of-home placement should be clear and detailed.

2.     State the program's policy on discharge prior to program completion, including emergency discharges.

3.     State the program's policy concerning re-admission of children.

4.     Provide an example of the program's process for moving children through the goals and objectives outlined in an ISP, to include provisions of "step down" to a less restrictive placement. The proposal must indicate how the agency will implement the step-down policy as outlined in the *Therapeutic Foster Care Manual.*

G.     PRIOR EXPERIENCE: Describe the Organization's prior history of providing the core service(s) and Family Services requirements outlined in Attachment A.

H.     STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS and TRAINING REQUIREMENTS:

1.     Describe staffing patterns, including administrative and programmatic, and provide a brief rationale for the levels of staffing proposed.

2.     Provide information regarding the qualifications, including education and licensure and experience required for Administrative, Program and Treatment staff. Include job descriptions for proposed positions.

3.     Describe in detail the steps that the program owners and/or administrators take to ensure that all staff, regardless of level, have not been the subject of any incident or investigation which would call into question the propriety of that employee's working with this population of children. Provide documentation that each employee has had a criminal

8

background check. If an incident or allegation is reported, founded or unfounded, describe your organization's general procedure in this regard.

4.  Describe in detail the level of education, experience and training possessed by management level staff in the provision of services identified in this RFP. Specify the organization's staff development program regarding orientation and on going training for all staff.

5.  Describe how the organization will respond to critical incidents and emergencies with adequate staff on site within a reasonable timeframe. Provide a specific plan addressing emergencies and critical incident response.

6.  Describe the use of volunteers and interns within the organization and how they are selected and screened for background checks.

7.  Describe in detail the plans to meet the training requirements established in the Department's rules and training related to operating this selected program.

I.  REFERENCES: List all agencies (state, federal, local) for which the vendor has performed similar services outlined in this RFP. This list should include the names, addresses and telephone numbers of contact persons within those agencies responsible for contract monitoring. DHR will be responsible for contacting these agencies for reference information.

## V.  COMPENSATION FOR PROVIDING SERVICE

A.  As a part of the vendors response to the RFP, it is a requirement that you submit the total amount of compensation that the agency requires to provide this placement with the program requirements and core services outlined in Attachment A. The compensation should be listed as a daily rate per child and the number of beds offered at this rate.

B.  It is expected that all vendors, who are awarded contracts, as a result of this RFP, possess a thorough knowledge of Chapter 105 of the Medicaid Provider Manual. The vendor must certify that they have the capacity to bill Medicaid electronically for core services authorized on the ISP, or that they have a letter of intent that states their plan to reach this goal prior to awarding a contract for FY'06.

C.  Accordingly, the vendor should identify the portion of the daily rate submitted in Section V-A, above, that is proposed to be paid directly by the Department and the portion that the vendor will recover through "net Medicaid reimbursement". For the purpose of this provision, the "net Medicaid reimbursement" cannot exceed sixty six percent (66%) of the total compensation described in Section V-A above. The Department specifically reserves the right to determine the percentage of the total compensation that a vendor will be required to recover from "Net Medicaid Reimbursement" for Medicaid eligible children.

9

1.  "Net Medicaid Reimbursement" is determined by applying the Federal Medical Assistance Percentage (FMAP) to the total Federal Medicaid reimbursements received by the Department, as a result of Vendor billing, less a two percent (2%) administrative fee.

## VI.   SELECTION

A.  GENERAL: The Department will review proposals received from eligible vendors in response to this RFP and, if a selection is made, will make its selection in accordance with the general criteria defined below. Failure of the vendor to provide information required in the RFP may result in the disqualification of the proposal.

B.  REJECTION OF A PROPOSAL AS NON-RESPONSIVE: A proposal must meet the basic requirements for delivery of services in order to be considered in the selection process. A proposal may be found non-responsive at any time during the selection process. Once a proposal is determined to be non-responsive, no further consideration is given in the selection process to that proposal. A proposal that is not presented in the required format, does not contain all the requested information, contains clearly erroneous information, or is deficient in any respect may be rejected as non-responsive and may receive no further consideration.

C.  **MANDATORY REQUIREMENTS: Failure of the vendor to meet the following mandatory requirements will result in the disqualification of the proposal.**

1.  Vendor must meet the deadline for receipt of proposal.

2.  Vendor must include a completed Taxpayer Identification Number form.

3.  Vendor must include a completed Disclosure Statement form.

4.  Vendor must possess a current Child Placing Agency license (Alabama) or submit an application with State DHR to complete licensing by June 07, 2005.

5.  Vendor must provide an original proposal, with original signature of person(s) legally authorized to bind the applicant to the proposal, plus the required number of copies per RFP document.

D.  BASIS OF SELECTION: A scoring process, using detailed criteria, will be used to measure the degree to which each proposal meets the following general evaluation criteria, **with a maximum of 1000 points possible:**

1.  Organization Information and Management Structure as described in Section IV–A. (Maximum of 25 points)

2.  Start up Plan as described in Section IV-B. (Maximum of 50 points)

3.  Referral, Admission and Exclusion Policy as described in Section IV-C. (Maximum of 75 points)

10

4.  Service Delivery as described in Section IV-D. (Maximum of 250 points)

5.  Target Area as described in Section IV-E. (Maximum of 50 points)

6.  Discharge Policy as described in Section IV-F. (Maximum of 75 points)

7.  Prior Experience as described in Section IV-G. (Maximum of 75 points)

8.  Staff Qualifications, Staff Recruitment, Job Descriptions and Training Requirements as described in Section IV-H. (Maximum of 150 points)

9.  References as described in Section IV-I. (Maximum of 50 points)

10. Compensation for providing services as described in Section V (Maximum of 200 points)

11. The Department may determine other criteria, in addition to, or in lieu of, the criteria described above, as the Department deems necessary and appropriate.

E.  HOLD BACK: As a guarantee for the delivery of services required by this RFP, and the acceptance by the Department of those services in accordance with the specifications set forth in the RFP, in the event the contractor fails to deliver or perform the said services to the Department's satisfaction, the Department reserves the right to withhold part or all of any funds committed by the Department under any contract that may result from a proposal submitted in response to this RFP and to cancel the said contract without any resulting liability, present and future, to the Department or to the State of Alabama.

## VII.    VENDOR CERTIFICATIONS

A.  By submitting a proposal in response to this RFP, the vendor warrants and represents to the Department that the vendor accepts and agrees with all of the terms and conditions of the RFP. Further, by so submitting the vendor certifies to the Department that the applicant is legally authorized to conduct business within the State of Alabama and to carry out the services described in this RFP, and that all of the following statements are true and correct.

B.  REVOLVING DOOR POLICY: Neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants or employees is a current employee of the Department, and none of the said individuals have been employees of the Department in violation of the revolving door prohibitions contained in the state of Alabama ethics laws.

C.  DEBARMENT:  Neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants or employees (whether paid or voluntary) is debarred or suspended or otherwise excluded from or ineligible for participation in federal assistance programs under Executive Order 12549, "Debarment and Suspension."

11

D.  STANDARD CONTRACT: The vendor will agree to the use of the Department's standard contract document.  The vendor will further comply with all the terms and conditions of that document, including, but not limited to, compliance with the Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, as amended, the Americans with Disabilities Act, Alabama Act No. 2000-775 (governing individuals in direct service positions who have unsupervised access to children), the Health Insurance Portability and Accountability Act of 1996 (HIPPA) as applicable, and all other federal and state laws, rules and regulations applicable to receiving funds from the Department to carry out the services described in this RFP.  Further, any contract executed pursuant to the RFP shall be subject to review by the Department's legal counsel as to its legality of form and compliance with State contract laws, terms and conditions, and may further be subject to review by the Alabama Legislative Contract Review Committee, Examiners of Public Accounts, the State Finance Director and the Office of the Governor.

E.  CHARITABLE CHOICE (applies to faith-based organizations only): The vendor will not use funds received from the Department for sectarian instruction, worship, proselytizing or for any other purely religious activities that are not directed toward the secular social goals related to the services described in this RFP.  The vendor will also serve all eligible members of the public without regard to their religious beliefs and, further, will not require clients' active participation in any religious practice.  (In carrying out the said services, the vendor will remain independent from federal, state and local governments; will retain control over the expression of its religious beliefs, and is NOT required to remove its religious writings or symbols or to alter its internal governance as a condition of doing business with the Department.)

F.  FINANCIAL ACCOUNTING: The vendor's accounting system is consistent with General Accepted Governmental Accounting Principles (GAAP).  Further, the vendor maintains sufficient financial accounting records to allow the vendor to account for and document the source and application of all funds from all sources, including, as applicable, required matching funds.

G.  FINANCIAL AUDIT: The vendor will, upon the Department's request, provide the Department a copy of its most recent financial audit report.  (The report should not be submitted with the proposal.)

H.  PROPOSAL LIFE: The proposal submitted to the Department in response to this RFP will be binding on the applicant for ninety (90) calendar days following the due date prescribed in the RFP.

12

## ATTACHMENT A

**DEFINITION:**  Therapeutic foster care (TFC) is a least-restrictive, community-based program for children whose special needs can be met through services delivered primarily by trained therapeutic foster parents working in partnership with the child, the child's family and the other members of the Individualized Service Planning Team. TFC is not meant to be a long-term placement option but should be an intervention, which serves to meet a child's specific treatment needs until he/she is able to step-down to a lower level of placement *as determined by the family's ISP.*

Children served in a TFC foster home must have a DSM-IV diagnosis on Axis I that would require the treatment and structure offered through a TFC placement. The diagnosis must have an accompanied behavior, which requires an out-of-home therapeutic foster home setting as determined by a standardized assessment tool implemented by State DHR. Only children who are in the custody of DHR may be served by this contract.

Families, whose children are placed in TFC, should be offered services, which are remedial in nature, to enable children to return home or to the home of relatives safely, where continued therapy will be provided to the family as a unit.

## CORE SERVICES FOR STANDARD TFC CATEGORY OF CARE

### Services to Foster Children from the TFC Agency

- *Matching process for children and their families identifying needs of the child/family and strengths of prospective TFC parents for initial placements and moves within a TFC program. This includes a screening process to determine if a TFC referral is appropriate for therapeutic foster care services.
- *Pre-placement visits. As placements in TFC homes should not be a crisis placement, pre-placement visits should occur to make sound decisions for appropriate matching. Pre-placements visits must be documented as such in the child's and foster parent records at the TFC agency.
- *Schedule and coordinate the child's treatment plan; initial treatment plan within 10 days, comprehensive treatment plan within 30 days and reviews every 90 days. All treatment plans developed by the agency should be coordinated with the DHR county social worker and based upon the goals established in the child's Individualized Service Plan (ISP). The TFC agency is required to obtain a copy of the Comprehensive Family Assessment/Intake Evaluation form and an ISP from the referring county DHR office. **(DHR staff is required to complete Intake Evaluations on all children in TFC placements. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days.)**
- *Individual, weekly visit with the TFC child. **(This contact does not negate the requirement for DHR staff to make face-to-face contact minimally once per month with children in TFC placements.)**
- Monthly face-to-face or telephone contact with school (minimum) to monitor the child's progress.
- Monthly face-to-face or telephone contact with child and/or family therapist (minimum) to monitor progress in counseling.
- *Assist in referral to other programs/services the TFC child may need, as identified in the family's ISP, including the coordination of transportation to appointments, family visits and activities.

13

- Assist the child with the development or maintenance of skills by the provision of no more than 18 hours weekly of individual basic living skills training and no more than 5 hours per week of group basic living skills training to include but not limited to behavior education, money management, shopping, healthy lifestyles, stress management, meal preparation, personal hygiene, housekeeping, medication management, laundry and using public transportation. Individual goals in each of these therapeutic areas must be taken from needs identified as deficits for the child and should be authorized in the context of the ISP.
- Coordinate the child's involvement in at least one extracurricular activity, e.g., band, karate, various sports, Boy or Girl Scouts, etc. per the family's ISP. **(This does not include paying for the activity or materials required in the performance of the activity. DHR shall be responsible for payment of the activity from flex or other available local funds.)**
- *Attend ISPs and IEP's along with the child and therapeutic foster parents.
- Assist in the development of independent living skills, as identified in the ISP. **(DHR shall accept the fiscal responsibility for purchasing individual items to accomplish ILP goals.)**
- Provide monthly group therapy (counseling) sessions for TFC children by a qualified child and adolescent services professional in a face-to-face interaction where interventions are tailored toward achieving specific goals and/or objectives as identified in the family's ISP.
- Provide five hours per week of crisis intervention services, as needed, to alleviate a crisis for the child or to assist the family to alleviate a crisis for the child.
- *Discharge planning shall be a part of the agreement/ISP when a child first enters care with the TFC program.
- Maintain a no-reject/no-eject policy for children who meet program criteria.
- Provide a 14 day notice in the event a disruption should occur, as appropriate to the child's health and welfare.
- Regularly administer outcome measures, at a minimum of every 90 days.
- Monthly report to DHR describing services provided during the month and the child's progress toward achieving goals that are outlined in the treatment plan.
- Maintain regular communication with DHR, counselors, teachers and other persons relevant to the child that is being served by the program.
- Quality assurance component, which includes outcomes, measures for all children in the TFC program
- Ensure program compliance with Minimum Standards for Child Placing Agencies, Minimum Standards for Foster Family Homes, and the Therapeutic Foster Care Manual.
- *Assistance in creating a behavior management plan for the child with the other members of the ISP team. All TFC agencies shall maintain staff that have expertise in the development of such plans. **(DHR shall assume the responsibility that behavioral management plans have been completed on all children that require them.)**
- *Participation in the ISP team in determining goals for children and their families, including allowances, need for clothing, observance of special occasions, etc. **(DHR shall be fiscally responsible for clothing allowance above the board payment, allowances, gifts for special occasions, etc. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days)**

## Services to Birth Families or Relatives of Children in TFC Placements:

- *Be an active participant in the assessment of parental functioning to assist the ISP team in determining treatment goals for a safe placement of the child back with the family, when return to parents is the goal, or with relatives, when relative placement is the goal.

- *Assist with the implementation of the goals of the family as identified in the ISP to expedite the child's safe return home. This will include making referrals to appropriate resources, when the agency is not able provide the service in-house.
- *Provide 2 hours per week of therapeutic visitation coaching with families and their children who are in TFC placements to assess the parents' ability to safely care for their children and to determine the progress (or lack thereof) in attaining the goals for re-unification or relative placement.
- *Provide family support to birth family as outlined in the ISP/Treatment Plan. This support includes the provision of services to assist the child's family members to understand the nature of the child's illness and how to help the child be maintained in the community by providing education about the child's illness, expected symptoms, medication management, parenting support, educational advocacy and/or to encourage school success, as identified in the family's ISP.

## Services to TFC Families From the TFC Agency:

- Daily difficulty of care payment as identified in the contract between the agency and the foster parent. A minimum daily rate of $16.00 per day is required. There is no requirement regarding the maximum a foster parent may be paid as a daily rate for care. All contracts between foster parents and the TFC agency are considered subcontracting arrangements and, therefore, require prior approval from State DHR. The standard document, not each individual document, is subject to this approval.
- Forty hours pre-service training, including GPS, to TFC families prior to licensure.
- Twenty-four hours of annual training to each TFC parent.
- Monthly support group/meeting for therapeutic foster parents.
- Ensure homes comply with Minimum Standards for Foster Family Homes.
- Conduct annual license renewal and semi-annual visits.
- Weekly face-to-face contact/support to foster families to strengthen their ability to provide a safe nurturing environment for the child.
- On-call crisis intervention.
- Forty-eight hours respite per month. For respite periods longer than 48 hours, the agency and foster parents shall have in their contractual agreement how respite will be paid. The county department will not be billed for respite.
- *Reimbursement for mileage to the TFC child's appointments, visits, etc. if the destination is outside a fifty (50) mile radius from the foster home. (For special circumstances, which are clearly delineated in the ISP on rare occasions, county departments may authorize mileage to be paid through the county department.)
- Assistance with transportation of child, when needed.
- Assistance with and ensuring that required Medicaid documentation of provided billable services is being properly maintained and in compliance with all policy and billing guidelines per the Medicaid Provider Manual, Medicaid Rehabilitative Services, Chapter 105.
- Have staff available to TFC families and children 7 days per week, 24 hours per day.

*All bulleted points (*) require intense collaboration with DHR.

DHR will be responsible for many services that have traditionally been provided by TFC providers. These are highlighted in BOLD within the bulleted section above. Should the ISP team agree that these services are needed, and the TFC agency agrees to provide them, they must be authorized by the ISP document and an 1878 completed to authorize

15

payment. All services, whether core or ancillary, must be authorized by the ISP document with outcomes identified to a specific area of need.

CORE SERVICES FOR STEP-DOWN TFC CATEGORY OF CARE (contingent on 50% reduction in TFC provider's daily rate for Step-Down TFC category of care)

### Services to Foster Children from the TFC Agency

- *Matching process for children and their families identifying needs of the child/family and strengths of prospective TFC parents for initial placements and moves within a TFC program. This includes a screening process to determine if a TFC referral is appropriate for therapeutic foster care services.
- *Schedule and coordinate the child's treatment plan; initial treatment plan within 10 days, comprehensive treatment plan within 30 days and reviews every 90 days. All treatment plans developed by the agency should be coordinated with the DHR county social worker and based upon the goals established in the child's Individualized Service Plan (ISP). The TFC agency is required to obtain a copy of the Comprehensive Family Assessment/Intake Evaluation form and an ISP from the referring county DHR office. (DHR staff is required to complete Intake Evaluations on all children in TFC placements. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days.)
- *Individual, *bi-weekly* visit with the TFC child. (This contact does not negate the requirement for DHR staff to make face-to-face contact minimally once per month with children in TFC placements.)
- Quarterly face-to-face or telephone contact with school (minimum) to monitor the child's progress.
- Quarterly face-to-face or telephone contact with child and/or family therapist (minimum) to monitor progress in counseling.
- *Assist in referral to other programs/services the TFC child may need, as identified in the family's ISP, including the coordination of transportation to appointments, family visits and activities.
- Assist the child with the development or maintenance of skills by the provision of no more than 9 hours weekly of individual basic living skills training and no more than 3 hours per week of group basic living skills training to include but not limited to behavior education, money management, shopping, healthy lifestyles, stress management, meal preparation, personal hygiene, housekeeping, medication management, laundry and using public transportation. Individual goals in each of these therapeutic areas must be taken from needs identified as deficits for the child and should be authorized in the context of the ISP.
- Coordinate the child's involvement in at least one extracurricular activity, e.g., band, karate, various sports, Boy or Girl Scouts, etc. per the family's ISP. (This does not include paying for the activity or materials required in the performance of the activity. DHR shall be responsible for payment of the activity from flex or other available local funds.)
- Attend ISPs and IEP's along with the child and therapeutic foster parents.
- *Provide family support with birth family/supervise family visitation as outlined in the ISP/Treatment Plan. This support includes the provision of services to assist the child's family members to understand the nature of the child's illness and how to help the child be maintained in the community by providing education about the child's illness, expected symptoms, medication management, parenting support, therapeutic visitation support, educational advocacy and/or to encourage school success, as identified in the family's ISP. It is expected that if the child's permanent plan is to return home, more time may be spent in family support when a child has reached a step-down level. (DHR has the responsibility to

16

recruit traditional foster homes for children for who return to home or placement with relatives is not an option. It is not expected that all children in TFC shall step-down within the TFC program.)

- Assist in the development of independent living skills, as identified in the ISP. (DHR shall accept the fiscal responsibility for purchasing individual items to accomplish ILP goals.)
- Provide group therapy (counseling) sessions, only as needed, for TFC children by a qualified child and adolescent services professional in a face-to-face interaction where interventions are tailored toward achieving specific goals and/or objectives as identified in the family's ISP.
- Provide 3 hours per week of crisis intervention services, as needed, to alleviate a crisis for the child or to assist the family to alleviate a crisis for the child.
- *Discharge planning.
- Maintain a no-reject/no-eject policy for children who meet program criteria.
- Provide a 14 day notice in the event a disruption should occur, as appropriate to the child's health and welfare.
- Regularly administer outcome measures, at a minimum of every 90 days.
- Monthly report to DHR describing services provided during the month and the child's progress toward achieving goals that are outlined in the treatment plan.
- Maintain regular communication with DHR, counselors, teachers and other persons relevant to the child that is being served by the program.
- Quality assurance component, which includes outcomes, measures for all children in the TFC program
- Ensure program compliance with Minimum Standards for Child Placing Agencies, Minimum Standards for Foster Family Homes, and the Therapeutic Foster Care Manual.
- *Assistance in creating a behavior management plan for the child with the other members of the ISP team. All TFC agencies shall maintain staff that have expertise in the development of such plans. (DHR shall assume the responsibility that behavioral management plans have been completed on all children that require them.)
- *Participation in the ISP team in determining goals for children and their families, including allowances, need for clothing, observance of special occasions, etc. (DHR shall be fiscally responsible for clothing, allowances, gifts for special occasions, etc. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days)

## Services to TFC Families From the TFC Agency:

- Daily difficulty of care payment as identified in the contract between the agency and the foster parent. A minimum daily rate of $8.00 per day is required. There is no requirement regarding the maximum a foster parent may be paid as a daily rate for care. All contracts between foster parents and the TFC agency are considered subcontracting arrangements and, therefore, require prior approval from State DHR. The standard document, not each individual document, is subject to this approval.
- Twenty-four hours of annual training to each TFC parent.
- Monthly support group/meeting for therapeutic foster parents.
- Ensure homes comply with Minimum Standards for Foster Family Homes.
- Conduct annual license renewal and semi-annual visits.
- *Bi-weekly* face-to-face contact/support to foster families to strengthen their ability to provide a safe nurturing environment for the child.
- On-call crisis intervention.

