IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAMELLIA **THERAPEUTIC FOSTER** )
AGENCY, LLC, ET AL.,

    Plaintiffs,

vs.                                                      )        **Case** No.: 2:06cv735

**STATE OF ALABAMA DEPARTMENT** )
**OF HUMAN RESOURCES,**                  )

    **Defendants.**

### NOTICE OF APPEARANCE

    **COMES NOW** the undersigned counsel and gives notice of his appearance *as* counsel for Plaintiff, Camellia Therapeutic Foster Agency, LLC, and requests that further service and notice be transmitted to the undersigned via the CM/ECF system.

                       Respectfully submitted,

                       is/Dwayne L. Brown
                       Dwayne L. Brown (BRO149)

Of Counsel:

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownadbrownatty.com

### CERTIFICATE OF SERVICE

    This is to certify, that on **September** 5, 2006, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Troy King
Attorney General
11 South Union Street
Montgomery, AL 36130

Joel C. Marsh
Assistant Attorney General
State of Alabama
Department of Human Resources
Legal Office
Post Office Box 304000
Montgomery, AL 36130-4000

/s/Dwayne L. Brown
Of Counsel