IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CAMELLIA THERAPEUTIC            )
FOSTER AGENCY, LLC, etc.,       )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )       2:06cv735-MHT
                                )
BOB RILEY, etc., et al.,        )
                                )
    Defendants.                 )

## ORDER

In light of the appearance of counsel for plaintiff, it is ORDERED that the referral order entered on August 18, 2006 (doc. no. 3) is vacated.

DONE, this the 13th day of September, 2006.

                                    /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE