IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAMELLIA THERAPEUTIC        )
FOSTER AGENCY, LLC, etc.,   )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:06cv735-MHT
                            )
BOB RILEY, etc., et al.,    )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 2) is set for submission, without oral argument, on September 26, 2006, with all briefs due by said date.

DONE, this the 13th day of September, 2006.

                                           /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE