IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

**CAMELLIA THERAPEUTIC**
**FOSTER AGENCY, LLC**

      Plaintiff,                      **Civil** Action No.: **2.06ev735-MHT**

v.

**THE ALABAMA DEPARTMENT**
**OF HUMAN RESOURCES,**

      **Defendant.**

## VOLUNTARY DISMISSAL OF COMPLAINT

COMES NOW the Plaintiff, by and through his attorney of record and voluntarily dismisses without prejudice its Complaint under Federal Rules of Civil Procedure Rule 41. Plaintiff moves to dismiss its Complaint due to the substantive and procedural deficiencies of said complaint. When Plaintiff filed said Complaint, it was represented by a non- attorney. Consequently, this Honorable Court ordered Plaintiff to obtain counsel in this matter because an LLC cannot be represented by a non-attorney. (Doc No.4). Therefore, on or about September 5, 2006, the undersigned counsel filed a notice of appearance (Doc. No. 5) on behalf of Plaintiff. Plaintiff is filing an Amended Complaint that will cure the deficiencies of the original Complaint. Plaintiff is herein filing a Motion for Leave to Amend Complaint contemporaneously with their filing of an amended complaint.

WHEREFORE premises considered, Plaintiff prays that its Complaint be dismissed without prejudice.

          Respectfully Submitted,

          s/Dwayne L. Brown
          Dwayne L. Brown

Of Counsel:
The Law Office of Dwayne L. Brown
5925 Carmichael Road, Suite C
Montgomery, AL 36106
Phone (334) 277-3757
Facsimile (334) 277-3613
Dbrown@dbrownatty.com

**CERTIFICATE OF SERVICE**

    This is to certify, that on **September 22, 2006,** a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Troy **King**
        **Attorney General**
        **11 South Union Street**
        **Montgomery,** AL **36130**

        **Joel** C. **Marsh**
        **Assistant Attorney General**
        **State of Alabama**
        **Department of Human Resources**
        **Legal Office**
        **Post Office Box 304000**
        **Montgomery, AL 36130-4000**

          /s/Dwayne L. Brown
          Of Counsel