IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, etc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv735-MHT |
| THE ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) | |
| Defendant. | ) | |

ORDER

Because defendants Bob Riley, Page Walley, and Susan Ward have been dismissed, it is ORDERED that their motion to dismiss (doc. no. 2) is denied as moot.

DONE, this the 26th day of September, 2006.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE