IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| V. | ) CASE NO. 2:06 CV 735-MHT<br>) |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES | )<br>)<br>) |
| Defendant. | ) |

## ANSWER

**COMES NOW**, Defendant Alabama Department of Human Resources, by and through its undersigned counsel, and for answer to Plaintiff's complaint states as follows:

1. Paragraph 1 is a preliminary statement. To the extent that an answer is required, Defendant denies the allegations of paragraph 1.

2. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 2 and therefore denies the allegations.

3. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 3 and therefore denies the allegations.

4. Defendant denies the allegations of paragraph 4.

5. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 5 and therefore denies the allegations.

6. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 6 and therefore denies the allegations.

7. Defendant admits the allegations in paragraph 7.

8.  Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 8 and therefore denies the allegations.

9.  Defendant admits the allegations in paragraph 9.

10.  Defendant admits the allegations in paragraph 10.

11.  Defendant admits the allegations in paragraph 11.

12.  Defendant admits the allegations in paragraph 12.

13.  Defendant admits the allegations in paragraph 13.

14.  Defendant denies the allegations of paragraph 14.

15.  Defendant denies the allegations of paragraph 15.

16.  Defendant denies the allegations of paragraph 16.

17.  Defendant admits that the Plaintiff was not given a formal hearing.

18.  Defendant denies the allegations of paragraph 18.

19.  Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 19 and therefore denies the allegations.

20.  Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 20 and therefore denies the allegations.

21. Defendant denies the allegations of paragraph 21.

22. Defendant denies the allegations of paragraph 18 as it did not interfere with Plaintiff's business.

21. (Duplicate paragraph 21) Defendant denies the allegations of this second paragraph 21.

23. (There is no paragraph 23 in Plaintiff's complaint)

24. Defendant is without sufficient knowledge or information to admit or deny the allegations contained in paragraph 24 and therefore denies the allegations.

25. Defendant denies the allegations of paragraph 25.

26. Defendant denies the allegations of paragraph 26.

27. Defendant denies the allegations of paragraph 27 as it did not interfere with the Plaintiff's contracts.

28. Defendant denies the allegations of paragraph 28.

<u>Plaintiff's Prayer for Relief</u>

I.  Defendant denies that the Plaintiff is entitled to any declaratory judgement.

II. Defendant denies that the Plaintiff is entitled to any injunctive relief.

III. Defendant denies that the Plaintiff is entitled to any punitive damages.

IV. Defendant denies that the Plaintiff is entitled to payment for any costs or attorney fees.

V. Defendant denies that the Plaintiff is entitled to any relief in this action.

**ALL ALLEGATIONS NOT EXPRESSLY ADMITTED**

**HEREIN ARE DENIED.**

*<u>AFFIRMATIVE DEFENSES</u>*

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Defendant is immune from suit based on the Eleventh Amendment and the Alabama Constitution.

3. The Defendant pleads the affirmative defense of statute of limitations.

4. The Defendant asserts that it has not discriminated against the Plaintiff in violation of any federal or state constitution, law, or rule.

5. The Defendants plead the affirmative defense of lack of jurisdiction.

RESPECTFULLY SUBMITTED,

TROY KING, KIN047
ATTORNEY GENERAL

SHARON FICQUETTE, FIC001
ASSISTANT ATTORNEY GENERAL


/S/ Joel C. Marsh_____
JOEL C. MARSH,  MAR 052
Assistant Attorney General
State of Alabama Department of
Human Resources
Legal Office
P. O. Box 304000
Montgomery, AL  36130-4000
Telephone:  (334) 242-9330
FAX:  (334) 242-0689
Attorney for the Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2006, I electronically filed the foregoing Answer with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record for the plaintiff:

Dwayne Brown
P.O. Box 230205
Montgomery, AL 36123

                        /S/ Joel C. Marsh_____
                        Joel C. Marsh
                        Attorney for the Defendant