IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: **2.06cv735-MHT** |
| v. | ) ) ) | |
| THE ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), the following attorneys have conferred on November 13, 2006, regarding proposed deadlines in this case and submit the following joint report:

   **Dwayne L. Brown, representing the Plaintiff, Camellia Therapeutic Foster Agency**

   **Joel Marsh representing the Defendant, Alabama Department of Human Resources**

2. **Pre-Discovery Disclosures:** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) within twenty-one (21) days of the entry of the Court's Scheduling Order.

3. **Discovery Plan:** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: (a) Plaintiff's claims involving the failure to renew Plaintiff's contracts and the Defendant's defenses to Plaintiff's claim.

   All non-expert discovery commenced in time to be completed by April 15, 2007.

   Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

   Maximum 30 requests for production by each party to any other party. Responses due 45 days after service.

   Maximum of 25 requests for admission by each party to any other party. Responses due 45 days after service.

Maximum of 8 depositions by Plaintiff and 8 by Defendant inclusive of expert depositions. Each deposition limited to maximum of 6 hours, unless extended by agreement of the parties.

To the extent applicable, reports from retained experts under Rule 26(a)(2) due:

>   From Plaintiff by February 14, 2007
>   From Defendant by March 14, 2007.

All expert depositions to be completed by April 22, 2007.

Supplementations due within 14 days after any party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to other parties in the discovery process or in writing.

**4. Other items.**

The parties are of the opinion that a conference with the Court, unless the Court would prefer to have such conference in chambers, by telephone, or otherwise will not be needed prior to the entry of the Scheduling Order.

Any motions to amend the pleadings or to join additional parties should be filed by February 7, 2007.

All potentially dispositive motions should be filed no later than May 16, 2007.

The parties request a pretrial hearing on or after August 15, 2007.

Final witness lists, exhibit lists, and deposition excerpts under Rule 26(a)(3) shall be due from the Plaintiff and Defendant twenty-one (21) days prior to the pretrial hearing.

The parties should have ten (10) days after service of final lists of witnesses, exhibits, and deposition excerpts to make objections under Rule 26(a)(3).

Motions *in limine* (fully briefed) shall be filed fourteen (14) days prior to trial.

The case should be ready for trial by October 1, 2007 and at this time is expected to take approximately 4 days to try.

Respectfully submitted this 13th day of November 2006.

Respectfully submitted,


/s/Dwayne L. Brown
Dwayne Brown (BRO149)
Attorney for Plaintiff
Post Office Box 230205
Montgomery, AL 36123-0205
Phone (334) 277-3757
Facsimile (334) 277-3613
E-Mail: dbrown@dbrownatty.com



/s/Joel Marsh
Joel Marsh (MAR052)
Attorney for Defendant
DHR Legal Office
Post Office Box 304000
Montgomery, AL 36130-4000
Phone: (334) 242-9336
Fax: (334)
E-Mail: jmarsh@dhr.state.al.us