IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| **CAMELLIA THERAPEUTIC FOSTER AGENCY,** LLC | ) ) | |
| Plaintiff, | ) | Civil Action No.: 2.06cv735-MHT |
| v. | ) | |
| **THE ALABAMA DEPARTMENT OF HUMAN RESOURCES,** | ) ) | |
| Defendant. | ) | |

### MOTION TO WITHDRAW

COMES NOW the undersigned counsel, and files this motion to withdraw and in support thereof states:

1. That the Plaintiff is financially unable or unwilling to compensate the undersigned counsel for further legal services at this time.

2. That the undersigned attorney has attempted to resolve the present issue with Plaintiff, but to no avail.

3. That attached hereto as Exhibit A is an Affidavit in further support of the undersigned's motion to withdraw. (Affidavit of Dwayne L. Brown, attached hereto as Exhibit A).

**WHEREFORE, PREMISES CONSIDERED,** the undersigned attorney respectfully moves the Court to grant said motion to withdraw.

Respectfully submitted,

s/Dwayne L. Brown
Dwayne L. Brown (BRO149)
Attorney for Plaintiff

**Of Counsel:**
Post Office Box 230205
Montgomery, AL 36123-0205
Phone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrowatty.com

## CERTIFICATE OF SERVICE

      This is to certify, that on **February** 1, 2007, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Joel C. Marsh**
**Assistant Attorney General**
**State of Alabama**
**Department of Human Resources**
**Legal Office**
**Post Office Box 304000**
**Montgomery, AL 36130-4000**

      /s/Dwayne L. Brown
      Of Counsel

# AFFIDAVIT OF DWAYNE L. BROWN

STATE OF ALABAMA        )

COUNTY OF MONTGOMERY )

BEFORE ME, the undersigned authority for the State at Large, personally appeared Dwayne L. Brown, who by me being first duly sworn, did and does depose and say the following:

1. My name is Dwayne L. Brown. I am over the age of nineteen (19) years and a resident of Montgomery County. I have personal knowledge of the facts set forth below in this affidavit.

   On July 13, 2006, I received a letter from Mr. Joseph Appiah seeking legal representation for his company, Camellia Therapeutic Agency. (Letter dated July 11, 2006, attached hereto as Exhibit 1).

3. I spoke with Mr. Appiah briefly about his case and 1 indicated to him that my initial fee to review the information he submitted would be $300.00.

4. Upon my review of the same, on August 28, 2006, 1 informed Mr. Appiah that I anticipated that his case would take an extensive amount of time to pursue. In addition, I advised Mr. Appiah that due to the amount of time it would take to pursue said case, I anticipated that my attorney's fee would be considerable. Furthermore, I informed Mr. Appiah that I could not take said case on a contingency fee basis, but I would represent his company at a flat rate of $195.00 per hour, plus expenses.

   In response thereto, Mr. Appiah represented to me that the fees would be "no problem".

6. Consequently, on August 28, 2006, Mr. Appiah and I entered into a contractual agreement regarding my representation of Camellia Therapeutic Foster Agency. Said contracts read in relevant part that ***"Attorney retainer fee shall be $5,000.00. Attorney shall be paid $195.00 per hour for all legal work performed above and beyond the retainer"***.

7. Interestingly, Mr. Appiah's letter dated January 10, 2007, conveniently failed to reference said agreement that clearly articulates the scope of our legal agreement.

8. Unfortunately, Mr. Appiah appears to be experiencing financial hardship (Mr. Appiah's letter dated October 31, 2006, attached hereto as Exhibit 2).

9.  However, Mr. Appiah does not have the right to insist that the terms and conditions of said agreement be materially changed, and that I refund him monies for legal services that were remitted on his behalf.

X _____
Dwayne L. Brown

Sworn to and Subscribed before me on this ato day of 3bnun 2007.

_____ ELQM:. _____
NOT    PUBLIC
My Commission Exp.. _a )-1_00



*Camellia Thertipeutic Foster Agency, LLC*

ALABAMA STATE LICENSED CHILD PLACING & ADOPTION AGENCY

RUSSELL COUNTY, 2310 CRAWFORD ROAD, SUITE 104

P.O. BOX 788, PHENIX CITY, AL 36868-0788

DR. JOSEPH APPIAI1
(bantams at *ChifEatutheOffiter*

KAREN JUJUS, LCSW, PIP, EXECUTIVE: DIRECTOR

PHONE: I-334448-2999

FAX: I-(334)-448-I666

E-MAIL: **Mfakabsscom**

July 11, 2006

From: Dr. Joseph Appiah                    RECEIVED MO 3 2005

To: Attorney Dwayne Brown
      P.O. Box 230205
      Montgomery, AL 36123-0205

I have been referred to you by Attorney Peter Dumbuya, asking that you take our Civil Suit filed against the State of Alabama Governor Bob Riley for the sum of 20 million dollars. The case has been filed in the Montgomery County Circuit Court.

Please let us know if you will be able to take our case by calling us at the above phone number ( 334-448-2999) or writing a letter letting us know if you will be able to take our case.

In His Service,

**3⁰⁶4 sysliaL**
Dr. Joseph Appiah, CEO





*Camellia Tlturapeutie Foster Agency, L W*

ALABAMA STATE LICENSED CHILD PLACING & ADOPTION AGENCY

RUSSELL COUNTY, 2310 CRAWFORD ROAD, SUITE 104

P.O. BOX 788, PHENIX CITY, AL 36868-0788

DR. JOSEPH APPIAII
*Oran &ChifecamitrOffiner*

KAREN JURLS, LCSW, PIP, EXECUTIVE **DIRECTOR**

PHONE: 1-334-448-2999

**FAX:** l-(330-4484666

E-MAIL' ctMA ei.am

October 31, 2006

RECEIVED NOV 0 1 2006

To: Attorney Dwayne Brown

From: Dr. Joseph Appiah

Re: Meeting face-to-face

Dear Attorney Brown:

I am asking for a face-to-face appointment with you on Friday, November 3, 2006 or maybe one day next week. If the $7,300.00 I have paid is not enough money at this time, probably 1 need to get the rest of my money and find another lawyer. My case is not going to trial next month, but according to the court order it maybe between seven to ten months, so what is the rush of money, money, and money?

I have had to *move* from 5 regional locations, it is very expensive and tedious. I have become very stressed out, trying to pay off expensive rents and staff and utilities etc... before I can finally shut down the operations.

I have already paid out $11,000.00 to two lawyers, who claimed to use politics to resolve my case. Right now the check I am waiting on from family members have not arrived and I don't have any money from any other sources, besides borrowing and I have already borrowed $100,000.00 for payroll and other office expenses.

I will send money as the case progresses, if that's a problem then, 1 humbly ask that you take whatever services you have performed legally out of my $7,300.00 and refund the rest of the money, so that I can go the Atlanta to secure me a lawyer. Thank you and "May God Bless You".

Sincerely,

*Dr. Joseph Appiah, Chairman/ CEO*

