IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAMELLIA THERAPEUTIC        )
FOSTER AGENCY, LLC, etc.,   )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )     2:06cv735-MHT
                            )
THE ALABAMA DEPARTMENT      )
OF HUMAN RESOURCES,         )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion to withdraw (doc. no. 20) is granted.

DONE, this the 6th day of February, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE