IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC )<br>FOSTER AGENCY, LLC, etc., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>THE ALABAMA DEPARTMENT )<br>OF HUMAN RESOURCES, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:06cv735-MHT |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 6th day of February, 2007.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE