**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 20, 2007

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Camellia Therapeutic Foster Agency, LLC v. The AL Dept of Human Resources

**Case Number:**   2:06cv00735-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 23   filed on   February 20, 2007.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC REPRESENTED BY JOSEPH APPIAH, CHAIRMAN THERAPEUTIC FOSTER CHILDREN, FOSTER PARENTS AND STAFF | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| V. | ) CASE NO. 2:06cv735-MHT |
| THE ALABAMA DEPARTMENT OF HUMAN RESOUSRES | )<br>)<br>)<br>) |
| Defendant. | |

## MOTION TO WITHDRAW

COMES NOW the undersigned counsel and files this motion to withdraw and as grounds therefore states the following:

1. The undersigned counsel for the Alabama Department of Human Resources is also a member of the Air Force Reserves. He is being called to active duty in the Air Force for a period of approximately 7 months.

2. DHR has appointed other counsel for this case who is filing a notice of appearance.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL

SHARON E. FICQUETTE
ASSISTANT ATTORNEY GENERAL
STATE OF ALABAMA

\s\ Joel Marsh_____
Joel C. Marsh  MAR052

        Assistant Attorney General
        State of Alabama
        Department of Human Resources
        Post Office Box 304000
        Montgomery, Alabama 36130-4000
        Telephone:    (334) 242-9330

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing MOTION TO WITHDRAW on the following by placing a copy thereof, addressed to him as indicated below, in United States Mail, First Class postage prepaid, on this the 20th day of February 2007.

        Joseph Appiah
        Pro Se plaintiff
        P.O. Box 788
        Phenix City, Alabama 36868

        /s/ Joel Marsh
        Joel C. Marsh – MAR052
        Assistant Attorney General
        State of Alabama
        Department of Human Resources
        Post Office Box 304000
        Montgomery, Alabama 36130-4000
        Telephone:    (334) 242-9330