IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, REPRESENTED BY JOSEPH APPIAH, CHAIRMAN CAMELLIA THERAPEUTIC FOSTER CHILDREN, FOSTER PARENTS, and STAFF, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv735-MHT ) |
| GOVERNOR BOB RILEY, DEPT. OF HUMAN RESOURCES COMMISSIONER PAGE WALLEY, and SUSAN WARD, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the February 20, 2007, motion to withdraw (doc. # 23) filed by defense counsel Joel Marsh. Upon consideration of the motion and for good cause, it is

ORDERED that the motion to withdraw (doc. # 23) be and is hereby GRANTED.

Done this 20th day of February, 2007.

                     /s/Charles S. Coody
                  CHARLES S. COODY
                  CHIEF UNITED STATES MAGISTRATE JUDGE