IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 FEB 22 P 4:29

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, etc., | } |
| Plaintiff, | } |
| vs. | } Civil Action No: 2:06-CV-735-MHT |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES | } |
| Defendant. | } |

## NOTICE OF APPEARANCE

COMES NOW undersigned counsel, James E. Long, Deputy Attorney General, and enters his notice of appearance as counsel representing Defendant Alabama Department of Human Resources. Notice of all pleadings, motions, briefs, orders, or other correspondence related to this matter should be served on counsel at the address indicated below.

RESPECTFULLY SUBMITTED this 21st day of February 2007.

TROY KING
ATTORNEY GENERAL

SHARON E. FICQUETTE
CHIEF LEGAL COUNSEL
ALA. DEPT. OF HUMAN RESOURCES

James E. Long (LON016)
Deputy Attorney General
Ala. Dept. of Human Resources
P. O. Box 304000
Montgomery, AL 36130-4000
Ph: (334) 242-9330

Fax: (334) 242-0689

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to the plaintiff below:

Camellia Therapeutic
2310 Crawford Road Suite 104
P.O. Box 788
Phoenix City, AL 36868

                                                        James E. Long (LON016)
                                                        Deputy Attorney General