IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.  2:06cv735-MHT ) |
| ALABAMA DEPT. OF HUMAN HUMAN, | ) ) ) |
| Defendant. | ) |

**ORDER**

This case was originally filed *pro se* in the Circuit Court of Montgomery County, Alabama on June 27, 2006.  On August 15, 2006, the defendants removed the case to this court on the basis of federal question jurisdiction.  *See* 28 U.S.C. § 1446.  On September 5, 2006, attorney Dwayne Brown entered an appearance for the plaintiff limited liability corporation.  *See* Doc. # 5.  On September 26, 2006, the plaintiff filed an amended complaint naming the Camellia Therapeutic Foster Agency, LLC, as the sole plaintiff and the Alabama Department of Human Resources as the lone defendant.  (Doc. # 13).

On February 1, 2007, counsel for the plaintiff corporation filed a motion to withdraw. (Doc. # 20).  On February 6, 2007, the court granted attorney Brown's motion to withdraw. (Doc. # 21).  Consequently, the plaintiff limited liability corporation is no longer represented by counsel.  The corporation cannot represent itself.  The chairperson of the limited liability corporation, Joseph Appiah, does not appear to be a lawyer and, as a non-lawyer, cannot

represent the corporation. Accordingly, it is

ORDERED that, on or before March 12, 2007, the plaintiff shall secure representation by a licensed attorney authorized to practice in this court. Counsel shall file a notice of appearance on or before March 12, 2007.

Done this 23rd day of February, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE