# CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC
# P.O. BOX 788   2310 CRAWFORD ROAD SUITE 104
# PHENIX CITY, AL 36868-0788

**PHONE NUMBER: 334-448-2999**

February 27, 2007

HONORABLE MYRON H. THOMPSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 235
MONTGOMERY, AL 36101-0235

Re: Case Name: CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC v. STATE OF ALABAMA DEPARTMENT OF HUMAN RESOURCES /Civil Action No. 2.06cv735-MHT

Dear Honorable Judge Myron H. Thompson

I am writing to request from your high office to appoint us an attorney who is license to practice in Federal Courts to assist us in our case pending before this Honorable Court. I have exhausted all my financial resources plus borrowing over $100,000.00 to reimburse the staff, foster parents, foster children, four offices expenses including three attorneys' fees.

Attorney Earl Hillard, Birmingham, $16,000.00
Attorney Peter Dumbuya, Phenix City, $1,000.00
Attorney Dwayne Brown, Montgomery, $7,300.00

We will be denied Justice if we never have our day in court. The State of Alabama has denied us an equal employment of federally funded 80% program and state funded 20% program.

I have borrowed against my house, car, furniture and all my assets. If it is in your power or the courts then kindly appoint us an attorney to assist us in this case. I have shown a good cause and as a United States citizen along with our staff, foster parents, and foster children, we beg this Honorable Court to appoint us a lawyer. Once the United States District Court turns this deaf ear to our petition, justice will be denied, and this injustice will continued forever. May God Bless this Honorable Court and Honorable Judge Myron H. Thompson.

In His Service,

*Dr. Joseph Appiah*
Dr. Joseph Appiah/ Chairman/C.E.O.