IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, REPRESENTED BY JOSEPH APPIAH, CHAIRMAN CAMELLIA THERAPEUTIC FOSTER CHILDREN, FOSTER PARENTS, and STAFF, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv735-MHT |
| ALABAMA DEPT. OF HUMAN RESOURCES, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the plaintiff corporation's motion for appointment of counsel (doc. # 28) and upon the court's review of the complaint filed in this case, it is

ORDERED that the motion for appointment of counsel is DENIED.

Done this 5th day of March, 2007.

                                           /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE