IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC ) | |
| FOSTER AGENCY, LLC, ETC., ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 2:06CV735-MHT |
| ) | |
| v. ) | |
| ) | |
| THE ALABAMA DEPARTMENT OF ) | |
| HUMAN RESOURCES, ) | |
| ) | |
| Defendant. | |

RECEIVED
2007 MAR 12  P 12:06
DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

COME NOW, Kathryn Dickey and Janice Spears-Turk, herein, filing Notice of Appearance as counsels for Plaintiff, CAMELLIA THERAPEUTIC FORSTER AGENCY, LLC,ETC., in the above style manner. Copies of all correspondence, motions, filings, notices, etc. should be served upon the undersigned.

Respectfully submitted on this the 12th day of March 2007.

_____
Kathryn Dickey (DIC025)
Attorney for Plaintiff

_____
Janice Spears-Turk (SPE013)

OF COUNSEL:
**KATHRYN DICKEY**
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696  fax

**JANICE SPEARS-TURK**
Attorney at Law
2735 Office Park Circle
Montgomery, Alabama 36116

(334) 274-0883
(334) 272-3031 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorneys by placing a copy of the same in the United States Mail postage prepaid and properly addressed this the ___12th___ day of March 2007.

        Honorable Joel C. Marsh
        Assistant Attorney General
        State of Alabama Department of
        Human Resources
        Legal Office
        P.O. Box 304000
        Montgomery, AL 36130-4000

/s/ Kathryn Dickey
OF COUNSEL