IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAMELLIA THERAPEUTIC        )
FOSTER AGENCY, LLC, etc.,   )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )     2:06cv735-MHT
                            )
THE ALABAMA DEPARTMENT      )
OF HUMAN RESOURCES,         )
                            )
    Defendant.              )
```

ORDER

In light of the appearance of counsel for plaintiff, it is ORDERED that the referral order (doc. no. 22) is vacated. Counsel are reminded of the deadlines and obligations in the uniform scheduling order (doc. no. 19), which is still in effect.

DONE, this the 15th day of March, 2007.

            /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE