IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, etc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:06cv735-MHT |
| THE ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 32) is granted.

(2) The uniform scheduling order (Doc. No. 19) is amended to reflect that the parties are allowed until May 29, 2007, to complete discovery.

DONE, this the 9th day of April, 2007.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE