**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                TELEPHONE (334) 954-3600

April 9, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:    Camellia Therapeutic Foster Agency, LLC v. The Alabama Dept of Human Resources

Case Number:    2:06cv00735-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include the signature on the certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 32   filed on   April 6, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, ETC., | ) ) ) |
| Plaintiff, | ) CASE NO.: 2: 06CV735-MHT ) |
| v. | ) ) |
| THE ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) |
| Defendant. | |

## MOTION FOR EXTENSION OF TIME FOR DISCOVERY

COMES NOW, the Plaintiff, Camellia Therapeutic Foster Agency, LLC, and files its Motion For Extension of Time For Discovery in the above style manner. As grounds for this motion the Plaintiff states the follow:

1. Plaintiff filed initial complaint pro se.

2. Plaintiff retained Dwayne L. Brown as counsel per Order of this honorable Court on 08/18/2006. Attorney Brown filed Notice of Appearance on 09/05/2006.

3. Attorney Brown filed Motion to Withdraw on 02/01/2007, which was granted on 02/06/2007.

4. Attorney for Defendant, Joel Marsh, filed Motion to Withdraw on 02/20/2007, which was granted on 02/20/2007.

5. Attorney James Edward Long, counsel for Defendant, filed a Notice of Appearance on 02/23/2007.

6. Attorneys Kathryn Dickey and Janice Spears-Turk filed a Notice of

      Appearance on March 13, 2007.

7. All discovery is to be completed by 04/22/2007, per the Scheduling Order filed 11/15/2006.

8. Attorneys for both parties need additional time to complete discovery, due to the short period of time that attorneys have been in this case.

9. Plaintiff's attorney has contacted the Honorable James Edward Long regarding an extension of time for discovery and he states that he has no objections.

10. The Defendant is not prejudiced by the extension of time.

11. Trial is not set for this cause until October 1, 2007.

12. In the interest of justice, an extension of time for discovery is needed.

Respectfully submitted on this the 6th day of April 2007.

                                                /s/  Kathryn Dickey
                                                Kathryn Dickey (DIC025)
                                                Attorney for Plaintiff

**OF COUNSEL:**
**KATHRYN DICKEY**
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696   fax

**JANICE SPEARS-TURK**
Attorney at Law
2735 Office Park Circle
Montgomery, Alabama 36116
(334) 274-0883
(334) 272-3031 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Honorable James Edward Long
>Assistant Attorney General
>State of Alabama Department of
>Human Resources
>Legal Office
>P.O. Box 304000
>Montgomery, AL  36130-4000

>  /s/  Kathryn Dickey
> OF COUNSEL