17

- Twenty-four (24) hours respite per month. For respite periods longer than 48 hours, the agency and foster parents shall have in their contractual agreement how respite will be paid. The county department will not be billed for respite.
- *Reimbursement for mileage to the TFC child's appointments, visits, etc. if the destination is outside a fifty (50) mile radius from the foster home. **(For special circumstances, which are clearly delineated in the ISP on rare occasions, county departments may authorize mileage to be paid through the county department.)**
- Assistance with transportation of child, when needed.
- Assistance with and ensuring that required Medicaid documentation of provided billable services is being properly maintained and in compliance with all policy and billing guidelines per the <u>Medicaid Provider Manual</u>, Medicaid Rehabilitative Services, Chapter 105.
- Have staff available to TFC families and children 7 days per week, 24 hours per day.

**\*All bulleted points (\*) require intense collaboration with DHR.**

DHR will be responsible for many services that have traditionally been provided by TFC providers. These are highlighted in BOLD within the bulleted section above. Should the ISP team agree that these services are needed, and the TFC agency agrees to provide them, they must be authorized by the ISP document and an 1878 completed to authorize payment. All services, whether core or ancillary, must be authorized by the ISP document with outcomes identified to a specific area of need.

18

ATTACHMENT B

REQUEST FOR PROPOSALS re: THERAPEUTIC FOSTER CARE FOR CHILDREN

The projected timetable is shown below; **all times are shown as Central time.** The Department reserves the right to amend the RFP timetable in the State's best interest. If the Department finds it necessary to change any of these activities/dates/times, all changes will be posted to the web at www.dhr.state.al.us. **Potential Vendors should refer to the web site often for changes to the RFP.**

Proposed Time Table:

| Activity | Date & Time | Location and/or Contact Staff |
|---|---|---|
| RFP Issued by DHR | February 28, 2005 5:00pm | Department of Human Resources Gordon Persons Bldg. – 2nd Floor 50 Ripley St. Montgomery, Al  36130-4000 Internet: https://www.dhr.state.al.us |
| Deadline for Receipt of Written Letter of Intent to Propose | March 18, 2005 | Department of Human Resources Starr Stewart - Policy, Planning and Research Gordon Persons Bldg. – Suite 2104 50 Ripley St. Montgomery, Al  36130-4000 |
| Deadline for Receipt of Written Inquires from Proposers | March 18, 2005 5:00 p.m. | DHR - Attn: Starr Stewart Policy, Planning and Research Internet:  ssstewart@dhr.state.al.us |
| Deadline for DHR to Respond To Written Inquires | March 25, 2005 | Inquires will be posted on the DHR website. |
| Vendors Conference | March 29, 2005, 1:30pm – 3:30 p.m. | Department of Human Resources (Gordon Persons Building, Plaza Level – Auditorium ) |
| Deadline for Receipt of Proposals from Vendors | April 11, 2005 12:00 Noon | Starr Stewart - Policy, Planning and Research DHR – Gordon Persons Bldg. – Office # 2104 |
| Evaluation and Selection of Technical Proposals | April 18-22, 2005 | Starr Stewart (Scoring and Selection Teams will be established |
| Posting of Notice of Intent To Award a Contract(s) | May 05, 2005 5:00 p.m. | Starr Stewart - Policy, Planning and Research |
| Meeting with selected vendors | May 26, 2005 | Gary Mitchell, Program Manager Susan Ward, Director |
| All providers must have a current license or completed a Child Placing Agency license application | June 07, 2005 | Gloria Derico, Licensing |
| Finalize all Contract Documents & Budgets (Note: 3 yr. Contracts w/Annual Budgets) | August 05, 2005 | Susan Ward, Director Office of Contracts & Federal Claiming |
| Contract Start Date | October 1, 2005 | |

19

## ATTACHMENT C

### STATE OF ALABAMA
### REQUEST FOR TAXPAYER IDENTIFICATION NUMBER
### STATE COMPTROLLER'S OFFICE

INSTRUCTIONS.    In order to receive payment by the State of Alabama, a correct tax identification number, name and address must be on our files.  To insure that accurate tax information is reported on Form 1099 for federal income tax purposes, please:

1.    In PART 1 below provide your Tax Identification Number and check FEIN or SSN.  Also provide the name and address to which payments should be sent.  In addition, provide the name of the legal signatory authority for your organization (the individual authorized in your Constitution and/or By-laws to legally obligate the organization, for example, sign a contract on behalf of the organization).

2.    Circle the business designation that identifies your type of trade or business in PART 2.
3.    Sign and return this form as part of the response to the RFP:

PART 1 – TAXPAYER IDENTIFICATION NUMBER, NAME AND ADDRESS.

IDENTIFICATION NUMBER _____
Check one _____ Federal Employer Identification Number (FEIN)
                    Social Security Number (SSN)

NAME OF ORGANIZATION: _____    PHONE : _____

LEGAL BUSINESS ADDRESS: _____

FAX: _____    EMAIL: _____

NAME & TITLE OF LEGAL SIGNATORY AUTHORITY: _____

PART 2 – BUSINESS DESIGNATION.  Circle the designation that identifies your type of trade or business.

1    CORPORATION, PROFESSIONAL ASSOCIATION OR PROFESSIONAL CORPORATION    (A corporation formed under the laws of any state within the United States)
2    NOT FOR PROFIT CORPORATION (Section 501 (c) (3))
3    PARTNERSHIP, JOINT VENTURE, ESTATE OR TRUST
4    SOLE PROPRIETORSHIP OR SELF-EMPLOYED (Identification number must be Social Security Number)
5    NONCORPORATE RENTAL AGENT
6    GOVERNMENTAL ENTITY (City, County, State or U.S. Government)
7    FOREIGN CORPORATION OR FOREIGN NATIONAL OR OTHER FOREIGN ENTITY
      (A corporation or other foreign entity formed under the laws of a country other than the United States or an individual temporarily in the United States who pays taxes as a citizen of a country other than the United States.)

NOTE:    Failure to complete and return this form may subject you to backup withholding in the amount of 20% of future payments pursuant to Section 3406, Internal Revenue Code.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THIS REQUEST AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

_____    _____    ( _____ )
        SIGNATURE                   DATE           TELEPHONE NUMBER
                                                   (If different from above)

_____
        TITLE

**PLEASE INCLUDE FEDERAL IDENTIFICATION NUMBER ON ALL INVOICES**

20

## ATTACHMENT D

## VENDOR DISCLOSURE STATEMENT

A completed copy of the Vendor Disclosure Statement is a **mandatory requirement** to this RFP.

A copy of the Vendor Disclosure Statement is included in all RFP documents that are mailed to vendors.

Note: If the potential vendor has downloaded the RFP document from the Department website, a copy of the Vendor Disclosure Statement can be downloaded from Alabama State Purchasing. The website address for State Purchasing is: **www.purchasing.state.al.us**.

21

ATTACHMENT E      Alabama Department of Human Resources

**Therapeutic Foster Care Proposal Cover Page**

**Organization Information:**

Name of Organization:_____

Address:_____

City:_____ State:_____ Zip:_____

Telephone:(____)_____ Fax: (____)_____

e-mail address:_____

Federal Employer Identification Number (FEIN):_____

Name/title of Authorizing Official:_____

Signature of Authorizing Official:_____ Date:_____

**Contact Person Information:**

Name/title of program contact person:_____

Address:_____

City:_____ State:_____ Zip:_____

Email Address:_____

Telephone:(____)_____ Fax:(____)_____

**Target Information:**
*Indicate proposed target areas. Specify county/counties and proposed number of slots.*

Region 1: Counties_____ No. of Slot(s)_____

Region 2: Counties_____ No. of Slot(s)_____

Region 3: Counties_____ No. of Slot(s)_____

Region 4: Counties_____ No. of Slot(s)_____

Region 5: Counties_____ No. of Slot(s)_____

Region 6: Counties_____ No. of Slot(s)_____

Region 7: Counties_____ No. of Slot(s)_____

Region 8: Counties_____ No. of Slot(s)_____

Region 9: Counties_____ No. of Slot(s)_____

## PROPRIETARY STATEMENT

Indicate any page(s) to which vendor has a proprietary claim:_____

_____

_____

_____

1



### *Camellia Therapeutic Foster Agency, LLC*

ALABAMA STATE LICENSED CHILD PLACING & ADOPTION AGENCY

RUSSELL COUNTY • 2310 CRAWFORD ROAD, SUITE 104

POST OFFICE BOX 788 • PHENIX CITY, ALABAMA 36868-0788

DR. JOSEPH APPIAH
*Chairman & Chief Executive Officer*

PHONE: (334) 448-2999

FAX: (334) 448-1666

E-MAIL: ctfa8@cs.com

June 14, 2005

Honorable Page B. Walley, Ph.D., Commissioner
Alabama Department of Human Resources
S. Gordon Persons Building
P. O. Box  304000
Montgomery, AL  36130

Dear Honorable Page B. Walley, Ph.D., Commissioner:

As a result of the State Department of Human Resources racist way of grading the Request For Proposal and giving our organization (Camellia Therapeutic Foster & Adoption Agency) a zero (0) slot for all our 5 regional offices:

CAMELLIA'S HUNTSVILLE OFFICE

2019 SPARKMAN DRIVE, SUITE A

HUNTSVILLE, AL  35810

PHONE NUMBERS 256-858-6500

256-851-6612

256-851-6702

FAX 256-858-0055

CAMELLIA'S BIRMINGHAM OFFICE

3600 6TH AVENUE SOUTH, BIRMINGHAM, AL  35222

PHONE NUMBERS 205-595-2760

205-592-7615

205-595-0069

FAX 205-595-2761

1

CAMELLIA'S MONTGOMERY / SELMA OFFICE

1434 MULBERRY STREET,

MONTGOMERY, AL  36106

1829 WEST 2ND STREET

MONTGOMERY, AL  36106

PHONE NUMBERS 334-834-4088

334-834-4033

FAX  334-834-5888

CAMELLIA'S  MOBILE OFFICE

22 NORTH FLORDIA STREET

MOBILE, AL  36607

PHONE NUMBERS  251-476-5156

251-476-5185

FAX  251-476-5245

CAMELLIA'S PHENIX CITY OFFICE

2310 CRAWFORD ROAD, SUITE 104

PHENIX CITY, AL  36867

PHONE NUMBERS  334-448-2999

334-448-2666

FAX  334-4481666

I am formally requesting a hearing to address my grievances with the State Department's decision.  Camellia is already established, fully furnished, trained, and employs more Licensed Social Workers than all the agencies, we have more qualified and quality foster parents than all the agencies, and our annual budget of over 3 MILLION DOLLARS split the net.  The State Department has discriminated against our agency simply because we are a black owned company.  Our proposal was submitted on April 5, 2005 before the deadline of April 11, 2005.  I am alleging DISCRIMINATION BASED ON THE COLOR OF MY SKIN (UNITED STATED CITIZEN, AFRICIAN AMERICAN BLACK OWNED COMPANY).  The following is a (brief) list of some of our grievances:

1. We have hard evidence to support our allegations that the State Department of Human Resources as well as County Department of Human Resources has systematically and carefully, orchestrated to discriminate against our agency

2. The State Department of human Resources hates Black people who work hard to achieve equality, they rather we all sit down and apply for food stamps.

3. We will show by comparison with other vendors' proposals, how ours was the best offer, but because we were black, we were given zero (0) slots.   This means they will take all our hard work and give to out of the State Agencies, who have no foster parents, even a home to place our children, this is against the R.C. DECREE, simply because they are white (Caucasian) agencies.

4. SDHR awarded contracts to agencies that had not been licensed to do business in Alabama and had no experience in providing therapeutic foster care in the state while denying a contract to Camellia, a licensed and experienced therapeutic foster care provider in the State of Alabama.

5. SDHR's method of awarding contracts was not objective or rational in that a higher number of contracts were awarded to vendors that scored lower on the 1000-point scale while vendors with higher scores were awarded fewer contracts/placements.

6. SDHR's criteria for awarding contracts did not give sufficient weight for the experience of this provider in the State of Alabama.

7. Based on telephone conversations, it appears to Camellia that SDHR did not interview Camellia's references, nor were the references contacted by anyone from the Department during the period of time between submission of the references and the publishing of the Notice of Intent to Award Contracts. Camellia should therefore be given the entire fifty (50) points- credit for the references category, thereby increasing its score to 803.3 which exceeds the SDHR's acceptable score of 800 forwarding slots (please see ATTACHMENT I).

8. Based on SDHR's issuance of licenses to Camellia through the year 2007, Camellia set up offices in several locations with obligation to incur expenses for three (3) years.

9. Over many years, Camellia has invested large sums of money to attract and maintain a network of quality foster homes.  To redirect those foster homes to another agency would be a financial burden on Camellia and a waste of it's investment without due process of law.  Camellia Agency's present market value is 5 MILLION DOLLARS, and by taking all of my staff, children, foster parents, and all my resources without compensation is a violation of law without due process of law.

10. Camellia and the only other provider not awarded any placements were both African-American owned businesses.  Camellia contends that DHR discriminated against it in violation of federal and state laws which prohibit discrimination based on race, color or national origin in the award to contract.

11. The State of Alabama requires that the Executive Director of all TFC agencies reside in Alabama, one vendor resides in or has its headquarters located in Georgia and none of its references are located in Alabama.  This vendor was awarded 20 slots.

12. The R.F.P. guidelines gave specific instructions to vendors submitting proposals. Failure to adhere to specific guidelines and instructions of writing the proposal indicate non-compliance with the State's R.F.P. requirements.

13. Camellia, along with other vendors present to review proposals on June 13th, 2005 requested a copy of its proposal and the method of scoring/evaluation for proposals, Starr Stewart, SDHR Policy Planning and Research representative stated the following: "Our legal division has said that such information is not available for any vendor to view."   This response suggests a violation of our Civil Rights.  Failure to allow vendors to view their own proposal and scoring of each section (or points awarded for each section) seems unjust and suggests an unfair method of scoring evaluation.

14. The R.F.P. guidelines require that vendors who are not yet licensed to submit a complete application.  The normal time frame from application date to receiving a Medicaid Billing number to completing licensing process is usually 1 1/2 years.  One vendor submitted a licensing application on February 2, 2005, and was awarded slots three (3) months later without undergoing the complete licensing process.

15. One vendor made application for license on April 10, 2005 which is on Sunday. SDHR employees do not work on Sundays, therefore, who in the State Department received the Licensing Study and completed application to conduct/operate a child care facility in time to meet the R.F.P. deadline the next day April 11, 2005.  This brand new agency with no foster homes received 16 slots.  It takes almost 3 years to have 32 homes to enable you to place 16 children.  This vendor has no foster parent homes, yet they were awarded 16 slots.  It appears this agency have no genuine interest in the future of TFC in Alabama.

16. On May 8th, Susan Ward, Director of Contracts and Federal Claiming called me to request that I should not proceed with an appeal to Governor Riley.  Ms. Ward stated that information regarding the appeal process would be posted on the DHR website, within one week, but more than 13 days, by May 25th, 2005. However, as of today's date; no such process has been posted on the website. Time is of the essence in this matter.  Therefore, I am filing my appeal based on the Administrative Code Chapter 660-1-5 Hearings (Alabama Department of Human Resources-General Administration Division.).

The State of Alabama's Department of Human Resources is in violation of Title VI of the Civil Rights Act (1964), 42 U.S.C. 2000d, et seq., and  Code of Alabama (1975), section 38-2-6 which specifically (42 U.S.C. 2000d) states that: "No person in the United States shall , on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of or be subjected to discrimination under any program or activity receiving federal financial assistance."

State Department of Human Resources has also violated the R.C. Consent Decree by restricting Camellia's ability to establish foster homes in areas of the State where children need to be placed to work towards reunification plans of to maintain stability.

4

As a result of the treatment and unlawful actions of SDHR, Camellia has been irreparably damaged.

## PRAYER FOR RELIEF

Camellia Therapeutic Foster Agency, LLC request to be awarded 314 slots as submitted in response to the State DHR's R.F.P.

Camellia believes that our proposal was "the best" proposal submitted by vendors statewide, because we have had the opportunity to check other vendors proposal, and they were not better than ours, in fact we did follow the exact question to the letter of the R.F.P. while most did not.

Camellia is committed to upholding our mission to provide a safe, natural environment where children can grow and mature into law abiding productive citizens.

Our three (3) year contract will generate the Camellia Agency 30 MILLION DOLLARS, and we have therefore lost 30 MILLION DOLLARS, and request to have our slot or 30 MILLION DOLLARS be paid to our Camellia Agency as a relief.

Sincerely Yours,

Dr. JOSEPH APPIAH., CHAIRMAN

Karen Jurls, LCSW, PIP, EXECUTIVE DIRECTOR

Cynthia Davis, LGSW, DIRECTOR OR SOCIAL SERVICES

Cc: Governor Bob & Patsy Riley

All Deputy Commissioners

All State DHR Board of Governors

Annie Fountaine, Atlanta, GA

Honorable Hilliard, Smith, & Hunt, ATTORNEY AT LAW

Honorable Peter Dumbuya, ATTORNEY AT LAW

ATTACHMENTS:
Attachment I:  Alabama Department of Human Resources TFC Care Vendor Selection by Regions (original) posted on website on May 12, 2005.

Please see the attachments to note that the vendor's <u>Children and Families First of Alabama</u> was not included on the <u>original</u> posting, yet they appeared on the website <u>one week</u> later, scored higher than Camellia and were awarded 8 slots.

*Initial Posted, was not contain child to family if Final, and than from no where they appeared*

*Please explain to to Count?*

| Program | Score | I | II | III | IV | V | VI | VII | VIII | IX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer-Porch | 904.25 | | | | | 24 | 8 | 4 | | | 36 |
| SAFY | 893.5 | 8 | | 29 | 20 | 8 | 82 | 16 | 6 | 30 | 199 |
| UMCH | 893.25 | 13 | 16 | 8 | | 8 | 14 | 14 | 22 | | 95 |
| TPI | 892.75 | 13 | 33 | 28 | 20 | 20 | 82 | 12 | 48 | 54 | 310 |
| LCYDC | 889.5 | | | | 20 | | | | | | 20 |
| AL Mentor | 887 | | | 8 | | | 12 | | | | (20) |
| Child/Fam 1st | 884 | | | | | | 8 | | 8 | | 16 |
| Wilmer Hall | 871.5 | | 8 | 8 | | | | | | | 16 |
| Youth Villages | 869.25 | | | | | | 38 | | | 30 | (68) |
| FIT Homes | 867 | 10 | 20 | | | 12 | | | | | 42 |
| Seraaj | 854.75 | 10 | 16 | 8 | 19 | 8 | 74 | 8 | 42 | 20 | 205 |
| Eagle Rock | 849.25 | | | | | | | | 7 | | 7 |
| Child/Fam Svs | 838 | 8 | | | | | | | | | 8 |
| Alliance | 833.25 | | | | | | 17 | | | | 17 |
| Gateway | 820 | | | | | | 49 | | | | 49 |
| Mtn View | 818.65 | | | | | | | | 17 | | 17 |
| Catholic SS | 817.25 | | 16 | | | | | | | | 16 |
| New Way Out | 811 | | 16 | 8 | 8 | 8 | 29 | | | | 69 |
| NBA CSC | 754.25 | | | | | | | | | | 0 |
| Camellia | 753.3 | | | | | | | | | | 0 |
| Success Hms | 712.5 | | | | | | | | | | 0 |
| Fam. Values | 683.5 | | | | | | | | | | 0 |
| Ability + | 639 | | | | | | | | | | 0 |
| Total | | 62 | 125 | 97 | 87 | 88 | 413 | 54 | 150 | 134 | 1210 |

EXHIBIT 2 A

## Alabama Department of Human Resources
### Therapeutic Foster Care Vendor Selection by Regions

| Program | Score | I | II | III | IV | V | VI | VII | VIII | IX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer-Porch | 904.25 | | | | | 24 | 8 | 4 | | | 36 |
| SAFY | 893.5 | 8 | | 29 | 20 | 8 | 83 | 16 | 7 | | 201 |
| UMcH | 893.25 | 8 | 13 | 16 | 8 | 8 | 14 | 16 | 23 | | 96 |
| TPI | 892.75 | 13 | 13 | 8 | 20 | 20 | 14 | 14 | | | |
| LCYDC | 889.5 | | 33 | 28 | 20 | 20 | 83 | 12 | 50 | 54 | 313 |
| AL Mentor | 887 | | | 8 | | | | | | | 20 |
| Wilmer Hall | 871.5 | | 8 | 8 | | | 12 | | | | 20 |
| Youth Villages | 869.25 | | 8 | | | | | | | | 20 |
| FIT Homes | 867 | 10 | 20 | | | | 40 | | | | 16 |
| Seraaj | 854.75 | 10 | | 8 | | | | | | 30 | 70 |
| Eagle Rock | 849.25 | | 16 | | 19 | 12 | 75 | 8 | 44 | | 42 |
| Child/Fam Svs | 838 | 8 | | | | | | | | 20 | 203 |
| Alliance | 833.25 | | | | | | | | 8 | | 8 |
| Gateway | 820 | | | | | | 18 | | | | 8 |
| Mtn View | 818.65 | | | | | | 50 | | | | 18 |
| Catholic SS | 817.25 | | 16 | | | | | 18 | | | 50 |
| New Way Out | 811 | | 16 | 8 | 8 | | | | | | 18 |
| NBA CSC | 754.25 | | 16 | | | | | | | | 16 |
| Camellia | 753.3 | | | | | 30 | 30 | | | | 18 |
| Success Hms | 712.5 | | | | | | | | | | 70 |
| Fam. Values | 683.5 | | | | | | | | | | 0 |
| Ability+ | 639 | | | | | | | | | | 0 |
| Total | | 62 | 125 | 97 | 87 | 88 | 413 | 54 | 150 | 134 | 1210 |

*Handwritten annotations:*

*(right margin)* OFFICIAL Posted Score. EXHIBIT 2.B

*(left margin)* Where is Child/Fam 1st? How did they miraculously appeared on the 2nd page. SDHR - think they con... kept Double.

## Alabama Department of Human Resources
## Therapeutic Foster Care Vendor Selection by Regions

*(Handwritten annotation: "final result" / "Final Result")*

Handwritten region labels for columns I–IX:
- I — Pike / Barbour
- II — Mobile
- III — Montgomery
- IV — Russell
- V — Tuscaloosa
- VI — Jefferson
- VII — Blount
- VIII — Etowah
- IX — Madison

| Program | Score | I | II | III | IV | V | VI | VII | VIII | IX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer-Porch | 904.25 | | | | | | | 4 | | | 4 |
| SAFY | 893.5 | 8 | | 29 | 20 | 24 | 8 | | | 30 | 119 |
| UMCH | 893.25 | 13 | 16 | 8 | | | 14 | 16 | 7 | | 74 |
| TPI | 892.75 | | | | | | | | | | 0 |
| LCYDC | 889.5 | 13 | 33 | 28 | 20 | 20 | 83 | 12 | 50 | 54 | 313 |
| AL Mentor (New) | 887 | | 8 | 8 | 20 | 8 | 83 | 14 | 23 | 30 | 194 |
| Wilmer Hall (New) | 871.5 | | | 8 | | | 12 | | | | 20 |
| Youth Villages (New / revised) | 869.25 | | 20 | | | | | | | | 20 |
| FIT Homes | 867 | 10 | | | | 8 | 40 | | | | 58 |
| Seraaj | 854.75 | | | 8 | | 12 | 75 | | 44 | | 139 |
| Eagle Rock (New) | 849.25 | 10 | 16 | 8 | 19 | 8 | | | | | 61 |
| Child/Fam Svs (New) | 838 | 8 | | | 8 | | | | | | 16 |
| Alliance | 833.25 | | | | | | | | | 20 | 20 |
| Gateway | 820 | | | | | | 50 | | 8 | | 58 |
| Mtn View (New) | 818.65 | | | | | 8 | 18 | | | | 26 |
| Catholic SS | 817.25 | | 16 | | | | | 8 | 18 | | 42 |
| New Way Out (New) | 811 | | | | | | | | | | 0 |
| NBA CSC | 754.25 | | 16 | | | | 30 | | | | 46 |
| Camellia | 753.3 | | | | | | | | | | 0 |
| Success Hms | 712.5 | | | | | | | | | | 0 |
| Fam. Values | 683.5 | | | | | | | | | | 0 |
| Ability + | 639 | | | | | | | | | | 0 |
| Total | | 62 | 125 | 97 | 87 | 88 | 413 | 54 | 150 | 134 | 1210 |

Attachment II:

An amended vendor selection chart was posted on website

When the score was posted I called Ms. Susan Ward, MBA, Director of Contracts and Federal Claiming, and asked her if this was a final score of all agencies, and she replied, "Yes", and I called Mr. Gary Mitchell, Manager of T.F.C. and he also said, yes". Could the Commissioner explain where was Child/ Fam 1st proposal, how did it miraculously come into view in front of Wilmer Hall with 16 slots, a week later?

*Changed Result to Accomodate child/Fam 1st*

Attachment II

| Program | Score | I | II | III | IV | V | VI | VII | VIII | IX | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer-Porch | 904.25 | | | | | 24 | 8 | 4 | | | 36 |
| SAFY | 893.5 | 8 | | 29 | 20 | 8 | 82 | 16 | 6 | 30 | 199 |
| UMCH | 893.25 | 13 | 16 | 8 | | 8 | 14 | 14 | 22 | | 95 |
| TPI | 892.75 | 13 | 33 | 28 | 20 | 20 | 82 | 12 | 48 | 54 | 310 |
| LCYDC | 889.5 | | | | 20 | | | | | | 20 |
| AL Mentor | 887 | | | 8 | | | 12 | | | | 20 |
| Child/Fam 1st | 884 | | | | | 8 | | 8 | | | 16 |
| Wilmer Hall | 871.5 | | 8 | 8 | | | | | | | 16 |
| Youth Villages | 869.25 | | | | | | 38 | | | 30 | 68 |
| FIT Homes | 867 | 10 | 20 | | | 12 | | | | | 42 |
| Seraaj | 854.75 | 10 | 16 | 8 | 19 | 8 | 74 | 8 | 42 | 20 | 205 |
| Eagle Rock | 849.25 | | | | | | | | 7 | | 7 |
| Child/Fam Svs | 838 | 8 | | | | | | | | | 8 |
| Alliance | 833.25 | | | | | | 17 | | | | 17 |
| Gateway | 820 | | | | | | 49 | | | | 49 |
| Mtn View | 818.65 | | | | | | | | 17 | | 17 |
| Catholic SS | 817.25 | | 16 | | | | | | | | 16 |
| New Way Out | 811 | | 16 | 8 | 8 | 8 | 29 | | | | 69 |
| NBA CSC | 754.25 | | | | | | | | | | 0 |
| Camellia | 753.3 | | | | | | | | | | 0 |
| Success Hms | 712.5 | | | | | | | | | | 0 |
| Fam. Values | 683.5 | | | | | | | | | | 0 |
| Ability + | 639 | | | | | | | | | | 0 |
| Total | | 62 | 125 | 97 | 67 | 88 | 413 | 54 | 150 | 134 | 1210 |

Attachment III:

After we reviewed over one half of the following proposals, we have concluded that there are deficits in each proposal: AL MENTOR, CHILD AND FAMILY 1ST, CHILDREN AND FAMILY SERVICES, YOUTH VILLAGES, WILMER HALL, FIT HOMES, EAGLE ROCK, MOUNTAIN VIEW, NEW WAY OUT.

Camellia is prepared to cite all deficiencies to your office if a hearing is granted.



(EXHIBIT 4)

IX.

# REFERENCES

# 50 POINTS

I.    REFERENCES

*References (EXHIBIT 4)*

Camellia Therapeutic Foster Agency has previously served Alabama's Department of Human Resources. We have attempted to develop a positive working relationship with each DHR county in our service area. We plan to continue this relationship with DHR as one of our main goals is to accommodate and delivery service to provide the counties with a safe and therapeutic placement for their children. A list of our service references are listed below:

## References

Laura Parchman, LGSW
DHR Supervisor
Jefferson County
4500 5th Avenue South
Birmingham, AL. 35233
(205) 918-5169

Chuck Evans  MSW
DHR Supervisor
Madison County
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4680

Darnell Sharpeson  BSW
DHR Social Worker
Madison County
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 517-1410

Jacqueline Griffin  MSW
Madison County DHR
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4645

Mary Ann Wilson, LGSW
Program Analyst
50 Ripley Street
Montgomery, AL. 36130
(334) 242-1659

Patti Way  MSW
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256)-535-4527

Cherry Jones, MSW
Program Supervisor
Russell County
1003 25th Avenue
P.O. Box 67
Phenix City, AL. 36868
(334) 214-5803

Annie Poles  MSW
Service Supervisor
Russell County
1003 25th Avenue
P.O. Box 67
Phenix City, AL. 36868
(334) 214-5853

Chasidity Perry  MSW
Madison County DHR
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4655

Robyn King  MSW
Jefferson County DHR
4500 5th Avenue South
Birmingham, AL. 35223
(205) 918-5193

# EXHIBIT 5

Youth Village of Tennessee 70slot

### STATE (children)
70*29*365= $740,950.00

### FEDERAL/MEDICAID (children)
70*66*365=  $1,686,300.00

### TOTAL
$2,427,250.00

The Governor and his Commissioners just handed Youth Villages $2.5 Million for being just the good old boys.

SCANNED
BK 8/16/06

STATE BOARD OF HUMAN RESOURCES

Mrs. Pam Baker
11 Provident Lane
Mobile, AL 36608
Home Phone: 251-344-0112
Work Phone: 251-473-1000

Governor Bob Riley, Chairman
Alabama State Capital
Montgomery, AL 36130
Phone: 334-242-7100

Dr. Robert Watts, Vice Chair
P.O. Box 894
Gadsden AL 35902
Work Phone: 256-546-1861
Home Phone: 256-545-3694
Fax: 256-548-1786

Mrs. Leslie D. Sanders
2 North Jackson Street
Montgomery, AL 36104
Work Phone: 334-382-3887
Fax: 334-223-5450
Home Phone: 334-271-4999

Mrs. Jennie M. Helderman-Chair
271 Indian springs Drive
Florence, AL 35634
Home Phone: 255-740-0522
Cell Phone: 256-762-9582
Fax: 256-764-2959

Mrs. Bunie Smith, Secretary
4200 Stone River Circle
Birmingham AL 35213
Work Phone: 205-679-7096
Home Phone: 205-871-7853
Fax: 205-671-2859

Mrs. Barbara Pitts   16-24
1000 N. Donahue Drive
Auburn AL 36832
Home Phone 334-887-7342    Work Phone: 334-877-5980    Fax: 334-821-0979

*[handwritten note:]* appealed to all the Board members, Board members are appointed by the Gov. and cannot act without the Gov. approval

Board members hands were tied )

*[handwritten at bottom:]* They wished they have power to investigate and look into it But it in position is only a figure head.



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

M E M O R A N D U M

TO:        Sharon Ficquette
           Chief Legal Counsel
           Department of Human Resources

FROM:      Bill Prendergast
           Administrative Law Judge

DATE:      August 15, 2005

SUBJECT:   Camellia Therapeutic Foster Agency (Camellia)

I am in receipt of a letter dated August 1, 2005 from Dr. Joseph Appiah (copy attached) which includes a letter to the DHR Board Members dated August 5, 2005, as well as a June 14, 2005 letter to Commissioner Walley. The letter to the Board Members and the correspondence to Commissioner Walley requests a hearing regarding DHR's decision not to award Camellia contract slots for therapeutic foster care. The letter addressed to me requests that my office "intervene into the erroneous and discriminating decision by the Alabama State Department of Human Resources to take away our Alabama Therapeutic Foster care program" …. Dr. Appiah's letter further states that he is seeking to avoid a jury trial in this matter. I am, therefore, referring this correspondence to you for action as appropriate.

Before my office processes requests for Administrative Hearings they are forwarded by the appropriate Departmental entity with a request that we schedule a hearing. If, in fact, there is an entitlement to a hearing in this matter and the Department desires that I conduct same, I will, of course, process such a referral and schedule a hearing.

BP:wdh
Enclosures
cc:    Dr. Joseph Appiah
       Ms. Terrie Reid



**Camellia Therapeutic Foster Agency, LLC**
ALABAMA STATE LICENSED CHILD PLACING & ADOPTION AGENCY
RUSSELL COUNTY ● 2310 CRAWFORD ROAD, SUITE 104
POST OFFICE BOX 788 ● PHENIX CITY, ALABAMA 36868-0788

DR. JOSEPH APPIAH
*Chairman & Chief Executive Officer*

PHONE: (334)448-2999
FAX: (334)448-1666

E-MAIL: ctfa8@cs.com

RECEIVED
AUG 12 2005
ATTORNEY GENERAL'S OFFICE
ADMINISTRATIVE HEARINGS

August 01, 2005

Dear Hon. Mr. William Prendergast,

I am officially asking your good office to intervene into the erroneous and discriminating decision by the Alabama State Department of Human Resources to take away our Alabama Therapeutic Foster Care program; as they are obviously planning to give it to a Tennessee Therapeutic, Georgia Therapeutic, and California Therapeutic Agency and other newly unlicensed agencies, simply because we are a black owned agency.

It is not fair that my proposal was equivalent too or better than the agencies that were given a contract, yet I was not given one. I can not see a legitimate reason why Camellia was not graded fairly or given a contract. I believe that SDHR took this process and made it into a personal vendetta by awarding and eliminating whomever they pleased from the contract. They did not look at Camellia's actual responses to the RFP but only to the fact that they could make their own personal choice to eliminate Camellia for personal/political reasons.

Even though some of the newly agencies have stated that they have no office, no homes to place the children, and no staff; yet the Department awarded them contract and cancelled our contract beginning October 01, 2005; Simply because we are a black owned a agency. If there are any reasons besides the fact that we are black, we will be glad to hear it. We are in 100% compliance with the State Department of Human Resources. We have more qualified master degree full time social workers than all the other agencies and we take the most difficult children that all the other agencies have rejected.

2

Furthermore, the Governor asked that the Department bring the cost of services down lower than they were. We heard of that, from $70.00 daily rate to $29.00 daily rate, of which we pay the foster parents a $27.50 daily rate. We are dealing with $1.50 daily rate plus Medicaid's daily rate of $66.00 to pay all staff, rent, insurance(Blue Cross & Blue Shield), federal taxes, state taxes, and children breaking expensive items in the foster parents homes, stealing foster parents cars and wrecking it, etc... Our agency pays for all of these emergencies to keep the foster parents encouraged to do a good job.

As I sit on my desk to write this appeal, on the 1st day of August 2005, our agency has not received one dime from the Medicaid for the month of June1-30 and July 1-31. How do you run an effective program with over $90,000 a month for overhead and the SDHR is not even paying you, but we have love for the children and we are willing to provide a safe environment for Alabama's children.

You will find a copy of my grievance to the <u>Commissioner of SDHR</u> and a second appeal to the <u>Board of SDHR</u> who has the primary responsibility of the children of Alabama, to see that Justice is done. I am trying to avoid <u>a Jury Trial</u>, and time is of essence in this matter.

May God Bless you.

Sincerely,

Joseph Appiah

cc:    Attorney Earl F. Hilliard
       Lead Attorney

cc:    Attorney Peter Dumbuya
       Constitutional Attorney



*Camellia Therapeutic Foster Agency, LLC*
ALABAMA STATE LICENSED CHILD PLACING & ADOPTION AGENCY
MONTGOMERY COUNTY ● 1434 MULBERRY STREET
MONTGOMERY, ALABAMA 36106

DR. JOSEPH APPIAH
*Chairman & Chief Executive Officer*

KAREN JURIS, LCSW, PIP, EXECUTIVE DIRECTOR
*CYNTHIA DAVIS, LCSW, PROGRAM DIRECTOR*

PHONE 334-834-1688

FAX 334-954-5888

E-MAIL:

August 05, 2005

Dear DHR Board Members,

I am formally requesting a hearing with the Board of Human Resources to address my grievance with the State Department of Human Resources' decision to not award any slots to Camellia Therapeutic Foster Agency, LLC. (Camellia) in the SDHR's awarding of contracts for therapeutic foster care. Camellia is an established therapeutic foster agency, which has trained and employed more licensed social workers than all of the newly agencies. We are fully-furnished and have more qualified and quality foster parents than all of the newly agencies. Our annual budget is over three million dollars($3,000,000), "split the net". Our proposal was submitted on April 05, 2005, before the deadline given of April 11, 2005. I am alleging that the State Department of Human Resources (SDHR) discriminated against Camellia, in part, because it is a black-owned company. SDHR also changed the requirements for the awarded slots and failed to give Camellia full credit in its calculation of Camellia's overall score.

In addition to the above, Camellia has a list of grievances regarding SDHR's awarding of contracts for therapeutic foster care vendors. The following is a partial list of our grievances.

1.    I, on behalf of Camellia, had arranged to meet with the Governor, but prior to that meeting I was contacted by Susan Ward, Director of Contracts and Federal Claiming, and the Commissioner's office. They requested that I not meet with Governor Bob Riley without first appealing to the Commissioner. Ms. Ward stated that information regarding the appeal process would be posted on DHR's website within one week. However, that was not done. Time is of the essence in this matter. Therefore, I have filed my appeal based on the Administrative Code 660-1-5 Hearings (Alabama Department of Human Resources-General Administration Division.) However, forty-five days (45) has passed, and the Commissioner's has not granted me a hearing.

2.    Camellia's proposal for the proposal for therapeutic foster care was superior to the other vendor's proposals, yet were given zero(0) slots. Some of the slots were awarded to out-of-state agencies who have no foster parents or foster homes in the State of Alabama. This is contrary to the R. C. Decree.

2. You will be surprised to find out that some of the newly agencies awarded contracts have no physical office building in Alabama and they have no staff as noted in the RFP, yet they were awarded contracts. You will also discover that even though the Governor's plan for the RFP was to reduce cost (shop and compare prices and services as the Governor stated). Yet, Camellia's rate was lower than those who were awarded slots. So you can see that their whole intention was to eliminate black owned agencies(Discrimination).

3. SDHR awarded contracts to agencies that had not been licensed to do business in Alabama and had no experience in providing therapeutic foster care in the State, while denying a contract to Camellia, a licensed and experienced therapeutic foster care provider in the State of Alabama. Additionally, the State of requires the Executive Director of all TFC agencies to reside in Alabama, which is not the case for a portion of the agencies awarded contracts/slots.

4. DHR's method of awarding contracts was not objective or rational in that a higher number of contracts were awarded to vendors that scored lower on the 1000-point scale while vendors with higher scores were awarded fewer slots.

5. DHR's criteria for awarding contracts did not give sufficient weight for the experience of this provider in the State of Alabama.

6. In the process of evaluating Camellia, SDHR did not contact or interview any references included in Camellia's proposal during the period of time between submission of the references and the publishing of the Notice of Intent to Award Contracts(scoring). Camellia should therefore, be given the entire fifty-points credit for the references category, thereby increasing its score to 803.3.

7. Based on DHR's issuance of licenses to Camellia through the year 2008, Camellia has offices in several locations with obligations to incur expenses for three(3) years.(Montgomery/Selma, Mobile, Birmingham, Huntsville, & Phenix City)

8. Camellia and the only other experienced provider not awarded any placements were both African-American owned businesses. Camellia contends that DHR discriminated against it in violation of federal and state laws, which prohibit discrimination based on race, color, or national origin.

9. Over many years, Camellia has invested large sums of money to attract and maintain a network of quality foster care homes for the State of Alabama. Camellia Agency's present market value is five million dollars($5,000,000). To direct our foster parents and children to another agency would be a financial burden on Camellia and a taking of its business without due process.

10.     Camellia, along with other vendors present to review proposals on June 13, 2005 requested a copy of its proposal and method of scoring/evaluation for the proposals, and this request was denied. Failure to allow vendors to view the scoring of their own proposal is unfair and unjust.

As noted above in its treatment of Camellia in this process, the State Department of Human Resources has violated both Federal and State laws, in addition to the R. C. Decree. As a result of this treatment and unlawful actions of SDHR, Camellia has been severely damaged.

Camellia Therapeutic Foster Agency is committed to upholding its mission to provide a safe, and natural environment where children can grow and mature into law abiding, productive citizens. SDHR should reward agencies that work hard to provide quality services to foster parents and foster children in the State of Alabama. We believe that our proposal was superior to those submitted by vendors statewide for numerous reasons, including the fact that we followed the exact guidelines of the RFP, while most others did not. SDHR failed to give Camellia full credit in its evaluation of Camellia's proposal. As an agency experienced in providing quality therapeutic care in the State of Alabama, Camellia request that we be awarded a contract for the 314 that were requested in our original proposal. Therefore, I urgently request a meeting of the full board to communicate my grievance as soon as possible. I am trying hard to avoid the media and a jury trial. I pray to God that you can use your good offices to intervene before it becomes too costly to the State and Camellia

Sincerely,

Dr. Joseph Appiah
Chairman & Chief Executive Officer


Copy:   Hon. Earl Hilliard Attorney-At-Law
             Hilliard, Smith, & Hunt, LLC.
Copy:   Hon Mac Otts, Executive Director
             AACCA
Copy:   Alabama House & Senate Members
Copy:   Lt. Governor Lucy Baxter
Copy:   Hon. Larry Simms Civil Rights/EEOC



# ALABAMA STATE SENATE
## ALABAMA STATE HOUSE
### MONTGOMERY, ALABAMA 36130-4600

ALABAMA

HANK SANDERS
STATE SENATOR 23RD DISTRICT
P.O. BOX 1290
SELMA, ALABAMA
36702
SELMA, (334) 875-9284
MONTGOMERY (334) 242-7860

COMMITTEES:
CHAIRMAN, FINANCE & TAXATION
   EDUCATION FUND
CONFIRMATIONS
CONSTITUTION, CAMPAIGN
   FINANCE, ETHICS & ELECTIONS
ECONOMIC EXPANSION & TRADE
EDUCATION
JUDICIARY
LOCAL LEGISLATION #1
RULES

September 12, 2005

Honorable Page B. Walley
S. Gordon Persons Building
50 Ripley Street
P. O. Box 304000
Montgomery, AL 36130

Dear Dr. Walley:

I write concerning your rejection of the Camille Therapeutic Foster Agency participation in the ATFC program. We are extremely concerned about this situation in and of itself but also because it seems to be part of a pattern. Please look into this situation and advise.

Your cooperation is appreciated.

Sincerely,

Hank Sanders

Hank Sanders

HS/gjp

cc: Dr. Joseph Appiah



ALABAMA

# ALABAMA STATE SENATE
## ALABAMA STATE HOUSE
### MONTGOMERY, ALABAMA 36130-4600

HANK SANDERS
STATE SENATOR 23RD DISTRICT
P.O. BOX 1290
SELMA, ALABAMA
36702
SELMA, (334) 875-9264
MONTGOMERY (334) 242-7860

COMMITTEES:
CHAIRMAN, FINANCE & TAXATION
   EDUCATION FUND
CONFIRMATIONS
CONSTITUTION, CAMPAIGN
   FINANCE, ETHICS & ELECTIONS
ECONOMIC EXPANSION & TRADE
EDUCATION
JUDICIARY
LOCAL LEGISLATION #1
RULES

September 26, 2005

Dr. Joseph Appiah
Camellia Therapeutic Foster Agency, LLC
P. O. Box 788
Phenix City, AL 36868-0788

   RE:    Camellia Therapeutic Foster Agency

Dear Dr. Appiah:

   I am enclosing a copy of a letter from the Department of Human Resources in
response to my letter. I hope you secure justice.

             Sincerely,

             Hank Sanders

             Hank Sanders

HS/gjp





# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130-4000
(334) 242-1310
www.dhr.state.al.us

BOB RILEY
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

September 21, 2005

Hon. Hank Sanders
Alabama State Senator
Post Office Box 1290
Selma, Alabama 36702

RE:   *Camellia Therapeutic Foster Agency*

Dear Mr. Sanders:

Commissioner Walley has asked me to respond to your letter dated, September 12, 2005, regarding the Camellia Therapeutic Foster Agency.

The Department of Human Resources published a request for proposals for therapeutic foster care. A total of 23 providers submitted proposals to provide therapeutic foster care for children in DHR custody. A panel of reviewers objectively graded the proposals that were submitted. Each proposal was graded on a variety of issues with a perfect score being 1000 points. In order to ensure that more than one or two agencies would be selected, the decision was made to award homes to each agency that score 800 or above on their proposal.

*[handwritten: When was the decision Made ) after the grading, What ^ Some for a State Agency]*

Camellia Therapeutic's proposal was score 753.3, well below the cut-off score of 800. The scores given to each agency was posted on the DHR web site. Additionally, each agency was allowed to review their own scores and the scores of other proposals and to request copies of the proposals submitted by the other agencies.

Camellia Therapeutic did not receive any homes under this RFP because of its low score, not because of any discrimination. There were other companies who did not receive any homes because their score was too low (4 other companies scored below 800).

There were some agencies from out-of-state that received homes. However, all but one of these agencies had already been working in Alabama. DHR had no ability to restrict out-of-state agencies from submitting proposals on the RFP as long as they complied with the RFP and all DHR licensing requirements. In fact, DHR would be legally prohibited from restricting the RFP process to in-state companies. There would be no constitutionally valid reason to do so. Additionally, there were some agencies awarded

homes that were not licensed at the time they submitted their proposals. The RFP required that the license application had to be completed by July 31, 2005, or the homes awarded would be reassigned to other agencies. Those agencies that did not meet that deadline did have their awarded homes redistributed to other agencies that scored above 800 points.

I hope this letter answers your questions concerning the RFP process for therapeutic foster homes. Please contact me if I can provide you with any additional information.

Sincerely,

Joel C. Marsh
Assistant Attorney General
Phone: (334) 242-9330
Fax:    (334) 242-0689





# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130
334.242.1310
www.dhr.state.al.us

**BOB RILEY**
*Governor*

**Page B. Walley, Ph.D.**
*Commissioner*

March 15, 2006

Dr. Joseph Appiah
Camellia Therapeutic Foster Care
2310 Crawford Rd.
Phenix City, AL 36868

Dear Dr. Appiah

Due to the timeframes of the attrition contract under which you are currently operating, we must begin planning for the children that are currently being served by your program. As you know, the attrition contract will no longer be in effect after September 30, 2006. The Department is committed to making the transitions affected by this change to be the least disruptive for children as possible.

Please be advised to notify your staff and approved foster homes of the changes immediately. We will be sending a copy of this letter to your foster parents, as there have been concerns that foster parents are not aware of the changes to come. We must have plans in place no later than June 30, 2006 for the children that are currently being served by your program. Counties will be notified to make planned decisions for each child at the next meeting of the Individualized Service Planning (ISP) team. Foster parents should have the opportunity to continue to serve as placements for the children in their care, if the ISP team feels it is in a child's best interest.

Should you have any questions, please feel free to contact me at 334.353.1196.

Sincerely,

Gary W. Mitchell, Program Manager
Office of Resource Management

CC:     Commissioner
        Deputy Commissioner
        Family Services
        Office of Resource Management
        DHR Legal
        County DHR Directors
        TFC Foster Parents

*An Affirmative Action/Equal Opportunity Employer*

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

August 12, 2005

Dr. Joseph Appiah
Chairman and Chief Executive Officer
Camellia Therapeutic Foster Care Agency, LLC
1434 Mulberry Street
Montgomery, Alabama  36106-1531

Dear Dr. Appiah:

Thank you for contacting my office regarding the awards for therapeutic foster care.

I have directed your concerns to Dr. Page Walley, Commissioner, Alabama Department of Human Resources.  Should you need to contact him directly, Dr. Walley can be reached at (334) 242-1310.

Additionally, I offer you contact information for Mr. Kenneth Wallis, Chief Legal Advisor, Governor's Office.  Mr. Wallis can be contacted at (334) 242-7100.

Again, I appreciate you contacting my office.  If I can ever be of further assistance to you, please do not hesitate to contact my office.

Sincerely,

BR/sl/eg

CC:    Dr. Page Walley
       Mr. Kenneth Wallis



LUCY BAXLEY
LIEUTENANT GOVERNOR

ALABAMA STATE HOUSE
MONTGOMERY, ALABAMA 36130

## STATE OF ALABAMA

August 8, 2005

Dr. Joseph Appiah
Chairman & Chief Executive Officer
Camellia Therapeutic Foster Agency, LLC
1434 Mulberry Street
Montgomery, Alabama 36106

Dear Dr. Appiah:

Thank you for taking the time to contact my office about your issues with the Alabama Department of Human Resources (DHR).

The Governor is the Chairman of the Board of Human Resources, so I urge you to contact him to request a hearing about your grievance.

Again, thank you for taking time to contact me. If I can be of further assistance, please do not hesitate to call.

Sincerely,

LUCY BAXLEY
Lieutenant Governor

LB/jqh



ALABAMA

# ALABAMA STATE SENATE
## ALABAMA STATE HOUSE
MONTGOMERY, ALABAMA 36130

MYRON C. PENN
Senate District 28
P.O. BOX 5335
Union Springs, AL 36089
Home: (334) 738-4486
STATE CAPITOL OFFICE
(334) 242-7866
Fax: (334) 242-2210

COMMITTEES:
Tourism & Marketing, Chairman
Banking & Insurance, Vice Chairman
MEMBER:
Agriculture, Conservation & Forestry
Children, Youth Affairs & Human Resources
Economic Expansion & Trade
Education
Finance & Taxation - General Fund
Governmental Affairs
Health
Judiciary
LEGISLATIVE JOINT COMMITTEES
Legislative Council
Prison
Sunset
Transportation

Monday, August 29, 2005

Dr. Joseph Appiah
Chairman & Chief Executive Officer
Camellia Therapeutic Foster Care Agency, LLC
1434 Mulberry Street
Montgomery, AL 36106

Dear Dr. Appiah:

I am in receipt of your letter and it was greatly appreciated. I would like to thank you for sharing this very important information with me and I would be delighted to help in any way I can.

As always, if I can be of any further assistance, please do not hesitate to contact me.

With kindest regards, I am

Sincerely,

Myron C. Penn
MCP/tw

ATTACHMENT E

## Alabama Department of Human Resources
## Therapeutic Foster Care Proposal Cover Page

Organization Information:

Name of Organization: Camellia Therapeutic Foster & Adoption Agency, LLC,

Address: 2310 Crawford Road #104  P.O. Box 788

City: Phenix City                          State: AL                          Zip: 36868

Telephone:(334-448-2999                          Fax:(334-448-1666

email address: ctfa8@cs.com

Federal Employer Identification Number (FEIN): 020574633

Name/title of Authorizing Official: Dr. Joseph Appiah Chairman & CEO

Signature of Authorizing Official: _Joseph Appiah_                          Date: 04-04-05

Contact Person Information:

Name/title of program contact person: Karen Jurls/Executive Director

Address: 2310 Crawford Rd. #104 P.O. Box 788

City: Phenix City                          State: AL.                          Zip: 36868

Email Address: ctfa8@cs.com

Telephone:(334-448-2999                          Fax:(334-448-1666

Target Information:
Indicate proposed target areas. Specify county/counties and proposed number of slots.

Region 1: Counties_____ No. of Slot(s)_____

Region 2: Counties _Mobile_____ No. of Slot(s) _48_

Region 3: Counties _Montgomery/Dallas_____ No. of Slot(s) _50_

Region 4: Counties _Russell_____ No. of Slot(s) _16_

Region 5: Counties_____ No. of Slot(s)_____

Region 6: Counties _Jefferson_____ No. of Slot(s) _100_

Region 7: Counties_____ No. of Slot(s)_____

Region 8: Counties_____ No. of Slot(s)_____

Region 9: Counties _Madison_____ No. of Slot(s) _100_

## PROPRIETARY STATEMENT

Indicate any page(s) to which vendor has a proprietary claim: _N/A_

_____

_____

_____

**ATTACHMENT C**

**STATE OF ALABAMA**
**REQUEST FOR TAXPAYER IDENTIFICATION NUMBER**
**STATE COMPTROLLER'S OFFICE**

INSTRUCTIONS.   In order to receive payment by the State of Alabama, a correct tax identification number, name and address must be on our files.  To insure that accurate tax information is reported on Form 1099 for federal income tax purposes, please:

  1.    In PART 1 below provide your Tax Identification Number and check FEIN or SSN.  Also provide the name and address to which payments should be sent.  In addition, provide the name of the legal signatory authority for your organization (the individual authorized in your Constitution and/or By-laws to legally obligate the organization, for example, sign a contract on behalf of the organization).

  2.    Circle the business designation that identifies your type of trade or business in PART 2.
  3.    Sign and return this form as part of the response to the RFP:

PART 1 – TAXPAYER IDENTIFICATION NUMBER, NAME AND ADDRESS.

IDENTIFICATION NUMBER 02-574633

Check one    X    Federal Employer Identification Number (FEIN)
_____   Social Security Number (SSN)

NAME OF ORGANIZATION: Camellia Therapeutic Foster Ag. PHONE (334)448-2999

LEGAL BUSINESS ADDRESS: 2310 Crawford Rd. #104 Phenix City, AL. 36868

FAX: 334-448-1666   EMAIL: ctfa8@cs.com

NAME & TITLE OF LEGAL SIGNATORY AUTHORITY: Dr. Joseph Appiah Chairman/CEO

PART 2 – BUSINESS DESIGNATION.  Circle the designation that identifies your type of trade or business.

1 - CORPORATION, PROFESSIONAL ASSOCIATION OR PROFESSIONAL CORPORATION    (A corporation formed under the laws of any state within the United States)
2 - NOT FOR PROFIT CORPORATION (Section 501 (c) (3))
3 - PARTNERSHIP, JOINT VENTURE, ESTATE OR TRUST
4 - SOLE PROPRIETORSHIP OR SELF-EMPLOYED (Identification number must be Social Security Number)
5 - NONCORPORATE RENTAL AGENT
6 - GOVERNMENTAL ENTITY (City, County, State or U.S. Government)
7 - FOREIGN CORPORATION OR FOREIGN NATIONAL OR OTHER FOREIGN ENTITY
(A corporation or other foreign entity formed under the laws of a country other than the United States or an individual temporarily in the United States who pays taxes as a citizen of a country other than the United States.)

NOTE:   Failure to complete and return this form may subject you to backup withholding in the amount of 20% of future payments pursuant to Section 3406, Internal Revenue Code.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THIS REQUEST AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

_Joseph Appiah_    04-05-05    (334 )448-2999
          SIGNATURE              DATE          TELEPHONE NUMBER
                                                (If different from above)
Chairman/CEO
          TITLE

**PLEASE INCLUDE FEDERAL IDENTIFICATION NUMBER ON ALL INVOICES**

20

## IV. PROGRAM NARRATIVE

**A.    ORGANIZATION INFORMATION AND MANAGEMENT STRUCTURE:**
Provide a brief summary about the applicant's organization:

Camellia Therapeutic Foster Agency, LLC. was founded by Dr. Joseph Appiah. Camellia Therapeutic Foster Agency is a licensed child placing and adoption agency for the state of Alabama. The name Camellia came from Alabama's state flower. Our children are our flowers and they need attention, nourishment, and water, from us to stay healthy. Camellia Therapeutic Foster Agency, LLC. was founded on January 10, 2000 and was incorporated as a limited liability company on January 15, 2002, the start date of Camellia TFA. Its founder had a vision to make a difference in the lives of Alabama's children by starting a new child placement agency with the intent to support foster parents, biological parents, and social workers, in their mission to provide services to youth in need of a therapeutic foster home placement.

Camellia Therapeutic Foster & Adoption Agency LLC. was born out of a desire to provide therapeutic services with kindness, compassion and understanding of true foster children's behavior, and respect to both foster parent and biological families. In 1998 when I completed the GPS training and became a therapeutic foster parent/surrogate parent for the school board, I found out that most foster parents are not made part of the treatment team. Most of them felt that the should be made apart of the ISP and the behavior modification and day to day treatment of the child. Most of the time, some of the foster parent complained that the agencies never say thank you for the services they provide for our therapeutic foster children. Based on that in mind, as a foster parent, I decided to be more understanding, and become a shining example of how the program should be operated.

Camellia Therapeutic Foster Agency, LLC. provides services that offer the least restrictive home environment for children whose special needs can be met by trained therapeutic foster parents, and by a treatment team who are focused on the child's individual needs. Camellia Therapeutic Foster Agency currently has six offices throughout the state of Alabama. Camellia Therapeutic Foster Agency is operated by a board of directors with Dr. Joseph Appiah as the Chief Executive  Officer and Chairman of the Board.

Including the following:

**1.    ORGANIZATION INFORMATION:** Include the name of Organization, complete mailing address and street address or physical location of site, name, title and phone number of contact person.

1

1.    **NAME OF ORGANIZATION:** Camellia Therapeutic Foster and
        Adoption Agency

| | |
|---|---|
| Physical Address: | 2310 Crawford Road #104 |
| | Phenix City, AL. 36868 |
| | |
| Mailing Address: | P.O. Box 788 |
| | Phenix City, AL. 36868 |
| | |
| Contact Person: | Dr. Joseph Appiah |
| | **Chairman of the Board & C.E.O.** |
| | (334) 448-2999 |
| | Karen Jurls, LCSW, PIP |
| | **Executive Director** |
| | (334) 448-2999 |

2.    **GOVERNING BOARD AND OTHER AGENTS:** The names, titles, and
        responsibilities of all of the applicant's governing board of directors, officers, and
        paid consultants, delineating each individual's role and relationship to the vendor

**Name:** Dr. Joseph Appiah
**Title:**  Chairman of the Board
**Responsibilities:**    Dr. Joseph Appiah is responsible for overseeing the board of
directors. He acts as the chief executive officer of the agency.
**Role and Relationship to Vendor:**  This member has no relationship to the vendor.

**Name:** Dr. Darell Ellis
**Title:**  Vice President
**Responsibilities:**    Dr. Daryl Ellis is a member of the Board and responsible for the
decision making of the agency and is the Community Affairs Director. (Please see the
attached responsibilities for Camellia's Board of Directors)
**Role and Relationship to Vendor:** This member has no relationship to the vendor.

**Name:** Dr. Agyeman Osei Yeboah
**Title:**  2nd Vice President/Economic & Personnel Director
**Responsibilities:**    Dr. Yeboah is a member of the board and is responsible for the
decision making of the agency relating to personnel matters. (Please see the attached
responsibilities for Camellia's Board of Directors)
**Role and Relationship to Vendor:**  This member has no relationship to the vendor.

2

**Governing Board and other Agents (Continued).**

**Name:** Justina Okeke LGSW, M.Ed. LPN/Social Worker
**Title:** Board Member
**Responsibilities:**    Mrs. Justina Okeke is a member of the board and is responsible for making sure the social workers/staff have benefits from the agency. She also is the foster home licensure specialist. (Please see the attached responsibilities for Camellia's Board of Directors).
**Role and Relationship to Vendor:** This member has no relationship to the vendor.

The members of Camellia's Board of Directors are appointed by Camellia's CEO and work independently from other staff members.

**\*Camellia Therapeutic Foster Agency's Board of Directors are responsible for:**
- Articulating the purpose, goal, and functions of the agency.
- Establishing written by-laws governing the   organization, duties and operation of the board.
- Establishing written operating policies concerning organizational structure, personnel practices, and policies of serving children and their families.
- Providing a plan for regular review and updating of goals, policies, purposes and procedures of Camellia
- Acquainting its members with specific requirements of minimum standards, and familiarize itself with and promote progressive philosophies of child care, and seek constantly to provide a professionally sound program for children.
- Employing a qualified executive director and delegate to him/her the responsibility  for administration of Camellia
- Being responsible for providing operating and capital funds. Financial policies and practices shall be in accordance with sound budgeting disbursement, and audit procedures.
- Providing evidence that sufficient funds are available to equal twenty-five  percent of the projected operating budget for the first full year of operation and annually thereafter.
- When there is a fee for adoption, the board shall establish a fee policy and publish it in the agency's operating policy. Such information shall be provided to
- Individuals and families who are considered using the agency's services.
- Assure that voluntary contributions are not accepted nor solicited from adoptive parents during the placement process and prior to the final order of adoption.
- Approving the annual budget, and revisions, if any to the annual budget, in advance of the applicable fiscal period.
- Providing for proper bonding of board officers and agency employees who handle operating of capital funds
- Providing an opinion audit on an annual basis by a certified public accountant who is not a member of the staff or a board member.
- Providing a copy of the audit to the Department which the chief officer of the board certifies has been presented to the board as a whole.

3

3.    **HISTORY:** A **brief history** of the formation and development of the applicant's organization, with the date of incorporation or, if unincorporated, the date the business began; other programs operated in the past and currently; and prior names of the organization, if any. A **description of all services provided** by the vendor, including the **location of service sites.**

**Brief History of formation and development:**
Camellia Therapeutic Foster Agency, LLC. has been a **licensed child placing** and adoption agency for the state of Alabama for three years.

Camellia Therapeutic was founded in the year 2000 by Dr. Joseph Appiah and was incorporated on January 15, 2002. Camellia Therapeutic Foster Agency's main goal is to contribute to the  community by being a placement resource for therapeutic foster children that were in need of a safe and nurturing home environment. Camellia provides services to the Alabama Department of Human Resources for therapeutic foster child placements and Adoptions. During its time of operation, Camellia has successfully provided therapeutic placement services to the Department of Human Resources for the state of Alabama. Camellia currently has therapeutic foster homes in five of the state's nine regions. Camellia has plans to expand its services throughout the state. Camellia has retained its name from the date of its incorporation. We have previously and are presently providing all services outlined in the core services for therapeutic foster care programs for the State of Alabama.

**Description of all Services Provided by the Vendor (including the location of service sites)**
Camellia Therapeutic Foster Agency's LLC. provides **therapeutic foster placement services,** an intense system of clinical and support services for youth with moderate to severe emotional or behavioral disorders. Camellia services include foster home placement, case management, and the coordination of the child's educational and medical planning. The Camellia foster parents receive extensive training and supervision to assist them in successfully addressing the needs of the child in their home. The family systems approach is integrated in the treatment planning of the child. Please note that during the step-down the child will not be moved from the home. Services will reduced with less financial benefit if the agency deems necessary to cut the daily rate.

The child/family partnership is strengthened in the delivery of our services for the child. Camellia's foster parents and staff are trained on the importance of **the Multi Ethnic Placement Act** in the delivery of services. **Regular foster homes(Code 03)** are also available for children who have stepped down from the therapeutic program. This program utilizes entry-level foster parents to provide short-term and transitional services in their home.

4

**History (Continued).**

The children placed in this program often require basic care and the foster parents will need minimal support during this period. Camellia conducts adoptions for both the state and private families. Camellia recruits, trains, licenses, and supervises foster homes or adoption family homes. **Group Preparation and Selection (GPS) training and licensure** is provided to families with no expense to them.

Camellia Therapeutic Foster Agency provides **matching** for the child referred to the agency for placement, which entails looking at the child's strength and needs and the family's strength in order to find the most suitable placement for the child/family.

The Camellia Therapeutic Foster child and foster family are allowed to have a **pre-placement visit** which allows them the opportunity to become acquainted before a decision is made on the placement. The desires of the child, family and the county DHR worker are taken into consideration during this period. Placement is only considered after careful consideration of how well the prospective foster parent can meet the child's needs. Once placement is agreed upon a placement meeting is scheduled with DHR, the child and the family.

Within the first ten days of the child's placement the **intake evaluation** and the **initial treatment plan** is completed by the county's DHR, the **comprehensive treatment plan** is completed within 30 days of the initial treatment plan, and the **treatment plan reviews** occur at every ninety days following the comprehensive treatment plan by the Agency. Camellia coordinates with the DHR worker in developing the child's treatment plan. The child's ISP is thoroughly reviewed in the preparation of his/her treatment plan. Support from all team members allows each child to benefit from intensive treatment and clinical services provided by this team approach. Camellia provides **weekly face-to-face contact with the child**, each child is assigned a family consultant who meets with him/her to discuss any concerns or needs. The Camellia consultants will provide supportive coaching to the child, during these individual meetings. The consultant maintains regular **contact with child's school**; which is done in an effort to support the child's educational development. The consultant act's as an advocate for the child at school. Camellia's consultants attend all educational meetings for the child.

Camellia also provides **basic living skills training**, through the foster parents of the child, areas covered are money management, personal, healthy lifestyle, personal hygiene, laundry, meal preparation, shopping and behavior education that prepare the child for self sufficiency. Support from the consultant is provided to the foster parents on a weekly or as needed basis. Staff are available to the foster parents on a twenty four a day hour basis. Foster parents and Camellia's staff are expected to **attend all ISP's, IEP's,** and any other important meeting regarding the TFC child. They act as the child's representative and offer support to assure that he/she is receiving the most appropriate services available.

5

**History (Continued).**

Camellia encourages the foster parent to enroll the child in at least one **recreational activity** of the child's choice, the Camellia treatment team understand that each child needs some form of physical or other activity that provides them stimulation. Camellia also provides **family support** to the child's birth families and assistance **with visitation** as outlined in the ISP for the family. Camellia's services are centered on the child's individual needs. Camellia Therapeutic Foster Agency attempts to combine the benefits of a healthy functioning foster home with an assortment of specialized supportive services.

Camellia Therapeutic Foster Agency foster parents provide consistent care and serve as role models, disciplinarians, mentors and treatment team members for the child in their care. Camellia's foster parents work closely with the Camellia consultant to review and plan for the child's ongoing care and treatment. Services provided by Camellia Therapeutic Foster Agency to the foster parents are **family support**, 24 hours of **respite** per month **after hour crisis intervention** monthly **foster parent meetings, support groups, annual foster home re-licensure** and **semi-annual site visits** to the foster family home.

Camellia's staff **assist and coordinates transportation** of the foster child to all **appointments** for medical, dental and counseling. When necessary Camellia's staff will assist with the transportation of the child to his/her appointments. Camellia's staff are available to foster parents on a twenty-four hour basis for crisis or emergency situations involving the TFC child. **Family support** visits are made bi-weekly to reinforce parenting skills and encourage the foster parents to maintain a safe and nurturing home environment for the child placed in their home.

**Foster parents are educated** on the use of behavior management. Camellia encourages the foster parents to adhere to the Camellia discipline policy when dealing with inappropriate behaviors in the child placed in their care. Camellia offers monthly foster parent support meetings, reimbursement for travel for a child's appointment over 50 miles, referrals to appropriate resources as needed Other Camellia services provided by Camellia Therapeutic Foster Agency include **crisis intervention, discharge planning, 14 days of notice prior to a child being discharged, respite,** and **quality assurance.** Quality assurance is utilized to measure outcomes, monitor achievement of outcomes, monitor barriers to goals, and prevent the barriers to achieving the goals. Camellia's staff are trained to work closely with the ISP team to determine the goals that are suitable to the child's need.

History (Continued).

### Child and Family Planning Team

Camellia Therapeutic Foster Agency composes a group of individuals to focus on the needs of the family involved in the ISP process. Individuals invited and who make the team are the child's family, the DHR social worker, family friends, relatives or significant others, service providers, foster parents, the child's guardian ad-litem, and school personnel. The team is responsible for evaluating goals and identifying steps to achieve identified outcomes in various areas, including behavior management plans, safety plans and crisis plans.

### Treatment Team

Camellia composes a team for each child in placement that includes the Camellia family consultant, the child, the child's family, the foster parent, the DHR social worker, and the child's teachers, therapist and any other relevant person. This team is responsible for the development of the child's treatment plan within the TFC program and shall ensure that it is congruent with the family's ISP.

### Initial Treatment Plan

DHR completes an Initial treatment plan at the time of each child's admission into the program.

The initial treatment plan is based on early assessment and relationship-building efforts during the first ten days of admission. This plan can serve as the comprehensive treatment plan if enough information is available to prepare an adequate plan.

### Comprehensive Treatment Plan

Camellia completes a comprehensive treatment plan that is completed within thirty days of a child's admission into the program. The plan coordinates short-term and long-term goals with target dates and services to meet the identified goals of the treatment plan. The plan is developed and implemented in a manner to achieve the overall outcomes for the family identified in the ISP.

### Monthly Reports

Monthly reports are provided to DHR in regard to the child placed with Camellia by the 5th of each month. The monthly reports notes the child's progress for the month at home and in school. The report contains any significant events involving the child. The monthly report will document any behavioral or emotional concerns regarding the child at home and at school. The report entails an update on the child's current dental, medical, psychiatric and any other pertinent information. The report lists the child strength and weaknesses, and any contact with the child's family or other relevant other. The crisis plan is outlined, relevant appointments and services provided by Camellia.

7

**History (Continued).**

**Treatment Plan Review**

A treatment plan review will be completed at every ninety days from the date of the initial treatment plan. The Camellia worker will summarize the child's progress and make any needed changes n the treatment goals and strategies. The treatment plan review will document progress on the child's goals for the month. The Camellia treatment team members are invited and will provide their input.

**Discharge Summary**

Camellia provides DHR with a discharge summary on every child who has been discharged from the program. The discharge summary contains services provided during care, the growth and accomplishments, assessed needs which remain to be met, and recommendations of the services to meet these goals. Date of discharge, reason for discharge, and the name and telephone number and relationship of the person or agency to whom the child was discharged After-care plans will specify the responsibility for follow through.

**Crisis Intervention and Resolution**

This is a two party professional service team, composed of a master's level staff and a bachelor level staff, who in the event of a crisis involving a Camellia TFC child after normal working hours will attempt to bring the situation to a pre-crisis state.

Camellia's crisis staff are available on a twenty four hour basis to respond to any crisis involving the child placed in the Camellia TFC home. The staff will work with the foster parent, child, and any other party to diffuse the situation that has caused the crisis.

**Location of Service Sites**

RUSSELL COUNTY
Camellia Therapeutic Foster Agency
2310 Crawford Road #104
Phenix City, AL 36867
(334) 448-2999/office
(334) 448-1666/fax

MONTGOMERY COUNTY
Camellia Therapeutic Foster Agency
1434 Mulberry Street
Montgomery, AL 36106
(334) 834-4088/office
(334) 834-5888/fax

MADISON COUNTY
Camellia Therapeutic Foster Agency
2019 Sparkman Drive # A
Huntsville, AL 35810
(256) 858-6500/office
(256) 858-0055/fax

MOBILE COUNTY
Camellia Therapeutic Foster Agency
22 North Florida Street
Mobile, AL 36607
(251) 476-5156/office
(251) 476-5245/fax

**Location of Service Sites (Continued).**

JEFFERSON COUNTY
Camellia Therapeutic Foster Agency
3600 6th Avenue South
Birmingham, AL 35222
(205) 595-2760/office
(205) 595-2761/fax

Satellite Office
DALLAS COUNTY
Camellia Therapeutic Foster Agency
1003 Broad Street
Selma, AL 36701
(334) 874-3800/office
(334) 874-3005

**4. MISSION STATEMENT:** Provide a brief statement regarding the goals of the Organization or its' mission statement.

Camellia Therapeutic Foster Agency's mission statement is "Giving each foster child a place to call home and ultimate unification of birth families". Camellia's mission statement was derived by the desire of its founders to deliver services to place the therapeutic child in the least restrictive environment. Camellia's goal also was to give children placed in foster care a place to call home in a family setting. Camellia Therapeutic Foster Agency plans to provide the best possible care for Alabama's foster children who are entrusted in our care. It is our aim that each child will experience positive and precious lasting memories into their adulthood. The agency will ensure that we never abuse them nor overlook their needs. It is also the agency's goal to work hard to reunite them with their biological parents. Camellia Therapeutic plans to provide an environment that includes Christian values integrated with quality education and parenting to each child placed in our care. Our mission is to seek and discover the individuals need of the whole child focusing on mental, intellectual, physical, social, and above all, spiritual growth.

Our mission also strives to offer support to the families and to encourage family involvement in all areas of their child's life while they are in foster care.

Camellia plans to offer a unique setting where therapeutic foster care takes place in a variety of ways. We want to integrate laughter and tears and the reasons behind them are of utmost importance. We also want the child to feel free to express himself and to dare to dream where children believe in themselves and know they have the possibility to do anything God wants them to be. Our mission and purpose is not based on financial benefit, it is all about making a difference in the life of a child.

The primary goals of the mission statement are to:
- Offer services that provide each child a place to call home in a safe/therapeutic environment.
- Provide intervention that gives children a second chance before placement in a restrictive setting, providing them the most normative environment as appropriate to their treatment plan.

**Mission Statement (Continued).**

- Honor the family/child relationship by allowing TFC child to maintain contact with is/her birth families as permitted by the ISP and attend all treatment team meetings.
- Provide culturally competent services that are responsive to the racial and ethnic differences of the children/families served.
- Provide children with behavioral/emotional disturbances individualized services in accordance with their own strengths and needs and that are guided by an individualized service plan.

5.    **MANAGEMENT STRUCTURE:** Describe the management structure of the Organization to include the sub-units and the established chain of administrative command. Include an organizational chart. Ratios of staff to supervisors should be clearly indicated.(See page 11 for Camellia's Organizational Chart)

6.    **FINANCIAL AUDIT:** The date of the most recent financial audit and the name of the audit firm.

DATE OF MOST RECENT FINANCIAL AUDIT:    February 5, 2005

NAME OF AUDIT FIRM:    Chancellor Hoffman C.P.A.

INDEPENDENT ACCOUNTING SERVICES:    John Kuforiji, Ph. D
Optimal, INC.

7.    **QUALIFICATIONS AND THE EXPERIENCE OF THE VENDOR:** The vendor qualifications and experience for assuring the successful completion of the requirements of this RFP. It must include a description of past or current experience providing the proposed service and, as applicable, the rate of successful completion by previous program participants.

A list of persons with addresses, telephone numbers and e-mail addresses who are familiar with the delivery of similar services by the vendor to the Department, in the past or to other programs similar to that of the Department, if any. It must further describe any licenses and/or certifications held by the vendor.

## SECTION IV A PROGRAM NARRATIVE

## MANAGEMENT STRUCTURE

| **Dr. Joseph Appiah**<br>President/Board Chairman |
| --- |

| Dr. Darryl Ellis<br>**Vice President**<br>**Children EPSDT Screening & Medical** | Dr. Osei-Yeboah<br>**2nd Vice President**<br>**Budget & Finance/ Employee**<br>**Benefits** | Justina Okeke, LGSW M. Ed, LPN<br>**Licensing Specialist**<br>**Board Member** |
| --- | --- | --- |

| **Administrative Staff** |
| --- |

| Camellia's Chain of Command begins with the Executive<br>Director to the Receptionist |
| --- |

| Karen Jurls, LCSW PIP<br>**Executive Director** | Katrina Jefferson, MSW<br>**Quality Assurance**<br>**State-Wide Camellia Agencies** | Cathleen Dixon, LCSW PIP<br>**Supervisor of Social Services** |
| --- | --- | --- |

| **Justina Okeke, LGSW**<br>Licensing Specialist |
| --- |

| **Latonya Tinsley, MS**<br>Therapist |
| --- |

| **Family Consultants** |
| --- |

| Kareema Jacobs, MSW |
| --- |
| Joselyn Hereford, MSW |
| Eva Ransom, MSW |
| Debra Winston, BSW |
| Lakeisha Bearden, BS |
| Clementine Ellis, BS |

| **Renee Lyles**<br>Medicaid Billing Specialist | **Brenda Ayers**<br>Receptionist/Children Transportation |
| --- | --- |

**Ratio of Staff to Supervisor:** Camellia Therapeutic Foster Agency, LLC. has one supervisor for every six workers.

11

### Section IV A Program Narrative

Camellia Therapeutic Foster Agency has previously and is currently serving Alabama's Department of Human Resources. We have attempted to develop a positive working relationship with each DHR county in our service area. We plan to continue this relationship with DHR as one of our main goals is to accommodate and delivery service to provide the counties with a safe and therapeutic placement for their child. We feel that we have hired a group of highly professional staff who are able to deliver services for the therapeutic child.(Please see the Vendor/Employee Qualifications below)

- **Vendor/Employee Qualifications to Assure the Successful Completion of the Program:**

| Employee | Title | Credentials |
|---|---|---|
| Agyeman Osei-Yeboah | Personnel Manager | Ph.D. |
| Karen L. Jurls | Executive Director | LCSW, PIP |
| Katrina Jefferson | Statewide Supervisor/QA | MSW |
| Cathleen Dixon | Supervisor of Social Workers/Social Services | LCSW, PIP |
| Latonya Tinsley | Therapist/Manager | MS |
| Kareema Jacobs | Family Consultant | MSW |
| Joselyn Hereford | Family Consultant/GPS Facilitator | MSW |
| Eva Ransom | Family Consultant/Manager | MSW |
| Lakeisha Bearden | Family Consultant | BS |
| Clementine Ellis | Family Consultant/GPS Facilitator | BS |
| Debra Winston | Family Consultant | BSW |
| Justina Okeke | Licensing Specialist | LGSW |
| Renee Lyles | Medicaid Billing | AA |
| Brenda Ayers | Receptionist | Diploma |

A list of our service references are listed below:

### References

**Laura Parchman, LGSW**
DHR Supervisor
Jefferson County
4500 5th Avenue South
Birmingham, AL. 35233
(205) 918-5169
**email: l.parchman@DHR.State.AL.US**

**Patti Way, MSW**
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256)-535-4527
**email: p.way.@DHR.State.AL.US**

**References (Continued).**

**Chuck Evans, MSW**
DHR Supervisor
Madison County
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4680
**email: c.evans@DHR.State.AL.US**

**Darnell Sharpeson, BSW**
DHR Social Worker
Madison County
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 517-1410
**email: d.sharpeson@DHR.State.AL.US**

**Jacqueline Griffin, MSW**
Madison County DHR
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4645
**email: j.griffin@DHR.State.AL.US**

**Mary Ann Wilson, LGSW**
Program Analyst
50 Ripley Street
Montgomery, AL. 36130
(334) 242-1659
**email: m.wilson@DHR.State.AL.US**

**Cherry Jones, MSW**
Program Supervisor
Russell County
P.O. Box 67
Phenix City, AL. 36868
(334) 214-5803
**email: c.jones@DHR.State.AL.US**

**Annie Poles, MSW**
Service Supervisor
Russell County
1003 25th Avenue
P.O. Box 67
Phenix City, AL. 36868
(334) 214-5853
**email: a.poles@DHR.State.AL.US**

**Chasidity Perry, BSW**
Madison County DHR
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4655
**email: c.perry@DHR.State.AL.US**

**Robin King, MSW**
Jefferson County DHR
4500 5th Avenue South
Birmingham, AL. 35223
(205) 918-5193
**email: r.king@DHR.State.AL.US**

**Licenses and/or certifications held by the vendor.**
Camellia has therapeutic foster care licensure/# 34627 for the periods of March 19, 2005 to March 19, 2007. We also hold certification for "Standard Medicaid Provider# 339091102" and Step-Down Medicaid Provider #339091202".

13

**B.    START UP PLAN:** All vendors must provide a plan of action detailing the steps necessary to reach program operation including target dates. New programs will necessarily require a start up plan of greater scope but all proposals from providers with a current contract with the Department must include start up plans, and must describe changes to the existing program structure as required to meet the terms of the RFP.

Camellia Therapeutic Foster Agency, LLC. is currently a licensed child placing agency for the state of Alabama. Camellia has been in operation for to three years at this point. Camellia Therapeutic plans to continue offering our service to the Department of Human Resources. Camellia plans to retain and continue recruiting staff who are both professional and qualified in the area of child development and case management. To continue to meet the needs for placement requests from DHR Camellia will continue recruiting and training foster parents. Camellia plans to assure that our parents first have the desire to care for therapeutic children and then became properly trained to deal with the behaviors of the therapeutic child. The steps necessary to gain and maintain operation are listed as follows.

- **Research:**
  Before becoming a licensed therapeutic foster care provider, in 1992, Camellia obtained material to gain knowledge of the therapeutic foster care system. We researched possible locations for office space and operation, the need for service, and began to develop a relationship with DHR

- **Funding:**
  Prior to start-up Camellia went through the process of acquiring the funds necessary to operate. Enough funding was needed to recruit and maintain staff, maintain office space, and meet full operation for a total of six months before a child could be placed.

- **Advertise:**
  After establishing a need for therapeutic foster care services, and acquiring funds necessary to operate, Camellia through advertisement, began to seek foster parents and staff to provide our program's services. Advertisements were geared towards, foster parents, social workers and DHR.

- **Licensure/Contract:**
  To obtain licensure, Camellia completed an application process and submitted all required paperwork to the office of licensure and contracts at DHR's state office. To maintain operation of agency operations relating to therapeutic foster care, Camellia needs to abide by all rules and regulations set forth. A renewal application will be resubmitted in advance of the expiration date of the current license.

14

**START-UP PLAN (Continued).**

- **Office Space:**

  To operate as a therapeutic foster agency Camellia located the proper office space to house staff, and conduct agency business. To meet program operation, Camellia needs adequate office space for daily operations, staff and foster parent training, and the compiling/storing of the child and foster parent/personnel records. Camellia currently has six offices available for agency operations. Local Camellia offices are located in Huntsville, AL, Mobile, AL, Montgomery, AL, Phenix City, AL, Birmingham, AL. and Selma, AL. Each office has a reception area, individual offices for agency staff, a conference room for meetings and trainings, a room designated for file storage which includes file cabinets for housing of foster parents and child records, and restrooms for staff and public use. To maintain these office spaces, Camellia pays monthly rent, electrical bills, water bills, and gas bills.

- **Office Equipment/Supplies:**

  Before Camellia was ready to open its doors, the agency needed to secure office equipment, chairs, computers, office desks, etc. Each Camellia office is equipped with several telephone lines for incoming and outgoing telephone calls. Individual computers and printers are available for each staff members daily use. A fax machine is available for agency transmittal and receiving of documents, and a copy machine is available for copying of agency documents. Camellia has to maintain copier paper, ink pens, paper clips, file folders, file dividers, calculators, business cards for staff, highlighters, markers, pencils, staples, staplers, envelopes, letterhead, and other office equipment to maintain operation of the agency.

- **Medicaid Billing:**

  To continue agency operations, Camellia needs staff and the required system in place in order to bill Medicaid electronically. Camellia currently has the staff and system in place for proper Medicaid billing.

15

**START UP PLAN (Continued).**

- **Maintain Adequate Agency Structure & Daily Operation:**
The family consultants and social workers will serve as the child, foster parents, and DHR's direct line of communications. They will assure the delivery of the core services. Camellia Staff will conduct intake, and maintain all necessary documentation for the foster parent and child files. The therapist will provide individual, group and family counseling along with crisis intervention to the child and parents, as needed. The Camellia staff supervisors will serve as support for the family consultants, social workers, and therapist, they will provide direction and supervision of all case work that is done. Camellia currently has a Quality Assurance team available for evaluation of agency function. The Quality Assurance staff will provide feedback on the quality of the agency's operation and foster parent/foster child/DHR satisfaction surveys including outcomes and measures of the child in care. Camellia plans to utilize the Quality Assurance staff to monitor staff, foster parent and children performance.

Describe changes to the existing program structure as required to meet RFP.
We will hire more staff and recruit quality foster parents to meet the RFP.

Camellia requires all staff to maintain their daily time in and time out of the office for work arrival departure, home visits, or agency meeting. Camellia currently has a board of directors to monitor the daily operations of the agency. Camellia plans to maintain a board of directors to monitor the agency's operations, create and update agency policy and deal with agency grievances. Camellia currently maintains staff for janitorial services and lawn maintenance. Camellia will need to continue maintaining these staff for the maintenance of the offices indoor and outdoor structure. Camellia will need to maintain staff for intake, case management, supervision of staff, and management of office operations.

- **Foster Parents**
Camellia will continue recruiting, training and licensing foster homes. To recruit foster parents, Camellia will continue placing ads in local newspapers, producing agency brochures/fliers, purchasing radio or television advertisement and paying recruitment personnel. Camellia also will visit local churches and speak with local congregations to recruit foster parents with good moral and spiritual character to mold kids into productive adults

- **Therapeutic Children:**
Camellia needs to work closely with DHR to accommodate their needs for placement. Camellia plans to continue letting DHR know of placement vacancies available for therapeutic children.

16

START UP PLAN (Continued).

- **Maintain Positive Relationship w/DHR/Foster Parents/Public:**
  Camellia currently works closely with DHR in an effort to meet their needs for placement. Camellia will need to continue accepting referrals from DHR in an effort to properly place the child in need of therapeutic care. Camellia plans to continue accepting referrals for placement from DHR .

- **Changes to Meet terms of RFP:**
  Camellia is already providing all the services in the RFP. The limited changes are that DHR staff is required to complete intake evaluations on all children in TFC placements within ten days, and it is understood by Camellia that if the intake evaluation is not received in ten days the agency will complete the intake evaluations but will not bill the services nor receive payment for it. The county DHR shall be responsible for paying for the activities outside the core services from the flex funds. Department of Human Resources shall be responsible to purchase the individual items to accomplish Individual Living Program goals. Camellia Agency staff along with the foster parents will continue to help in creating behavior management plans for the child with other ISP team members which Camellia Agency is already performing those services.

- **Target Date:**
  The date we plan to begin this contract is on October 1, 2005.

**C.     REFERRAL, ADMISSION AND EXCLUSION POLICY**

1.    **Describe specific target population of children accepted into the program, to include, age, sex, and type(s) of behavior.**

The target population for children placed in the care of Camellia Therapeutic Foster Agency for placement are children who are in the state of Alabama's Department of Human Resource's custody through a court order. Children who are accepted into Camellia Therapeutic Foster Agency for placement must have at least a DSM IV diagnosis on Axis I, accompanied by behaviors that require intensive treatment and structure. Camellia accepts referrals for children between the ages of newborn to age 21 who are male or female. Examples of diagnosis for admission are emotional or behavioral problems, depression, sexual abuse issues, poor social skills, mild to severe mood disorders, conduct disorders, anxiety disorders, childhood trauma, borderline personality disorder, identity disorder, sexual offenders, etc...

17

REFERRAL, ADMISSION AND EXCLUSION POLICY (Continued).

2.   **Describe specific policy and procedure for admission and intake including criteria for referral and acceptance into the program.**

Camellia accepts referrals from any county DHR office for the placement of a child into our program. At the time of the intake, Camellia provides the county with a referral checklist of needed information. During the screen in process, we ask for the child's most recent psychological exam, comprehensive family assessment and social summary to identify the needs of the child. Referrals are matched to a Camellia family based on the needs of the child along with the strengths of the foster family. A pre-placement visit is then arranged with the child and the Camellia family. A Camellia staff member provides supervision during this time period. Once all parties have agreed on this placement and Camellia has received all necessary paperwork for admission; admission is finalized. **(please see attached intake application)**

3.   **Describe specific criteria for exclusion from the program.**

Camellia accepts all referrals and does not exclude any child from our program. Each child who enters the program must have a DSM-IV diagnosis.

Camellia TFA attempt to match each child based on strengths and needs of both the child and the foster parent. Camellia maintains a strong no reject no eject policy. Camellia adheres to the guidelines of the Multi-Ethnic Placement Act.

18

**CAMELLIA THERAPEUTIC FOSTER CARE AGENCY, LLC.**
2310 CRAWFORD ROAD SUITE 104
PHENIX CITY, AL. 36767
(334) 448-2999/TELEPHONE
(334) 448-1666/FAX

## INTAKE APPLICATION

Date of Application:_____

Date Placement Needed:_____

Reason for Placement:_____

Person Making Referral:_____

Contact Information: Telephone #:_____ Other:_____

Name of Child Needing Placement:_____
DOB:_____ Sex:_____ Race_____ Age_____ SSN:_____
Medicaid #:_____ Active (Yes or No) Date Applied For:_____

Legal Guardian:_____

Address:_____

DHR County of Responsibility:_____

DHR Social Worker:_____

DHR Contact #'s:_____ Other:_____

After Hour Contact #'s :_____ Other:_____

DHR Case Number:_____

DHR Case Plan:_____

Financial Eligibility Code: _____

Biological Mother of Child:_____
Address:_____
Telephone Number:_____ Other:_____
Is this Parent allowed Contact with Child: Yes or No
Is this Contact Supervised or Un-Supervised

Biological Father of Child:_____
Address:_____
Telephone Number:_____ Other:_____

19

Is this Parent allowed Contact with Child: Yes or No
Is this Contact Supervised or Un-Supervised

| Siblings of Child | Age | Address | Telephone # |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Type of Contact allowed with Siblings: _____

Is there any other relative this child may have contact with?
Name: _____
Address: _____
Telephone Number: _____

Is there any one who this child should not have contact with ?
Name: _____
Address: _____
Telephone Number: _____

Medical History of Child:
Current Diagnosis: _____
Current Medications: _____
Name of Provider & Date of Last Medical Exam:(attach copy)
_____
Name of Provider & Date of Last Dental Exam:(attach copy)
_____
Name of Provider & Date of Last Vision Exam:(attach copy) (Circle)Glasses or Contact
_____
Name of Provider & Date of Last EPSDT Screening(attach copy)
_____
Allergies: _____
Past Diagnosis: _____
Other: _____

Psychological History of Child
Current Diagnosis: _____
Current Medications: _____

Child's Current Medical Doctor:
Name: _____
Address: _____
Telephone #: _____

Current Medical Conditions that Require Special Attention:
_____

20

**Upcoming Appointments/Court Dates for Child**
1. _____
2. _____
3. _____
4. _____

**Child's Placement History & Date:**
1. _____
2. _____
3. _____
4. _____

**Child's Current School**
Grade:_____
Name:_____
Address:_____
Telephone #/Contact Person: _____
(attach copy of current report cards)

**Does Child Have a Special Education Ruling(list)**
1. _____
2. _____
3. _____

**Has Child Been Tested for Special Education Services?**_____
Date:_____
Where:_____

**Does Child Receive Speech Therapy?**_____
Frequency:_____

**Date of Current Individualized Education Program**_____
School Provided_____
Contact Information:_____

____What Degree is Child Working On in High School
____High School Diploma
____High School Diploma with Advanced Academic Endorsement
____Occupational Diploma
____Graduation Certificate
____General Education Diploma     Program Attending:_____
                                  Contact Info:_____

**Has Child Passed the High School Graduation Exam?**_____

**When is Child Scheduled to Take the Exit Exam for Graduation?**_____

21

Date of Anticipated Graduation? _____

**Check Child Current Behaviors**

___Theft                                      ___Verbally Assault

___Uncontrollable Behavior                    ___Sexually Abusive towards other
                                                 children
___Defiant with Adults                        ___Threat of Run Away

___Alcohol or Drug Use                        ___Truancy

___Sexually Active                            ___Depression

___Destruction of Property                    ___Poor Peer Relations

___Oppositional                               ___Other:_____

**Please
comment:**_____

**Please Forward:**

Application                          Current Psychological Evaluation

Social Summary                       Comprehensive Family Assessment

Social Security Card                 Birth Certificate

Medicaid Card                        Current EPSDT Screening

Current Medical                      Form 724

Interagency Agreement               Current ISP & School Records

Current Discharge Summaries          Immunization Records

**Local Offices:**

Camellia Therapeutic Foster Agency          Camellia Therapeutic Foster Agency
2310 Crawford Road #104                      1434 Mulberry Street
Phenix City, AL. 36867                       Montgomery, AL. 36106
(334) 448-2999/office                        (334) 834-4088/office
(334) 448-1666/fax                           (334) 834-5888/fax

Camellia Therapeutic Foster Agency          Camellia Therapeutic Foster Agency
2019 Sparkman Drive # A                      22 North Florida Street
Huntsville, AL. 35810                        Mobile, AL.36607
(256) 858-6500/office                        (251) 476-5156/office
(256) 858-0055/fax                           (251) 476-5245/fax

Camellia Therapeutic Foster Agency          Camellia Therapeutic Foster Agency
3600 6th Avenue South                        DALLAS COUNTY
Birmingham, AL. 35222                         1003 Broad Street
(205) 595-2760/office                        Selma, AL. 36701
(205) 595-2761/fax                           (334) 874-3800/office
                                             (334) 874-3005/fax

22

## IV. PROGRAM NARRATIVE

**D.    SERVICE DELIVERY:** Describe the delivery of services proposed by the vendor to meet or exceed, the Core Services outlined in Attachment A of this RFP and the provisions of the Therapeutic Foster Care Manual. The proposal should outline how the agency will serve the birth family or relatives while the child is in the therapeutic out-of-home placement to reduce the length of stay. It is expected that a child should be ready to step-down in the level of service that is needed to meet his/her needs by six (6) months, at which time he may continue his treatment goals in the context of family. Should a child need a longer length of stay, the proposal should clearly define what the provider will do to ensure that goals are expeditiously achieved in a designated timeframe thereafter.

It is very important for Camellia Therapeutic Foster Agency to maintain the guidelines of the R.C. Decree with the ultimate goal of reunification of the child with the birth family in the delivery of the core services for therapeutic foster care. Our services are outlined in accordance to meet the guidelines of the R.C. Decree, and the Minimum Standards for Foster Family Homes and Child Placing Agencies.

Camellia strives to accommodate the placement needs of the Department of Human Resources by providing and maintaining highly trained staff and foster parents. We plan to do so by providing an effective screening process that matches each child with the most compatible Therapeutic Foster parent.

Camellia Therapeutic provides **therapeutic foster placement services,** an intense system of clinical and support services for youth with mild to moderate or severe emotional or behavioral disorders. Camellia services include foster home placement, case management, and the coordination of the child's educational and medical planning. The Camellia foster parents receive extensive training and supervision to assist them in successfully addressing the needs of the child in their home. The family systems approach is integrated in the treatment planning of the child. The child/family partnership is reinforced in the delivery of our services for the child. Camellia's foster parents and staff are trained on the importance of **the Multi Ethnic Placement Act** in the delivery of services. **Regular foster homes** are also available for children who have stepped down from Camellia's therapeutic program. This program utilizes entry-level foster parents to provide short-term and transitional services in their home.

23

## D. SERVICE DELIVERY (CONTINUE).

Camellia's therapeutic foster parents have dual licenses so they are licensed to care for a child who has stepped down from the therapeutic program. The children placed in this program often require basic care and the foster parents will need minimal support during this period. It is estimated that children who enter the therapeutic program can be stepped down in six months of their admission. However, we base this decision on the child's individual needs, we also depend greatly on the input of the child's treatment team. Camellia conducts adoptions for both the state and private families. Camellia recruits, trains, licenses, and supervises foster homes or adoption family homes. **GPS training and licensure** is provided to these families with little or no expense to them during the adoption proceedings. Camellia Therapeutic Foster Agency plans to provide services in relation to the core services as follows below :

### "Core Services for Standard TFC Category of Care"

### Services to Foster Children from the TFC Agency

- **Matching and Screening Process:** Camellia Therapeutic Foster Agency provides matching for the child referred to the agency for placement, which entails looking at the child's strength and needs and the family's strength in order to find the most suitable placement for the child/family. Camellia's matching criteria include composition of the foster family, the ability and willingness of the foster home to work with the child's family, the foster family's ability to communicate with the child, the proximity of the child to his/her family, local availability and access to needed supportive resources, the foster parent's skills, abilities, attitude, and the foster family's lifestyle. The **screening process** entails screening each child's referral for appropriateness for therapeutic foster care placement.

- **Pre-placement visits:** The foster child and family are allowed to have an overnight visit allowing them to become acquainted. The Camellia worker will meet with the child and family to discuss the pre-placement visit. Based on the report given by the child and family, a decision is made to place the child with the family. The pre-placement visit is documented in both the child's and foster parent's case file.

24

## SERVICE DELIVERY (CONTINUE).

- **Schedule & Coordinate the Child's Treatment Plan: DHR** staff will complete the intake evaluation and initial treatment plan for each child entering the program within the first ten days of placement. The intake evaluation addresses the immediate needs of the child and all services to be provided. The initial treatment plan will rely heavily on the child's individual needs as set in the child's ISP. Camellia works closely with the DHR worker in establishing the child's treatment plan. The Comprehensive treatment plan will follow the initial treatment plan at the child's 30th day of placement. Camellia staff will conduct a treatment plan review every ninety days to assure the progression of the child's treatment plan. Support from all Camellia team members allow each child to benefit from intensive treatment and clinical services provided by the team approach.

- **Individual visits with the TFC child:** Camellia's staff maintains regular contact with the child while in the home. The Camellia family consultant meets with the child in the home individually at least once per week.

- **Monthly face-to-face or telephone contact with the child's school:** Camellia's staff maintain regular contact with the child's school to monitor his/her progress. The Camellia family consultant acts as an advocate for the child at school and will attend all educational meetings relating to the child. At a minimum, the child's consultant will have contact with the child's school.

- **Monthly face-to-face or telephone contact with child and or therapist** to monitor the child's progress in counseling.

- **Assist in referral to other programs/services the TFC child may need:** As identified in the child's ISP or as needed the Camellia family consultant will coordinate the child's transportation to all appointments, family visits, or other activities.

- **Provide 18 hours of basic living skills and five hours of group basic living skills:** The Camellia Foster parents provide a maximum of 18 hours of basic living skills relating to behavior education, money management, shopping, healthy lifestyle, stress management, meal preparation, personal hygiene, housekeeping, medication management, laundry, and public transportation, as based on the child's individual needs. Camellia staff work closely with the foster parents in ensuring the maintenance of these skills in relation to the child's individual goals.

- **Attend child's ISP and IEP:** The Camellia family consultant will attend all  IEP and ISP meetings along with the TFC foster parent.

## SERVICE DELIVERY (CONTINUE).

- **Assist in the development of independent living skills:** The Camellia family consultant will assist the foster parent in the development of independent living skills relevant to the child's needs. DHR shall accept the fiscal responsibility for purchasing individual items to accomplish ILP goals.

- **Monthly Group Therapy:** The Camellia family consultant will ensure that each child who enters the program is in attendance at monthly counseling sessions that are tailored toward achieving specific goals as identified in the child's ISP.

- **Five Hours of Crisis Intervention:** The Camellia family consultant is on call on a twenty four hour/seven day a week basis for emergency and crisis situation that involve the TFC child. Crisis Intervention and Resolution is provided as needed to the TFC family in an effort to alleviate the crisis and to sustain the child's placement.

- **Discharge Planning:** Discharge planning begins at intake as therapeutic foster care is a time limited program. Discharge planning is addressed in the child's treatment plan in preparation for discharge and aftercare planning. A discharge summary is provided to DHR by the 5th day of each month. It contains services provided during care, the growth and accomplishments, assessed needs which remain to be met, and recommendations of the services to meet these goals. The summary contains date of discharge, reason for discharge, and the name and telephone number and relationship of the person or agency to whom the child was discharged to and after-care plans.

- **No Reject/No Eject Policy:** Camellia maintains a no reject/no eject policy for children who meet program criteria.

- **Regularly administer outcome measures:** Camellia regularly administers outcome measures every ninety days in order to monitor the child's treatment and progress through the behavioral assessment tool included in the ISP.

- **Regular Communication with relevant parties:** Camellia maintains regular contact with DHR, the child's counselors, teachers and any other relevant party in an effort to monitor the child's progress.

- **Coordinate involvement in at least one recreational activity:** Camellia assists the foster parents in enrolling the TFC child in at least one recreational activity of his/her choice.

- **Provide a 14-day notice in the event of a disruption:** Camellia provides a 14 day notice in the event of a placement disruption.

26

## SERVICE DELIVERY (CONTINUE).

- **Monthly Reports:** Monthly reports are provided to DHR in regard to the child placed with Camellia by the 5th of each month. The monthly reports notes the child's progress for the month at home and in school. The report contains any significant events involving the child. The monthly report will document any behavioral or emotional concerns regarding the child at home and at school. The report entails an update on the child's current dental, medical, psychiatric and any other pertinent information. The report lists the child's strengths/needs and weaknesses, and any contact with the child's family or other relevant parties. The crisis plan is outlined in the monthly report, along with all relevant appointments for the child and all services provided by Camellia.

- **Quality Assurance:** Camellia has a Quality Assurance program that monitors our program's performance in each Camellia office. The QA staff are responsible for regularly collecting and analyzing data, conducting case studies, special studies, and site visits to evaluate the program's performance according to the goals and principles of the R.C. Decree.

- **Ensure Program Compliance with Minimum Standards for Child Placing Agencies, Minimum Standards for Foster Family Homes and Therapeutic Foster Care Manuals:** Camellia ensures that its' programs meet the Minimum Standards for Child Placing Agencies, Minimum Standards for Foster Family Homes and Therapeutic Foster Care Manuals through regular training and encouraged compliance of the manuals' policies and procedures.

- **Assistance in Creating a Behavior Management Plan:** At the time of the placement meeting Camellia staff coordinate a behavior management plan for the child entering the program. Camellia maintains staff who have experience in behavior management planning and child development.

- **Participate in the ISP team in determining goals for children and their families:** Camellia's staff participates in all ISP meetings. ISP meetings are conducted in order to assist the child's family members in understanding the nature of the child's illness and how to help the child to be maintained in the community.

### Service To Birth Families of Children in TFC Placements

- **Be an active participate in the assessment of the parental functioning to assist the ISP team in determining treatment goals for the safe placement of the child back with her family when the goal is return to parent:** Camellia staff will work with the birth families as outlined in the child's ISP to determine the reunification of the child to the home.

## SERVICE DELIVERY (CONTINUE).

- **Assist with implementation of the goals of the family as identified in the ISP to expedite the child's safe return home:** Camellia will work with the child's birth family to ensure referrals to appropriate resources as needed.

- **Provide 2 hours per week of therapeutic visitation coaching with the family and their children who are in the placement to assess the parents ability to safely care for the child and to determine the progress in attaining goals:** Camellia's staff will work with the child's birth family for 2 hours per week to provide therapeutic coaching and to determine the family's ability to care for the child.

- **Provide family support to birth families as outlined in the ISP treatment plan:** Camellia's staff will work with the child's birth family to assist the child's family in understanding the child's illness and how to help the child be maintained in the community.

### Services to TFC Families From the TFC Agency

- **Difficulty of care payment as identified in the contract at a minimum of $16.00 per day:** Camellia provides a difficulty of care payment to all foster parents with a child in their home.

- **Forty hours of pre-service training including GPS prior to licensure:** Camellia provides forty hours of pre-service training to all foster families prior to their home being licensed.

- **Twenty hours of yearly training:** Camellia provides 20 hours of training to foster parents in our program annually for re-licensure.

- **Monthly Support Group Meetings:** Camellia provides a monthly support group meeting for foster parents in the program.

- **Ensure homes comply with minimum standards for foster family homes:** Camellia ensures that all homes licensed have met the standards for foster family homes.

- **Conduct annual licensure and semi annual visits to TFC home:** Camellia re-licenses it homes yearly. A semi annual visit is also made to the home.

- **Weekly face to face contact to support families to strengthen their ability to provide a safe and nurturing home environments for the child.** Camellia provides **weekly face to face contact** with the TFC family for **family support.**

28

## SERVICE DELIVERY (CONTINUE).

- **On-Call Crisis Intervention:** Camellia staff are available to assist the TFC foster parents in the event of a crisis on a twenty-four hour/seven day a week basis.

- **Forty eight hours of respite per month:** Each Camellia home is provided with 48 hours of respite per month.

- **Reimbursement for travel expenses over 50 miles for child's appointments:** Camellia provides reimbursement for travel expenses by foster families that are over a 50 mile radius from the foster home.

- **Assistance with transportation:** Camellia provides transportation assistance as needed for all TFC children's appointments.

- **Assistant with ensuring Medicaid documentation is properly maintained for billable services in compliance with policy and billing guidelines per the Medicaid provider manual:** All foster parents are instructed on the proper completion of forms needed for Medicaid documentation. Staff are available to assist the foster parents as needed.

- **Have staff available to assist the TFC family on a 24 hour basis:** Camellia staff are on call 24 hours per day and 7 days per week to assist the foster family in the event of an emergency. All foster parents have been provided with the on-call numbers to locate staff after hours.

Camellia Therapeutic Foster Agency plans to provide services in relation to the core services as follows below :

### "Core Services for Step-down TFC Category of Care"

### Services to Foster Children from the TFC Agency

**All core services** as outlined in the Core Services for Standard TFC category of care are included in the core services for step-down TFC Category of Care. The only differences are noted as follows to services to TFC child are:

- **Individual bi-weekly visits with the TFC child.**

- **Quarterly face to face or telephone contact with school (minimum) to monitor the** child's progress.

- **Quarterly face to face or telephone contact with child and or therapist to monitor** the child's progress in counseling.

### SERVICE DELIVERY (CONTINUE).

- **Provide 9 hours of basic living skills and no more than 3 hours of group basic living skills training** per week: The Camellia Foster parents provide a maximum of 9 hours of basic living skills relating to behavior education, money management, shopping, healthy lifestyle, stress management, meal preparation, personal hygiene, housekeeping, medication management, laundry, and public transportation, as based on the child's individual needs. Camellia staff work closely with the foster parents in ensuring the maintenance of these skills in relation to the child's individual goals.

- **Provide 3 weeks of crisis intervention services,** as needed, to alleviate a crisis for the child or to assist the family to alleviate a crisis for the child.

### Services to TFC Families From the TFC Agency

**All core services** as outlined in the Core Services for Standard TFC category of care are included in the core services for step-down TFC Category of Care.

- **Difficulty of care payment as identified in the contract at a minimum of $8.00 per day:** Camellia provides a difficulty of care payment to all foster parents with a child in their home.

- **Twenty-four hours of yearly training:** Camellia provides 24 hours of training to foster parents in our program annually for re-licensure.

- **Monthly Support Group Meetings:** Camellia provides a monthly support group meeting for foster parents in the program.

- **Ensure homes comply with minimum standards for foster family homes:** Camellia ensures that all homes licensed have met the standards for foster family homes by a License Social Worker.

- **Conduct annual licensure and semi annual visits to TFC home:** Camellia re-licenses it homes yearly. A semi annual visit is also made to the home, to be sure that the home still meets the minimum standard.

- **On-Call Crisis Intervention:** Staff are available to assist in crisis resolution on a 24 hour basis.

## SERVICE DELIVERY (CONTINUE).

The following includes a plan to ensure that ISP goals are expeditiously achieved should a child need a length of stay greater than six months:

- Camellia's staff will make face-to-face contact with the TFC child at least twice per month in the TFC home.
- Camellia's staff will encourage DHR staff to fulfill their responsibilities as outlined in the TFC Manual.
- Camellia's staff will also work cooperatively with DHR, the TFC child and family to expedite the step-down process.

### Comprehensive Treatment Plan(30 days following the Initial Treatment Plan)
1. Complete Camellia Comprehensive Treatment Plan(FP, child, and social worker may be present
2. Send for Medicaid billing

### Treatment Plan Review(every ninety days)
1. Complete Camellia Treatment Plan review at ninety days after Comprehensive Treatment Plan and then every ninety days.(done by Master Level Social Work Staff who is not apart of the treatment team)
2. Send for Medicaid billing

### Monthly Reports
1. Complete by the 5th of each month.
2. File copy, mail copy to social worker, send copy to Medicaid(Renee) for billing.

### Discharge Summaries
1. Complete on each child discharged from the program within 30 days of discharge.
2. File copy, mail copy to social worker, send copy to Medicaid(Renee) for billing.

### Monthly Meetings
1. Arrange once a month and invite all parents who have foster children, as well as those without a child in the home. Place a copy of the subject studied in each foster parent's case file.

### Other
1. Crisis Intervention Resolution: This is a two party professional service team, composed of a master's level staff and a bachelor level staff after normal working hours.
2. Arrange counseling for child
3. Make sure parent has child in at least one recreational activity.
4. Maintain contact with child's school at least once monthly.
5. Make sure all documents in foster parents files are up to date
6. Delivery all other services as needed.

E.     **TARGET AREA:** Identify the geographic scope for the service by naming the specific region and specific counties within each identified region for which the service is proposed.

Camellia Therapeutic Foster Agency is licensed statewide for therapeutic foster child placement. We are proposing slots for five regions. Camellia has a total of six offices in the state of Alabama. Our services are focused within the same geographic region to enable the agency to continue the good work they are already doing. Camellia strives to have licensed therapeutic homes available to accommodate the nine region area of the state of Alabama. The areas Camellia now serve are Region 2 at Mobile county, Region 3 at Montgomery & Dallas County, Region 4 at Russell County, Region 6 at Jefferson County, and Region 9 at Madison County.

Camellia plans to expand staff and foster homes in the future and propose the necessary slots to accommodate this plan. (See Target Chart below).

| Region | County | Seeking number of Slots |
|--------|--------|-------------------------|
| 2 | Mobile | 48 |
| 3 | Dallas & Montgomery | 50 |
| 4 | Russell | 16 |
| 6 | Jefferson | 100 |
| 9 | Madison | 100 |

Camellia Therapeutic Foster Agency, LLC. plans to continue to recruit therapeutic foster parents/homes based upon the need of each county we serve. We also plan to provide adequate services to the county DHR offices in an effort to continue serving the TFC child within the county boundaries.

F.     **DISCHARGE POLICY:**

1.     Describe the process and criteria for **reunification planning** with children/families and coordination with the ISP Team; as well as **pre-discharge and aftercare planning requirements.** The proposal should explain the means that **a child's placement will be tracked to the extent possible at 6-month, 12-month, 18-month, and 24-month intervals post-discharge.** It should clearly delineate what **after care services will be provided post-discharge. Services that will be provided to family to expedite the discharge of the child from the out-of-home placement should be clear and detailed.**

**Discharge Policy (Continued).**

### Reunification Planning

Camellia Therapeutic Foster Care Agency follows the guidelines for reunification between the child placed in our care and the birth parent as outlined in child's ISP. During the ISP the DHR worker will detail the plan for reunification of the TFC child. The reunification plan is added to the child's ISP by the DHR worker. The ISP team will coordinate whether the child is allowed visitation and the length of the visitation, telephone contact and with what family members, and any supervised or unsupervised contact, time and place of visitation, (monthly or bi-monthly), etc... if this is not ordered through the youth court. The Camellia worker will implement the plan in the child's treatment planning as set forth in the ISP.

- **6 month**
  Camellia's staff will track children discharged from their care (provided that all parties are cooperative) in the following areas: placements, behaviors, educational and work status, law enforcement status, and family involvement.

- **12 month**
  Camellia's staff will track children discharged from their care (provided that all parties are cooperative) in the following areas: placements, behaviors, educational and work status, law enforcement status, and family involvement. Also, in order to further track child's placement, at this point an ISP will be held to monitor/ evaluate progress.

- **18 month**
  Camellia's staff will track children discharged from their care (provided that all parties are cooperative) in the following areas: placements, behaviors, educational and work status, law enforcement status, and family involvement. Also, in order to further track child's placement, at this point an ISP will be held to monitor/ evaluate progress.

- **24 month**
  Camellia's staff will track children discharged from their care (provided that all parties are cooperative) in the following areas: placements, behaviors, educational and work status, law enforcement status, and family involvement. Also, in order to further track child's placement, at this point an ISP will be held to monitor/ evaluate progress.
  Evaluate for step-down completion and possible discharge via questionnaire or satisfactory survey by mail, phone, or face-to-face, when possible.

33

## IV. Program Narrative

**Discharge Policy (Continued).**

### Pre-discharge/Aftercare Planning

Camellia will regularly administer outcome measures every 90 days in order to plan for the discharge of the TFC child. At the time of placement, Camellia's staff communicates with the DHR worker on the strengths and needs of the child. In order to estimate the TFC child's discharge date Camellia will measure the progress of the child regularly. Prior to the date of the expected discharge the Camellia worker will meet with the DHR worker in an ISP meeting to discuss the aftercare plan for the child. The aftercare plan will include the nature of aftercare services, frequency of services, and the duration of services to the child/family and to the designate responsible for service delivery. Camellia will either consult with the person/agency responsible for working with the child during aftercare or outline if the services will come directly from Camellia.

### Post-discharge Planning

Once a child is discharged from Camellia for six months, we will track the progress of the child and his/her need for re-admission. Re-admission will be allowed for respite, emergency, or regular re-admission during this six-month period. We will offer relapse prevention to family and the child's family is able to participate in our monthly foster family support group. Camellia will track the child who is discharged for a minimum of six months following their discharge. Areas that will be tracked are placements, behaviors, education and work status, law enforcement stats and family involvement. Camellia will secure the discharge placement of the child from his/her DHR social worker to ensure we will be able to provide follow-up to the child.

### State the program's policy on discharge prior to program completion, including emergency discharges.

In order to transition a child into a new placement Camellia will provide all pertinent discharge material to the DHR worker. When there is a need for a child to be discharged from our program, Camellia will provide a discharge summary to the DHR worker outlining the child's needed services and plan for continued and aftercare services to prevent any interference in the child's treatment. In the event that there is a need for an emergency discharge Camellia will forward all discharge information the DHR worker within ten working days. Camellia's policy is to give a fourteen day notice prior to discharge. In that event, if a child disrupts their placement, he/she will be placed in another Camellia respite home.

34

**Discharge Policy (Continued).**

**State the program's policy on re-admission prior to program completion, concerning re-admission of children.**

TFC children who have been discharged from the program will be accepted for re-admission within six months of their discharge without a new application. After six months have past, the DHR worker will need to re-submit an application for placement along with any new pertinent information and required paperwork. (social/discharge summaries)

**Provide an example of the program's process for moving children through the goals and objectives outlined in an ISP, to include provisions of "step-down" to a less restrictive placement. The proposal must indicate how the agency will implement the step-down policy as outlined in the Therapeutic Foster Care manual.**

Camellia's process for moving children through the goals and objectives include the completion of the initial treatment plan at ten days, the comprehensive treatment plan at thirty days, and the treatment plan review at every ninety days. During each treatment plan, the child's progression, or lack of, can be seen. At this time, the treatment team will decide on steps necessary to alter the child's treatment response to the progression/step-down or lack of/continued treatment. The child's strengths and needs will be identified. A goal is identified, and the action plan is identified to complete the goal. A person responsible is assigned to see to the goals completion.

To provide for step-down to the least restrictive placement, the child's progression is measured on a regular basis. A standardized behavior assessment tool determines whether the child can be maintained in a TFC placement with fewer therapeutic services. Once it is determined that the child is ready for step-down services, the DHR worker is notified and an ISP will be scheduled to address the child's progression. When step down is initiated, **regular foster homes** are also available through Camellia for children who have stepped down from the therapeutic program. This program utilizes entry-level foster parents to provide short-term and transitional services in their home. The children placed in this program often require basic care, and the foster parents will need minimal support during this period.

35

G.    **PRIOR EXPERIENCE: Describe the Organization's prior history of providing the core service(s) and family Services requirements outlined in Attachment A.**

Camellia Therapeutic Foster Agency, LLC. has been licensed for approximately three years. We have provided all core services as outlined in the RFP-Attachment A, during this time period. Camellia has provided therapeutic and regular foster care for children since it was licensed in 2002. During this time, we have followed the core services for standard TFC category of care with great diligence and care in the matching process for children and their families, identifying needs of the child's family and strengths of prospective TFC parents for initial placements and moves within the program. This includes a screening process to determine if a TFC referral is appropriate for therapeutic foster care service. Pre-placement visits are documented and stay within normal 2-3 day period. The initial treatment plans are completed within ten days, comprehensive treatment plan within 30 days, and treatment plan reviews are completed every 90 days.

Camellia staff work hard to obtain the copy of the child's ISP from the county DHR social worker in a timely manner to assure that the child's treatment plan is designed with the child's individual needs in mind.

Camellia provides the following services to the DHR agencies it serves: intake evaluations, crisis intervention and resolution, individual counseling and psychotherapy, group counseling and psychotherapy, family counseling and psychotherapy, individual basic living skills, group basic living skills, individual family support, group family support, treatment plan review, mental health consultation, and in home intervention. However, each service is provided to meet the specific and individual needs of the children placed in our therapeutic foster homes. Because of our experience providing these individualized services, Camellia has established a long-lasting relationship with the county agencies in the following regions: (Region 2, Region 3, Region 4, Region 6, and Region 9). It is our hope that our prior positive experiences will open doors for us to expand to other regions and counties where there is a need for therapeutic foster care services.

## H.  STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS:

1.  **Describe staffing patterns, including administrative and programatic, and provide a brief rationale for the levels of staffing proposed.**

Camellia Therapeutic Foster Agency, LLC. feels that we have hired staff who are highly qualified and knowledgeable in the field of child care/development. Each Camellia office has a total of one family consultant/social worker assigned per every eight children. Camellia staff are assigned a maximum of eight therapeutic children per caseload. Staff caseloads are based on overall job responsibilities, difficulty of children served, and the size and density of the geographical area served. If a worker's job duties exceed his/her job responsibilities, his/her caseload is decreased. Camellia has one supervisor for every six workers.

Camellia Therapeutic Foster Agency utilizes several licensed social worker who provide licensure for our foster homes. They assure that the homes that we are licensing meets the minimum standards for foster family homes as set forth in the minimum standards handbook. Camellia's staff consists of family consultants, social workers, and therapist who are all BS, BSW, LBSW, MS, MSW, or LGSW degreed. The family consultants work closely with the foster parents, offering family support, and are on call twenty four hours a day during the week. Camellia also employs several contract consultants who add support to the service delivery of the Camellia treatment team.

Camellia Therapeutic Foster Agency estimates that our program will need approximately 52 staff/support workers to meet the requirements of the RFP.

2.  **Provide information regarding the qualifications, including education and licensure and experience required for Administrative, Program and Treatment staff. Include job descriptions for proposed positions.**

**The Executive Director** of Camellia Therapeutic Foster Agency, LLC. shall have a master's degree in the field of social work, psychology, education, administration, or a closely related field, plus five years experience in family and children's services with progressively responsible duties in supervision and/or administration.

**Social workers** chosen for employment with Camellia are required to be licensed and shall practice social work pursuant to Code of Alabama 1975, 34-30-1 through 34-30-58, have at least a license as a graduate social worker, license as a certified social worker or a license as a bachelors, social worker with continuing supervision from a person so licensed.

37

**STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).**

Camellia's **Family Consultants** required to possess at least a BSW or Bachelor's degree in social work or a closely related field.

**Clerical Staff** employed with Camellia are selected based on personal and technical qualifications and job descriptions.

**Other Professional staff** employed with Camellia are required to be qualified or licensed in their professional fields as required by state law.

**All staff/vendor** of Camellia are licensed and qualified in their respective fields.

| Employee | Title | Credentials |
|---|---|---|
| Agyeman Osei-Yeboah | Personnel Manager | Ph.D. |
| Karen L. Jurls | Executive Director | LCSW, PIP |
| Katrina Jefferson | Statewide Supervisor/QA | MSW |
| Cathleen Dixon | Supervisor of Social Workers/Social Services | LCSW, PIP |
| Latonya Tinsley | Therapist/Manager | MS |
| Kareema Jacobs | Family Consultant | MSW |
| Joselyn Hereford | Family Consultant/GPS Facilitator | MSW |
| Eva Ransom | Family Consultant/Manager | MSW |
| Lakeisha Bearden | Family Consultant | BS |
| Clementine Ellis | Family Consultant/GPS Facilitator | BS |
| Debra Winston | Family Consultant | BSW |
| Justina Okeke | Licensing Specialist | LGSW |
| Renee Lyles | Medicaid Billing | AA |
| Brenda Ayers | Receptionist | Diploma |

**Executive Director**\*\*Camellia Therapeutic Foster Agency's Executive Director is responsible for;

- Articulating the purpose, goal, and function of the agency.
- Establishing written operating policies concerning organizational structure, personnel practices, policies of intake, care, services, and discharge of children.
- Direct and evaluate a program of child placing which is child and family centered which is within the limits of functions and policy established by the board, or by the executive where there is no board, and which is based on sound professional concepts.
- Organizing the work of the agency, and delegate responsibility to various staff members as appropriate
- Making regular reports to the board, where applicable on all aspects of the operation of the agency and its program

38

**STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).**

- Handling expenditures according to allocations in the budget, and develop the annual budget in conjunction with the board, where applicable
- Developing a plan for orientation, training and development of staff
- Appointing, evaluating, and terminating staff
- Making provision for continuity of administrative authority in her/his own absence.
- Developing a program of public relations, including interpretations to the community, the board, and the insurance carrier.
- Notifying the state Department in the event of an incident that is considered to jeopardize the life of a child, staff member, or other person.

**Supervisor/Manager**Camellia Therapeutic Foster Agency's Supervisor Manager are responsible for:

- **Case Work Supervision**
  The supervisor provides regular support and guidance to the caseworkers through weekly supervisory meetings. Formal supervisory meetings shall be supplemented as needed by informal contact between the supervisor and the caseworker. Each supervisor's caseload shall not exceed 6 case workers

- **Treatment Planning**
  The supervisor takes ultimate responsibility for the development of a comprehensive treatment plan, based on a thorough case assessment for each child admitted into the program. The comprehensive treatment plan shall consist of the strengths, needs, and steps identified in the family's ISP, as developed by the ISP team. Also included are supervision of ongoing treatment planning, and implementation of services for each child.

- **Treatment team**
  The supervisor oversees and supports the caseworker as leader of the treatment team and shares ultimate responsibility for the team plans and decisions.

- **Crisis On-call**
  The supervisor provides coordination and back-up to assure that 24 hour on-call crisis intervention services are available and delivered as needed to the TFC foster parents, the children in care, and their families.

**Family Consultant**
**Camellia Therapeutic Foster Agency's Family Consultants are responsible for:

- **Treatment Plan**
  Provides leadership of the treatment plan, organizes and manages all treatment team meetings, coordinates, team decision making regarding the care and treatment of the child and services to the child's family as identified in the comprehensive treatment plan, provides, information and training as needed to treatment team members, responsible for preparing each child's comprehensive treatment plan.

**STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).**

- **Support and Consultation to Foster Parents**

  Provides regular support and technical assistance to the TFC foster parents in their implementation of the treatment plan, and other responsibilities they undertake, provide in home teaching, modeling, coaching, and feedback to foster parents, at least bi-weekly contact wit foster parent.

- **Caseloads**

  Carry a caseload of eight children, provide bi-weekly face to face contact to communicate special concerns, make direct assessments of child's progress, to monitor for potential abuse and to build relationships. Also the family consultant must have reliable transportation with insurance and proper registration. The family consultant also must be able to type and use compute effectively, with at least a minimum of 60 wpm. All notes should be typed on the computer neatly and ready for billing.

- **Support and Consultation to Families of Children**

  Seek to enhance the child's relationship with their parents, establish contact and visitations between parents and child, involve parents in treatment team meetings, plans and decisions, keeping them informed of the child's progress in the program. The family consultant must be available to assist the parent with transportation in child appointments and must be willing to take the child if the foster parent is unable to attend the appointment.

- **Community Liaison and Advocacy**

  Jointly with ISP team identify resources and or services that may be utilized to reach the child's treatment plan.

- **Crisis On-Call**

  Be on-call to TFC foster parents, children and their families on a 24 hour/seven day a week basis. All crisis must be responded to within 15 minutes. All consultants must have a cell phone or beeper made available to the foster parent and foster child in the event of a crisis.

**\*\*Camellia Therapeutic Foster Agency's caseloads are as follows: Family Consultants are responsible for a caseload of 8, Therapist are assigned a caseload of 18, and each supervisor has a caseload of 6.**

**STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).**

**Clerical Staff**

These staff are responsible for carrying out business, secretarial, and clerical duties, such as maintenance of records, correspondence, fiscal matters, and bookkeeping, so that professional staff can carry out the services of the agency. These staff are also available for general housekeeping including watering the office plants, making sure the lights are turned on/off each day, vacuuming the floors, regulating the heat and air conditioning and keeping the office clean of excessive debris.

3.    **Describe in detail the steps that the program owners and/or administrators take to ensure that all staff, regardless of level, have not been the subject of any incident or investigation which would call into question the propriety of that employee's working with this population of children. Provide documentation that each employee has had a criminal background check. If an incident or allegation is reported, founded or unfounded, describe your organization's general procedure in this regard.**

- Each Camellia staff considered for employment must complete a request for a criminal history clearance and CAN clearance prior to employment with Camellia.
- Each Camellia staff prior to employment must submit three non-relative references that will attest to his/her character, temperament and suitability to work with TFC children. All references are contacted by telephone.
- After the clearances are received from the ABI/FBI and CAN registry, and the references are returned with a positive report the staff person is made an official employee and can then report to the assigned Camellia office.
- The ABI/FBI and CAN clearances are documented in the staff's personnel file along with the reference reports.
- If an incident or allegation is reported as founded, Camellia will terminate the staff immediately. If the allegation is unfounded, Camellia will consult with the Board of Directors as to what measures to take.

**List of Camellia Therapeutic Foster Agency's Staff**

| | | |
|---|---|---|
| Agyeman Osei-Yeboah, PhD. | Karen L. Jurls, LCSW | Katrina Jefferson, MSW |
| Cathleen Dixon, LCSW | Latonya Tinsley, MS | Kareema Jacobs, MSW |
| Joselyn Hereford, MSW | Eva Ransom, MSW | Lakeisha Bearden, BS |
| Clementine Ellis, BSW | Debra Winston, BSW | Justina Okeke, LGSW |
| Renee Lyles, AA | Brenda Ayers, D | |

\*  It is certified by submission of this RFP that all of the above Camellia TFA staff have ABI/FBI & CAN clearances in their personnel files.

41

STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB  DESCRIPTIONS,
AND TRAINING REQUIREMENTS(Continued).

**4.**   **Describe in detail the level of education, experience and training possessed by management level staff in the provision of services identified in this RFP. Specify the organization's staff development program regarding orientation and on going training for all staff.**

- Camellia's **Executive Director** is required to have a master's degree in the field of social work psychology, education, administration, or a related filed, along with five years experience in family and children's services with progressively responsible duties in supervision and administration.

- Camellia requires that all **Case supervisors/Managers** be either a LGSW, LCSW or LPC, a master's level degreed in either social work, counseling, psychology, or a closely related field with completion of a field practicum in that course,  or who have six months of supervision by a master leveled professional or above with 2 years of post graduate professional experience,  or an individual with an LBSW with five years of experience in a therapeutic setting.

- **Social workers** chosen for employment with Camellia are required to be licensed and shall practice social work pursuant to Code of Alabama 1975, 34-30-1 through 34-30-58, have at least a license as a graduate social worker, license as a certified social worker or a license as a bachelors, social worker with continuing supervision from a person so licensed.

- Camellia's **Family Consultants** are required to possess at least a BSW or Bachelor's degree in social work or a closely related field.

- **Clerical Staff** employed with Camellia are selected based on personal and technical qualifications and job descriptions.

- **Other Professional staff** employed with Camellia are required to be qualified or licensed in their professional fields as required by state law.

42

## STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB  DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).

### STAFF DEVELOPMENT( All staff, including volunteers)

1. Orientation
   A. New Staff shall receive orientation within thirty days of employment Orientation will cover (20 hours):
      - Agency Philosophy, Policies, and Procedures
      - Generally Accepted Principles of Child Care and Behavior Management Practices
      - Overview of the Child Care Institution, Group Homes, and Child Placing Agencies
      - Confidentiality Issues
   B. The program is administered under the supervision of qualified staff to the position being assumed by the new employee. Completion of orientation must be documented in the employee's file.

2. New Hire Training
   A. Training consisting of a minimum of 30 hours will be completed within the first one hundred eighty days of hire.
   B. The training shall consist of the following components:
      - Child Development
      - Behavior Management
      - The Process of Grief and Loss
      - The Dynamics of Attachment and Separation
      - The Value of Families
      - Individualized Service Plan
      - Identifying the Strengths and Needs of Families and Children
      - Behavior as an Expression of Underlying Needs
      - The Value of Partnerships
      - How Foster Children Enter the Foster Care System
      - Family Implications among Agency Personnel
      - Overview of the R.C. Consent Decree
      - Understanding and Valuing Cultural Differences

3. Continuing Education
   A. After one year of employment a program of in-service training will provide staff with a minimum of fifteen(15) hours of in-service training annually. Participation at conferences and workshops may be included as part of the 15 hours as documented by attendance certificates.
   B. Training may include, but is not limited to:
      - Child Safety Issues
      - Crisis Intervention/Engaging Families
      - The Impact of the Media of Children
      - Effects of Multiple Placements

43

# IV. PROGRAM NARRATIVE

**H.    STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).**

. Cultural Sensitivity
. Significance of Birth Families
. Substance Abuse
. Gang Activity
. Universal Precautions and Infection Control
. Cardiopulmonary Resuscitation (CPR)

C.    Responsibilities

. Interns and Volunteers shall not be permitted to assume total responsibility or duties of any paid staff member
. Written job descriptions and responsibilities shall be developed for all volunteers and interns
. A staff member shall be designated to supervise and evaluate the activities of the volunteers and interns
. A file will be maintained on the schedules, hours worked and activities of all volunteers and interns

5.    **Describe how the organization will respond to critical incidents and emergencies with adequate staff on site within a reasonable timeframe. Provide a specific plan addressing emergencies and critical incident response.**

Camellia Therapeutic Foster agency have staff available twenty-four hours each day to handle emergencies and other crisis events. The following is a list of Camellia's procedure for dealing with these occurrences.

- All foster parents will be given the numbers for the Camellia on-call worker after hours in the event of a crisis or emergency.
- The Camellia worker will respond to the foster parent immediately and within 15 minutes of the call.
- In the event of any emergency, the Camellia on-call or assigned worker should arrive on the scene within thirty minutes of the call or earlier, as it is deemed necessary. As deemed necessary the Camellia worker will provide the needed intervention by telephone in order to alleviate the situation until he/she arrives on the scene. The Camellia supervisor and/or executive director will be notified of the situation and direct the worker on the proper protocol.

44

## STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB   DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).

**\*\*Arrest of any child or involvement by police:** In the event that a TFC child is arrested or involved in a police altercation, the Camellia foster parent must immediately notify the Camellia consultant. The consultant will speak with the appropriate party to find out what has lead up to this incident. The consultant will immediately notify the Camellia supervisor who will notify DHR as soon as possible.

**Child Away without Permission/ Runaway Child:** In the event that a child runs away, the following procedure should be followed by the Camellia foster parent/worker. The Foster Parent should begin attempting to locate the child throughout the neighborhood, immediate vicinity, known locations of friends of the child. The foster parent should then check the locations of known friends or relatives of the child. The foster parent should immediately report this incident to the Camellia worker. The worker will then assist the foster parent on procedure and in locating the child. The worker will assess the situation to determine the need for police or other intervention. The worker will immediately notify the child's DHR worker or the county on-call worker of the child running away. After attempting to locate the child for several hours, assessing the child's desire to run away, or locating material verifying the child intent to run away the worker will instruct/assist the foster parent to file a run away petition. If the child is located the worker will assess the situation and need for respite or another placement.

**Suicidal Threats/Ideation or Self Injurious Behaviors:** In the event that a child threatens to harm himself Camellia TFA have established a protocol for foster parents, staff to follow. If a child threatens to harm him/herself, makes threats of bodily harm to someone else, or is noticed to participate in self-injurious activities, the foster parent should immediately notify the Camellia worker assigned or on-call to assess the situation by telephone or in person. The foster parent should make sure that the child is not left alone for any time period. The foster parent should make sure that all potentially injurious or dangerous items are locked away or out of the child's reach(medicine, knives, weapons, etc...) The Camellia worker will do a face to face assessment of the child to determine if there is a risk of self harm or harm to another party. Once this assessment is made, the worker will contact his/her supervisor for further instruction on how to handle service delivery.

45

## STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).

**Medical Emergencies:**    In the event of a medical emergency or need for medical treatment, Camellia has the following guidelines in place for foster parents with children in their care.

In the event that a Camellia TFC child has a medical emergency or needs medical treatment, the foster parent should first assess the need for immediate treatment, if there are any questions on whether the child needs immediate medical attention the foster parent should confer with the child's medical doctor. If there is a need for immediate treatment the foster parent should take the child to the local emergency room or his/her physician immediately. The foster parent should immediately notify the child's Camellia worker or on-call worker of the situation. The Camellia worker will assist the foster parent as needed. If the child is taken for emergency treatment the Camellia worker will meet the parent at the hospital/physician's office as deemed necessary. Neither the foster parent or Camellia worker may authorize surgery for a foster child. The Camellia worker will contact the child's DHR worker or on call worker immediately. If there is a need for any type surgery, medical procedure or administering of certain medication, involving an DHR foster child, permission will be obtained through DHR by the way of a youth court order.

**Delinquent Behavior/Possession of Illegal Substances or Weapons:**   In the event that a youth is believed to be or found to be in possession of any illegal substances or weapons the foster parent should first attempt to remove the items from the child's possession. The foster parent should notify the child's Camellia worker immediately for assistance. The Camellia worker will determine if the situation warrants the involvement of the local police department. The child's DHR worker or the on-call worker will be notified of the situation immediately.

**Incidents of Physical Injury/ and or Abuse Neglect to a Foster Child:**  All incidents of physical injury, and or abuse/neglect suspected should be immediately reported to the case supervisor and or executive director. The Camellia worker should immediately make a verbal report and within 24 hours make a written report to DHR via the CAN report as deemed necessary. The Camellia worker should assess the situation to determine what happened and the potential for harm to the child. The case supervisor will determine the need for immediate removal of the foster child from the home.

## Discipline, seclusion, and restraint

Camellia staff/foster parents adhere to the DHR's policy on discipline, as set forth in the Foster Family Home Standards and in the Behavioral Management Policy guide. Physical restraint is only allowed by a trained person in the event of acting to protect the child or others from injury or to prevent excessive property damage.

46

**STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB  DESCRIPTIONS, AND TRAINING REQUIREMENTS(Continued).**

6.———Describe the use of volunteers and interns within the organization and how they are selected and screened for background checks.

Volunteers and interns are used mainly as a supporting agents to professional staff. They work directly with agency staff in assisting the staff with the completion of assignments, maintenance of case files, and light clerical duties. All volunteers and interns who have direct contact with the therapeutic child complete the criminal background and CAN clearances and provide the agency with three non-relative references.

7.    Describe in detail the plans to meet the training requirements established in the Department's rules and training related to operating this selected programs.

Camellia has outlined above its Staff development program. This program is used to ensure the training of each staff member prior to and during employment with Camellia Therapeutic Foster Agency.

**I. REFERENCES: List all agencies (state, federal, local) for which the vendor has performed similar services outlined in this RFP. This list should include the names, addresses, and telephone numbers of contact persons within those agencies responsible for contract monitoring. DHR will be responsible for contacting these agencies for reference information.**

**References**

Laura Parchman, LGSW
DHR Supervisor
Jefferson County
4500 5th Avenue South
Birmingham, AL. 35233
(205) 918-5169
**email: l.parchman@DHR.State.AL.US**

Patti Way, MSW
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256)-535-4527
**email: p.way@DHR.State.AL.US**

Chuck Evans, MSW
DHR Supervisor
Madison County
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4680
**email: c.evans@DHR.State.AL.US**

Cherry Jones, MSW
Program Supervisor
Russell County
P.O. Box 67
Phenix City, AL. 36868
(334) 214-5803
**email: c.jones@DHR.State.AL.US**

47

**References (Continued).**

Darnell Sharpeson, BSW
DHR Social Worker
Madison County
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 517-1410
**email: d.sharpeson@DHR.State.AL.US**

Annie Poles, MSW
Service Supervisor
Russell County
1003 25th Avenue
P.O. Box 67
Phenix City, AL. 36868
(334) 214-5853
**email: a.poles@DHR.State.AL.US**

Jacqueline Griffin, MSW
Madison County DHR
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4645
**email: j.griffin@DHR.State.AL.US**

Chasidity Perry, BSW
Madison County DHR
DHR Social Worker
2206 Oakwood Avenue
Huntsville, AL. 35810
(256) 535-4655
**email: c.perry@DHR.State.AL.US**

Mary Ann Wilson, LGSW
Program Analyst, SDHR
50 Ripley Street
Montgomery, AL. 36130
(334) 242-1659
**email: m.wilson@DHR.State.AL.US**

Robin King, MSW
Jefferson County DHR
4500 5th Avenue South
Birmingham, AL. 35223
(205) 918-5193
**email: r.king@DHR.State.AL.US**

E.    **HOLD BACK:**
As a guarantee for the delivery of services required by this RFP, and the acceptance by the Department of these service in accordance with the specifications set forth in the RFP, in the event Camellia Agency fails to deliver or perform the said services to the Department's satisfaction the Department reserves the right to withhold part of all of any funds committed by the Department under any contract that may result from a proposal submitted in response to this RFP and to cancel the said contract without any resulting liability, present and future, to the Department or to the state of Alabama.

48

## VII. VENDOR CERTIFICATION

**A.**   Vendor warrants and represents to the Department that the vendor accepts and agrees with all of the terms and conditions of the RFP certified to the department that the applicant is legally authorized to conduct business within the State of Alabama and to carry out the services described in this RFP and that all of the following statements are true and correct

_Joseph Appiah_                    _____
Vendor                             Notary Public

My Commission expires
1-10-07

**B.**   **REVOLVING DOOR POLICY**
The vendor further certify that neither the vendors trustees, officers, agents, servants, or employees is a current employee of the Department and none of the said individuals have been employees of the Department in violation of the revolving door prohibitions contained in the State of Alabama's ethics laws.

**C.**   **DEBARMENT**
The vendor further certifies that neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants, or employees(whether paid or voluntary) is debarred or suspended or otherwise excluded from or ineligible for  participation in federal assistance programs under Executive Order 12549, "Debarment and Suspension."

**D.**   **STANDARD CONTRACT**
The vendor agree to use the Department's standard contract document. The vendor will further comply with all the terms and conditions of that document including, but not limited to compliance with the Title VI of the Civil rights Act of 1964, the Rehabilitation Act of 1973 as Amended, the Americans with Disabilities Act, Alabama Act 2000-775 (governing individuals in direct services positions who have unsupervised access to children) the Health   Insurance Portability and Accountability Act of 1996(HIPPA) as applicable, and all other federal and state laws, rules and regulations applicable to receiving funds from the Department to carry out the services described in this RFP.

Further any contract executed pursuant to the RFP shall be subject to review by the Department's legal counsel as to its legality of form and compliance with state contract laws, terms, and conditions, and may further be subject to review by the Alabama Legislative Contract Review Committee, Examiners of Public Accounts, the State Finance Director and the Office of the Governor.

49

**VENDOR CERTIFICATION (Continued).**

    **E.**    **CHARITABLE CHOICE**

This Section does not apply.

    **F.**    **FINANCIAL ACCOUNTING:**

The vendor's accounting system is consistent with General Accepted Governmental Accounting Principals(GAAP). Furhter, the vendor maintains sufficient financial accounting records to allow the vendor to account for and document the sources, including, as applicable, required matching funds.

    **G.**    **FINANCIAL AUDIT:**

The vendor will, upon the Department's request, provide the Department a copy of its most recent financial audit report. (The report should not be submitted with the proposal.)

    **H.**    **PROPOSAL LIFE**

The proposal submitted to the Department in response to this RFP will be binding on the applicant for ninety (90) calendar days following the due date prescribed in the RFP.

## V. COMPENSATION FOR PROVIDING SERVICE

### FORM TO ESTABLISH RATE FOR SERVICE

CONTRACTOR: __Camellia Therapeutic Foster Agency, LLC__    CONTRACT NO. __3095 (TFC)__

### BUDGET RECAP OF EXPENSES

Proposed: October 1, ____2005____
September 30, ____2006____

I.  **Personnel:**

    A.  Salaries (Attach Personnel Addendum)     2,368,000.00

    B.  Fringe Benefits:
         Health Insurance    58,000.00     FICA __$540,000__
         Retirement    Match Social Security    Other _____
         Group Life Insurance    2,880.00
    C.  Foster Parent    3,323,690.00

II. **Subcontracted Services:**

    A.  Consultants    90,000.00
    B.  Audit Service    10,000.00
    C.  Transportation (Provided By Another Agency)    3,000.00    most transportation is done by staff/ parent

III. **Travel:**

    A.  Mileage (Show rate of Reimbursement)    0.32 per mile
    B.  Per Diem (Show Rate of Reimbursement)    150.00 per day    (including Hotel and food)

IV. **Space:**

    A.  Telephone    21,600.00
    B.  Rent (include copy of lease)    71,220.00    for six offices
    C.  Use Allowance (No More than 2% of Acquisition Cost/Year)
    D.  Rental Rate System    2.00 sq ft
    E.  Utilities    20,000.00
    F.  Maintenance of Building or Grounds    1680.00
    G.  Minor Repairs to Building    N/A

✱ Per diem Payment of $500 per Social Worker per month for gasoline expenses is cheaper than paying for mileage at the rate of $ .32 per mile, since each Social Worker covers at least 2000 miles per week.

**V.    Supplies:**

| | | | | |
|---|---|---|---|---|
| A. | Office | 10,000.00 | | |
| B. | Household | | | |
| C. | Recreational | 188,400.00 | | 314x 50x12months |
| D. | Educational | 3,000.00 | | Extra tutorial services |
| E. | Medical | | | |
| F. | Personal Care | 10,000.00 | | |

**VI.    Equipment:**

A.    Rental (include rental agreement)        Equipment Purchased

B.    Repair        3,000.00

C.    Depreciation (Attach Depreciation Addendum)

**VII.    Other:**

| | | | |
|---|---|---|---|
| A. | Insurance | 19,200.00 | |
| B. | Vehicle Operation | 6,000.00 | |
| C. | Taxes | | |
| D. | Food in Excess of USDA | N/A | |
| E. | Foster Parent | 3,151,775.00 | at 27.50x 314x365days |
| F. | Other Allowable Cost, Specify General Categories: | N/A | |

**VIII.    Unallowable Costs:**
(Building Costs, Bad Debts, Contingencies, etc. Refer to Unallowable Costs Section in POS Manual.)        20,000.00

**IX.    Total Program Cost:**        $9,921,445.00 (M)

**X.    Program Income:**    Please report all income from all sources available to your program.
(Detail Sources)
        **State DHR**            **County DHR**

Rate Information R.F.P.

**XI.    Client Date:**        October 1, 2005- September 1, 2006

A.    Potential Units of Service (Multiply License Capacity by Day in Year.)        Medicaid Eligible Children
        314 slots at $66 Fixed Rate at 365 days

        TOTAL ____ $7,564,260.00 (M)

**DHR Eligible Units** of 314 slots at $29.00 fixed rate service at 365 days

TOTAL _____ $3,323,690.00 (M)

I certify that the above reflects the true actual and estimated expenditures of this program for the time frames listed.

Signed _Joseph Appiah_

Title _Chairman / C.E.O_

Date _April 5, 2005_

**Personal Addendum Attached.**

&ast; Unit cost is based on Total Program Cost less Unallowable Costs.

PERSONNEL ADDENDUM (ATTACH TO "FORM TO ESTABLISH RATES")

PROPOSED

| A. No. of Persons | B. Position | C. Monthly Gross Salary | D. % Time on Project | E. Months Employed | F. Cost (AxCxDxE) |
|---|---|---|---|---|---|
| 1 | Executive Director | $6,000.00 | 100% | 12 months | $72,000.00 |
| 5 | Supervisor/LCSW | $5,000.00 | 100% | 12 months | $300,000.00 |
| 30 | Social Workers | $4,000.00 | 100% | 12 months | $1,400,000.00 |
| 1 | Program Director | $4,160.00 | 100% | 12 months | $50,000.00 |
| 6 | Administrative Assistant | $2,500.00 | 100% | 12 months | $180,000.00 |
| 6 | Janitors | $1,000.00 | 100% | 12 months | $72,000.00 |
| 4 | Medicaid Billing Specialist | $2,500.00 | 100% | 12 months | $120,000.00 |
| 1 | Bookkeeper | $2,500.00 | 100% | 12 months | $30,000.00 |
| 1 | Accountant | $2,500.00 | 100% | 12 months | $30,000.00 |
| 1 | Auditor/CPA | $1,200.00 | 100% | 12 months | $14,000.00 |
| 1 | Quality Assurance Director | $5,000.00 | 100% | 12 months | $60,000.00 |
| 52 | | $36,360.00 | | | $2,368,000.00 |

| NAME | POSITION | EDUCATION (NO. YRS.) High School | Under-Graduate | Graduate | DEGREES | NO. OF YRS EXPERIENCE IN FIELD OF CHILD | % WORK PER WEEK |
|---|---|---|---|---|---|---|---|
| Karen Jurls | Executive Director | X | X | X | MSW/LCSW | 18 | 100% |
| Katrina Jefferson | Asst. Director/QA | X | X | X | MSW | 5 | 100% |
| Cathleen Dixon | Supervisor | X | X | X | MSW/LCSW | 10 | 100% |
| Justina Okeke | Licensing Specialist | X | X | X | MSW | 15 | 100% |
| Osei Yeboah | Personnel | X | X | X | Ph. D. | 3 | 100% |
| Latonya Tinsley | Therapist | X | X | X | MS | 3 | 100% |
| Kareema Jacobs | Family Consultant | X | X | X | MSW | 2 | 100% |
| Josely Hereford | Family Consultant | X | X | X | MSW | 3 | 100% |
| Eva Ranson | Supervisor | X | X | X | MSW | 16 | 100% |
| Lakeisha Bearden | Family Consultant | X | X | N/A | BS | 3 | 100% |
| Clementine Ellis | Family Consultant | X | X | N/A | BS | 3 | 100% |
| Debra Winston | Family Consultant | X | X | N/A | BSW | 5 | 100% |
| Donna Gibson | Licensing Specialist | X | X | X | MSW/LGSW | 10 | 20% |
| Renee Lyles | Medicaid Billing | X | X | N/A | AA | 3 | 100% |
| Brenda Ayers | Transportation | X | N/A | N/A | N/A | 2 | 100% |
| Corliss Massey | LPC/Therapist | X | N/A | X | MS/LPC | 15 | 20% |
| | | | | | | | |
| | | | | | | | |




# State of Alabama
# Department of Human Resources

License Number: **34627**

This is to certify that    **CAMELLIA THERAPEUTIC FOSTER AGENCY**
(Licensee)

is hereby granted this LICENSE to conduct and maintain
**CAMELLIA THERAPEUTIC FOSTER AGENCY**
(Name of Child Care Facility)

as a    **CHILD PLACING AGENCY**    for    **N/A**
(Type of Child Care Facility)          (Number of children)

ages   **N/A**
Age range of children)

located at   **2310 CRAWFORD RD, SUITE 104**     **PHENIX CITY**
(Street Address)          (City)

in    **RUSSELL,**          State of Alabama.
(County)

This LICENSE shall be in force for a period of two years from the **19TH** day of **MARCH, 2005**, to the **19TH** day of **MARCH, 2007**, subject, however, to be revoked on the failure of the above-named Child Care Facility to comply with the provisions of Title 38, Chapter 7, *Code of Alabama 1975*, or the standards and regulations prescribed by the Department of Human Resources of the State of Alabama in accordance with the provisions of said law.

IN WITNESS WHEREOF, I have hereunto set my hand this **16TH** day of **MARCH, 2005.**

BY    _Page B. Walley, Ph.D._
       Commissioner
       State Department of Human Resources

NOTE: This LICENSE must be posted in a conspicuous place on the premises.

FSD-1969
(7/99)

Standard

EDS
P.O. Box 244035
301 Technacenter Dr
Montgomery, AL 36124-4035

DECEMBER 6, 2004

CAMELLIA THERAPEUTI FOSTER AG LLC
50 RIPLEY ST

MONTGOMERY AL 36130-0000

Re: Notification of New Alabama Medicaid Provider Number

Dear Provider:

Thank you for your interest and participation in the Alabama Medicaid Program. Your enrollment has been reviewed and processed. Your new    STATE REHAB SERVICES performing provider identification number is   339091102     Your billing/payee number is    339000000     You have been enrolled for the following enrollment period: 12-01-04     through    NO END    . Please refer to program specific enrollment and claims filing information on the Medicaid Provider Manual.

If any of the information on your enrollment application and/or contact should change in the future, please notify us in writing at the address above.

Mailing addresses for specific claim types are listed in Appendix N in the Medicaid Provider Manual. If you have any questions regarding claims processing, please contact us at 334-215-0111. If you are in the State of Alabama, you may also call 1-800-688-7989.

If you have any questions regarding your provider number, please contact the Provider Enrollment Unit at 334-215-0111 or 1-888-223-3630.

Sincerely,

Chasity Monre

Provider Enrollment

Enclosure

*Stepdown*

EDS
P.O. Box 244035
301 Technacenter Dr
Montgomery, AL 36124-4035

DECEMBER 6, 2004

CAMELLIA THERAPEUTIC FOSTERAG LL
50 RIPLEY ST

MONTGOMERY  AL  36130-0000

Re: Notification of New Alabama Medicaid Provider Number

Dear Provider:

Thank you for your interest and participation in the Alabama Medicaid Program.
Your enrollment has been reviewed and processed. Your new   STATE REHAB SERVICES
performing provider identification number is  339091202  . Your billing/payee number
is   339000000   You have been enrolled for the following enrollment period:
12-01-04   through   NO END   . Please refer to program specific enrollment
and claims filing information on the Medicaid Provider Manual.

If any of the information on your enrollment application and/or contact should change
in the future, please notify us in writing at the address above.

Mailing addresses for specific claim types are listed in Appendix N in the Medicaid Provider
Manual. If you have any questions regarding claims processing, please contact us at 334-215-0111.
If you are in the State of Alabama, you may also call 1-800-688-7989.

If you have any questions regarding your provider number, please contact the Provider
Enrollment Unit at 334-215-0111 or 1-888-223-3630.

Sincerely,

*Chasity Morgan*

Provider Enrollment

Enclosure



# State of Alabama
# Disclosure Statement

(Required by Act 2001-955)

ENTITY COMPLETING FORM
Camellia Therapeutic Foster Agency, LLC.

ADDRESS
2310 Crawford Road #104

CITY, SATE, ZIP
Phenix City, AL. 36867

TELEPHONE NUMBER
( 334 ) 448-2999

STATE AGENCY/DEPARTMENT THAT WILL RECEIVE GOODS, SERVICES, OR IS RESPONSIBLE FOR GRANT AWARD
ALABAMA STATE DEPARTMENT OF HUMAN RESOURCES

ADDRESS
50 Ripley Street

CITY, SATE, ZIP
Montgomery, AL. 36150

TELEPHONE NUMBER
( 334 ) 242-1650

This form is provided with:

[X] Contract  [ ] Proposal  [X] Request for Proposal  [ ] Invitation to Bid  [ ] Grant Proposal

Have you or any of your partners, divisions, or any related business units previously performed work or provided goods to any State Agency/Department in the current or last fiscal year?

[X] Yes  [ ] No

If yes, identify below the State Agency/Department that received the goods or services, the type(s) of goods or services previously provided, and the amount received for the provision of such goods or services.

| STATE AGENCY/DEPARTMENT | TYPE OF GOODS/SERVICES | AMOUNT RECEIVED |
|---|---|---|
| Alabama State Dept. of Human Resources | Therapeutic Foster Care | $1/1 million |

Have you or any of your partners, divisions, or any related business units previously applied and received any grants from any State Agency/Department in the current or last fiscal year?

[ ] Yes  [X] No

If yes, identify the State Agency/Department that awarded the grant, the date such grant was awarded, and the amount of the grant.

| STATE AGENCY/DEPARTMENT | DATE GRANT AWARDED | AMOUNT OF GRANT |
|---|---|---|
| N/A | | |

1. List below the name(s) and address(es) of all public officials/public employees with whom you, members of your immediate family, or any of your employees have a family relationship and who may directly personally benefit financially from the proposed transaction. Identify the State Department/Agency for which the public officials/public employees work. (Attach additional sheets if necessary.)

| NAME OF PUBLIC OFFICIAL/EMPLOYEE | ADDRESS | STATE DEPARTMENT/AGENCY |
|---|---|---|
| N/A | | |

*OVER*

2. List below the name(s) and address(es) of all family members of public officials/public employees with whom you, members of your immediate family, or any of your employees have a family relationship and who may directly personally benefit financially from the proposed transaction. Identify the public officials/public employees and State Department/Agency for which the public officials/public employees work. (Attach additional sheets if necessary.)

| NAME OF FAMILY MEMBER | ADDRESS | NAME OF PUBLIC OFFICIAL/ PUBLIC EMPLOYEE | STATE DEPARTMENT/ AGENCY WHERE EMPLOYED |
|---|---|---|---|
| N/A | | | |

If you identified individuals in items one and/or two above, describe in detail below the direct financial benefit to be gained by the public officials, public employees, and/or their family members as the result of the contract, proposal, request for proposal, invitation to bid, or grant proposal. (Attach additional sheets if necessary.)

N/A

Describe in detail below any indirect financial benefits to be gained by any public official, public employee, and/or family members of the public official or public employee as the result of the contract, proposal, request for proposal, invitation to bid, or grant proposal. (Attach additional sheets if necessary.)

N/A

List below the name(s) and address(es) of all paid consultants and/or lobbyists utilized to obtain the contract, proposal, request for proposal, invitation to bid, or grant proposal:

| NAME OF PAID CONSULTANT/LOBBYIST | ADDRESS |
|---|---|
| N/A | |

By signing below, I certify under oath and penalty of perjury that all statements on or attached to this form are true and correct to the best of my knowledge. I further understand that a civil penalty of ten percent (10%) of the amount of the transaction, not to exceed $10,000.00, is applied for knowingly providing incorrect or misleading information.

| _Joseph Appiah_ | April 05, 2005 |
|---|---|
| Signature | Date |

| _William L. Dudley_ | 4-5-05 | 6-10-07 |
|---|---|---|
| Notary's Signature | Date | Date Notary Expires |

Act 2001-955 requires the disclosure statement to be completed and filed with all proposals, bids, contracts, or grant proposals to the State of Alabama in excess of $5,000.