IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 2:06 CV 735-MHT** |
| | ) | |
| **ALABAMA DEPARTMENT OF HUMAN RESPURCES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## EVIDENTIARY MATERIALS IN SUPPORT OF MOTION TO DISMISS OR SUMMARY JUDGMENT BY DEFENDANT DEPARTMENT OF HUMAND RESOURCES

COMES NOW Defendant Alabama Department of Human Resources (hereinafter DHR), by and through their undersigned counsel, and, hereby submits the following Exhibits as evidentiary material in support of its Motion to Dismiss or For Summary Judgment:

1.    Memo to Alabama Legislators from Commissioner Walley regarding Therapeutic Foster Care RFP dated May 16, 2005

2.    Memo from Susan Ward and Gary Mitchell of the Office of Resource Management dated December 27, 2005 to all County Directors of Human Resources regarding availability of Therapeutic Foster Care placements

3.    Memo from Susan Ward and Gary Mitchell of the Office of Resource Management dated December 28, 2005 to all County Directors of Human Resources regarding availability of Therapeutic Foster Care placements outside a region

4.      Request for Proposals for Therapeutic Foster Care for Children dated February 28, 2005

5.      Vendors conference sign-in sheet dated March 29, 2005

6.      Alabama DHR receipt of proposal signed log sheet

7.      Deposition of Camellia Therapeutic Foster Agency, LLC represented by Joseph Appiah

with exhibits

8.      Deposition of Joseph Appiah with exhibit

9.      Affidavit of Susan Ward

10.     Therapeutic Foster Care Slots to be Reallocated by Vendor/Region


RESPECTFULLY SUBMITTED,

TROY KING (KIN047)
ATTORNEY GENERAL

SHARON FICQUETTE (FIC001)
CHIEF LEGAL COUNSEL


 _s/James E. Long_____
James E. Long - LON016
Deputy Attorney General

State of Alabama
Department of Human Resources
P.O. Box 304000
Montgomery, Alabama  36130-4000
Phone:  (334) 242-9330
Fax:  (334) 242-0689
ATTORNEYS FOR DEFENDANTS

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have served the foregoing **EVIDENTIARY MATERIALS IN SUPPORT OF DEFENDANTS MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**, on the following by placing copies thereof, addressed to them as indicated below, in United States Mail, First Class postage prepaid, on this the <u>29</u><sup>th</sup> day of May 2007.

Hon. Kathryn Dickey                          Hon. Janice Spears-Turk
Attorney at Law                              Attorney at Law
322 Alabama Street                           2735 Office Park Circle
Montgomery, Alabama 36104                    Montgomery, Alabama  36116
Attorney for Plaintiffs                      Attorney for Plaintiffs


                                             _ s/James E. Long_____
                                             James E. Long - LON016
                                             Deputy Attorney General


                                             State of Alabama
                                             Department of Human Resources
                                             Legal Office
                                             50 Ripley Street, Room 2122
                                             P.O. Box 304000
                                             Montgomery, Alabama  36130-4000
                                             Phone:  (334) 242-9330
                                             Fax:  (334) 242-0689

                                             ATTORNEY FOR
                                             DEFENDANTS



State of Alabama

Department of Human Resources

S. Gordon Persons Building

50 Ripley Street

P. O. Box 304000

Montgomery, Alabama 36130-4000

(334) 242-1310

www.dhr.state.al.us



**BOB RILEY**
Governor

Page B. Walley, Ph.D.
Commissioner

## MEMORANDUM

**TO:**     Alabama Legislators

**FROM:**   Page B Walley, Ph.D. *PBW*
Commissioner

**DATE:**   May 16, 2005

**SUBJECT:  THERAPEUTIC FOSTER CARE RFP**

---

I am writing to advise you of some changes with the way the Department contracts for therapeutic foster care (TFC). I know you are keenly interested in the service that foster parents provide to this agency and the value they contribute to the lives of children in the state's care.

Foster parents who provide TFC are for the most part licensed by private agencies and then we contract with the private agency to purchase TFC for our children who need TFC. These children exhibit emotional and behavioral problems beyond those placed in our regular homes but are not in need of residential care.

We issued the RFP for 1,210 children in need of TFC and were extremely pleased to receive proposals to serve 3,680 children from over 22 providers. Having a surplus of qualified proposals extended our ability to have resources in regions close to a child's home and choices of providers. One group of child welfare experts scored the proposals. A different group of child welfare placement experts made the final selections. We only considered proposals that received a score of 80% or higher on the criteria.

The providers chosen by the selection committee are regionally distributed throughout the state. However, the selection outcomes have resulted in some current TFC providers not being awarded a contract or not being awarded a contract for the volume of services which they currently provide. You will likely hear from the TFC providers that have, in the past, had the vast majority of the business. We believe that having a more diverse and larger number of providers is better for the Department and the children.

As a result of the RFP selections, we will have some children who cannot continue to reside in their current setting because the program was not selected. I want to

**EXHIBIT**
**1**

Memorandum
Page 2
May 16, 2005

assure you that **any** move of a child that takes place will be orderly and involve an Individualized Service Plan, which is agreed upon by a group of stakeholders who have interest in planning for permanency for the child. Decisions will not be made hastily. The Department will follow all requirements of the R.C. Consent Decree in these cases. In some instances a child may no longer need TFC and will be "stepped-down" into one of our regular foster homes or a permanent living environment. In other instances the TFC home may choose to move to another agency that has openings as a result of the RFP. In that case the child would remain in their foster home.

Should you have further concerns, please call Gary Mitchell at (334) 353-1196 or Susan Ward at (334) 242-1653. I hope you will find this information helpful as you receive inquires. Attached is a chart that reflects the results of the RFP.

PBW:BR:cl

cc:  Robin Stone
     Governor's Legislative Office

     Sandra Lucas
     Governor's Constituent Services

Alabama Department of Human Resources

Therapeutic Foster Care Vendor Selection by Regions

| Program | Score | I | II | III | IV | V | VI | VII | VIII | IX | 06Total | *FY05 AVG Slots | % Increase/Decrease | %Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer-Porch | 904.25 | | | | | 24 | 8 | 4 | | | 36 | 45 | -20% | 2.98% |
| SAFY | 893.5 | 8 | 16 | 29 | 20 | 8 | 83 | 16 | 7 | 30 | 201 | 58 | +246% | 16.61% |
| UMCH | 893.25 | 13 | | 8 | | 8 | 14 | 14 | 23 | | 96 | 58 | +65% | 7.93% |
| TPI | 892.75 | 13 | 33 | 28 | 20 | 20 | 83 | 12 | 50 | 54 | 313 | 536 | -42% | 25.87% |
| LCYDC | 889.5 | | | | 20 | | | | | | 20 | 16 | +25% | 1.65% |
| AL Mentor | 887 | | | 8 | | | 12 | | | | 20 | New | | 1.65% |
| Wilmer Hall | 871.5 | | 8 | 8 | | | | | | | 16 | 3 | +433% | 1.32% |
| Youth Villages | 869.25 | | | | | | 40 | | | 30 | 70 | New | | 5.79% |
| FIT Homes | 867 | 10 | 20 | | | 12 | | | | | 42 | 31 | +36% | 3.47% |
| Seraaj | 854.75 | 10 | 16 | 8 | 19 | 8 | 75 | 8 | 44 | 20 | 208 | 269 | -23% | 17.19% |
| Eagle Rock | 849.25 | | | | | | | | 8 | | 8 | New | | 0.66% |
| Child/Fam Svs | 838 | 8 | | | | | | | | | 8 | New | | 0.66% |
| Alliance | 833.25 | | | | | | 18 | | | | 18 | 46 | -60% | 1.49% |
| Gateway | 820 | | | | | | 50 | | | | 50 | 46 | +8% | 4.13% |
| Mtn View | 818.65 | | | | | | | | 18 | | 18 | 8 | +125% | 1.49% |
| Catholic SS | 817.25 | | 16 | | | 8 | | | | | 16 | 16 | +-0% | 1.32% |
| New Way Out | 811 | | | | | | 30 | | | | 70 | New | | 5.79% |
| NBA CSC | 754.25 | | | | | | | | | | 0 | 32 | -100% | 0.00% |
| Camellia | 753.3 | | | | | | | | | | 0 | 15 | -100% | 0.00% |
| Success Hms | 712.5 | | | | | | | | | | 0 | New | | 0.00% |
| Fam. Values | 683.5 | | | | | | | | | | 0 | 1 | -100% | 0.00% |
| Ability + | 639 | | | | | | | | | | 0 | New | | 0.00% |
| Total | | 62 | 125 | 97 | 87 | 88 | 413 | 54 | 150 | 134 | 1210 | | | 100.00% |

* This represents an average of TFC slots from Oct '04 through March '05 due to TFC slots were not capped.





# State of Alabama

## Department of Human Resources

S. Gordon Persons Building

50 Ripley Street

P. O. Box 304000

Montgomery, Alabama 36130-4000

(334) 242-1310

www.dhr.state.al.us

**E B RILEY**
*Governor*

Page B. Walley, Ph.D.
*Commissioner*

## MEMORANDUM

**TO:**       Alabama Legislators

**FROM:**    Page B Walley, Ph.D.
             Commissioner

**DATE:**    May 16, 2005

**SUBJECT:  THERAPEUTIC FOSTER CARE RFP**

---

I am writing to advise you of some changes with the way the Department contracts for therapeutic foster care (TFC). I know you are keenly interested in the service that foster parents provide to this agency and the value they contribute to the lives of children in the state's care.

Foster parents who provide TFC are for the most part licensed by private agencies and then we contract with the private agency to purchase TFC for our children who need TFC. These children exhibit emotional and behavioral problems beyond those placed in our regular homes but are not in need of residential care.

We issued the RFP for 1,210 children in need of TFC and were extremely pleased to receive proposals to serve 3,680 children from over 22 providers. Having a surplus of qualified proposals extended our ability to have resources in regions close to a child's home and choices of providers. One group of child welfare experts scored the proposals. A different group of child welfare placement experts made the final selections. We only considered proposals that received a score of 80% or higher on the criteria.

The providers chosen by the selection committee are regionally distributed throughout the state. However, the selection outcomes have resulted in some current TFC providers not being awarded a contract or not being awarded a contract for the volume of services which they currently provide. You will likely hear from the TFC providers that have, in the past, had the vast majority of the business. We believe that having a more diverse and larger number of providers is better for the Department and the children.

As a result of the RFP selections, we will have some children who cannot continue to reside in their current setting because the program was not selected. I want to

Memorandum
Page 2
May 16, 2005


assure you that **any** move of a child that takes place will be orderly and involve an Individualized Service Plan, which is agreed upon by a group of stakeholders who have interest in planning for permanency for the child. Decisions will not be made hastily. The Department will follow all requirements of the R.C. Consent Decree in these cases. In some instances a child may no longer need TFC and will be "stepped-down" into one of our regular foster homes or a permanent living environment. In other instances the TFC home may choose to move to another agency that has openings as a result of the RFP. In that case the child would remain in their foster home.

Should you have further concerns, please call Gary Mitchell at (334) 353-1196 or Susan Ward at (334) 242-1653. I hope you will find this information helpful as you receive inquires. Attached is a chart that reflects the results of the RFP.

PBW:BR:cl

cc:   Robin Stone
      Governor's Legislative Office

      Sandra Lucas
      Governor's Constituent Services

Alabama Department of Human Resources

## Therapeutic Foster Care Vendor Selection by Regions

| Program | Score | I | II | III | IV | V | VI | VII | VIII | IX | 06Total | *FY05 AVG Slots | % Increase/Decrease | %Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brewer-Porch | 904.25 | | | | | 24 | 8 | 4 | | | 36 | 45 | -20% | 2.98% |
| SAFY | 893.5 | 8 | | 29 | 20 | 8 | 83 | 16 | 7 | 30 | 201 | 58 | +246% | 16.61% |
| UMCH | 893.25 | 13 | 16 | 8 | | 8 | 14 | 14 | 23 | | 96 | 58 | +65% | 7.93% |
| TPI | 892.75 | 13 | 33 | 28 | 20 | 20 | 83 | 12 | 50 | 54 | 313 | 536 | -42% | 25.87% |
| LCYDC | 889.5 | | | | 20 | | | | | | 20 | 16 | +25% | 1.65% |
| AL Mentor | 887 | | | 8 | | | 12 | | | | 20 | New | | 1.65% |
| Wilmer Hall | 871.5 | | 8 | 8 | | | | | | | 16 | 3 | +433% | 1.32% |
| Youth Villages | 869.25 | | 20 | | | | 40 | | | 30 | 70 | New | | 5.79% |
| FIT Homes | 867 | 10 | 20 | | | 12 | | | | | 42 | 31 | +36% | 3.47% |
| Seraaj | 854.75 | 10 | 16 | 8 | 19 | 8 | 75 | 8 | 44 | 20 | 208 | 269 | -23% | 17.19% |
| Eagle Rock | 849.25 | 8 | | | | | | | | | 8 | New | | 0.66% |
| Child/Fam Svs | 838 | 8 | | | | | | | 8 | | 8 | New | | 0.66% |
| Alliance | 833.25 | | | | | | 18 | | | | 18 | 46 | -60% | 1.49% |
| Gateway | 820 | | | | | | 50 | | | | 50 | 46 | +8% | 4.13% |
| Mtn View | 818.65 | | | | | | | | 18 | | 18 | 8 | +125% | 1.49% |
| Catholic SS | 817.25 | | 16 | | | | | | | | 16 | 16 | +0% | 1.32% |
| New Way Out | 811 | | 16 | 8 | 8 | 8 | 30 | | | | 70 | New | | 5.79% |
| NBA CSC | 754.25 | | | | | | | | | | 0 | 32 | -100% | 0.00% |
| Camellia | 753.3 | | | | | | | | | | 0 | 15 | -100% | 0.00% |
| Success Hms | 712.5 | | | | | | | | | | 0 | New | | 0.00% |
| Fam. Values | 683.5 | | | | | | | | | | 0 | 1 | -100% | 0.00% |
| Ability + | 639 | | | | | | | | | | 0 | New | | 0.00% |
| Total | | 62 | 125 | 97 | 87 | 88 | 413 | 54 | 150 | 134 | 1210 | | | 100.00% |

* This represents an average of TFC slots from Oct '04 through March '05 due to TFC slots were not capped.



# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130
334.242.1310
www.dhr.state.al.us

**M-E-M-O-R-A-N-D-U-M**

**BOB RILEY**
*Governor*

**Page B. Walley, Ph.D**
*Commissioner*

| | |
|---|---|
| **TO:** | **County Directors of Human Resources** |
| **FROM:** | **Susan Ward, Program Administrator**<br>**Gary W. Mitchell, Program Manager**<br>**Office of Resource Management** |
| **SUBJECT:** | **Availability of Therapeutic Foster Care Placements** |
| **DATE:** | **December 27, 2005** |

As a result of the Bid Law, a Request for Proposals (RFP) was issued this year for Therapeutic Foster Care services. Contracts were awarded for FY '06 to programs for identified numbers of contract slots per region. If programs that were already serving children in a region were above the number of awarded slots for that region, they were given an attrition contract to serve that excess number. If a provider for a certain region is over the number of slots that were awarded to them in that region, they may not accept referrals until they have attritioned below that selected number. Counties shall not place children in pre-placement with a program if that program has no available slots for that region.

The following is a breakdown by region of programs that currently have available slots for placement. This list will be updated monthly and posted on the web page to assist counties in knowing the availability of TFC services in their area:



| Region 1 | Region 2 | Region 3 | Region 4 | Region 5 | Region 6 | Region 7 | Region 8 | Region 9 |
|---|---|---|---|---|---|---|---|---|
| UMCH | FIT Homes | SAFY | LCYDC | Brewer Porch | Alabama Mentor | Brewer Porch | Seraaj | SAFY |
| FIT Homes | Seraaj | UMCH | SAFY | UMCH | Alliance | SAFY | UMCH | Seraaj |
| | UMCH | Wilmer Hall | Seraaj | | Brewer Porch | UMCH | | Youth Villages |
| | Wilmer Hall | | | | SAFY | | | |
| | | | | | Seraaj | | | |
| | | | | | Youth Villages | | | |

*An Affirmative Action/Equal Opportunity Employer*

**EXHIBIT**
**2**

If you have any questions, please contact the Office of Resource Management at 334.242.1650. Please share this information with all supervisory and line staff.

CC:     Commissioner's Office
        Deputy Commissioners
        Family Services
        Legal Office



# State of Alabama
# Department of Human Resources

S. Gordon Persons Building
50 Ripley Street
P.O. Box 304000
Montgomery, Alabama 36130
334.242.1310
www.dhr.state.al.us

**M-E-M-O-R-A-N-D-U-M**

**BOB RILEY**
*Governor*

**Page B. Walley, Ph.D**
*Commissioner*

RECEIVED
JAN 4 2006
LEGAL OFFICE

**TO:**      County Directors of Human Resources
            Child Placing Agency Executive Directors

**FROM:**    Susan Ward, Program Administrator
            Gary W. Mitchell, Program Manager
            Office of Resource Management

**SUBJECT:** Therapeutic Foster Care Placements Outside a Region

**DATE:**    December 28, 2005

Children or youth that require Therapeutic Foster Care (TFC) placements should be placed within the region of their county of origin. It is important that children's connections with family and community be maintained to promote a healthy self-identity. As well, the Core Services for TFC includes two (2) hours per week of therapeutic visitation between youth and birth family, which includes coaching and modeling of healthy parenting by TFC staff, to expedite a safe re-unification. Placement in close proximity to family is crucial in meeting this requirement.

On rare occasions, there may be a need to place a child outside the region of his/her county of origin. If the family with whom the provider should be working for re-unification is located outside the region, it is clear that services for re-unification may be better provided to that family if the child was served in a foster home in closer proximity. There also may be isolated instances when there is not a foster home within a region that can meet a child's special needs. If the child's permanency goal is something other than re-unification with birth family or placement with extended family, a child may be placed outside the region with approval from the Child Welfare Consultation (CWC) Unit at State DHR. If placement outside the region is granted by the CWC consultant, counties may make referrals to only those agencies that received awards through the RFP for their region. (A copy of the awards for the various regions is attached.) For example, if a child in Region V needs a placement and there is no home available within that region that can meet his/her needs and re-unification is not the permanency goal, the county may seek a placement in another region with Brewer Porch, Therapeutic Programs, Inc. (TPI) or United Methodist Children's Home (UMCH) only. Child Placing Agencies that provide TFC services should understand that, when a child is placed outside a region in one of their programs, the slot that is used is for the region of origin. In the above example, if the child from Region V was placed in a Brewer Porch home in Region VI, the slot used would be one allotted for Region V and not Region VI.

*An Affirmative Action/Equal Opportunity Employer*

**EXHIBIT**
**3**

A second attachment to this memorandum is a copy of the regional map used in the distribution of slots for TFC services.

Please ensure that line social workers and supervisory staff have access to the information in this memorandum. If there are any questions, please call Gary Mitchell at 334.353.1196.

Attachments:        Regional Map
                    TFC Distribution Chart


CC:     Commissioner
        Deputy Commissioners
        Family Services
        Legal Office

Alabama Department of Human Resources

# Final Therapeutic Foster Care Allocations

The final allocations of slots for Therapeutic Foster Care Services are listed below. The agenices listed under the "Program" heading is indicative of the vendors under contract to provide services to children in care. Roman numerals I through IX represent the nine regions that encompass the state and include the number of slots available through specific vendors within each region. Additional information is available by clicking on the Therapuetic Foster Care link under "Requests for Proposals."

| Program | I | II | III | IV | V | VI | Vii | VIII | IX | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| AL Mentor | | | | | | 7 | | | | 7 |
| Alliance | | | | | | 17 | | | | 17 |
| Brewer Poarch | | | | | 48 | 5 | 2 | | | 55 |
| Catholic SS | | 16 | | | | | | | | 16 |
| FIT Homes | 10 | 20 | | | | | | | | 30 |
| Gateway | | | | | | 49 | | | | 49 |
| LCYDC | | | | 20 | | | | | | 20 |
| Mountain View | | | | | | | | 8 | | 8 |
| SAFY | 1 | | 43 | 20 | | 22 | 1 | 1 | 7 | 95 |
| Seraaj | 3 | 10 | 7 | 15 | | 139 | 6 | 62 | 20 | 262 |
| TPI | 13 | 60 | 34 | 32 | 36 | 131 | 25 | 39 | 77 | 447 |
| UMCH | 35 | 11 | 8 | | 3 | 3 | 20 | 15 | | 95 |
| Wilmer Hall | | 8 | 5 | | | | | | | 13 |
| Youth Villages | | | | | | 40 | | | 30 | 70 |
| Total | 62 | 125 | 97 | 87 | 87 | 413 | 54 | 125 | 134 | 1184 |

## DHR Family Services Districts



# REQUEST FOR PROPOSALS

# FOR

# THERAPEUTIC FOSTER CARE for CHILDREN



# ISSUED BY

# ALABAMA DEPARTMENT OF HUMAN RESOURCES

# FAMILY SERVICES

## Monday, February 28, 2005



EXHIBIT
4

**ALABAMA DEPARTMENT OF HUMAN RESOURCES**
**REQUEST FOR PROPOSALS**

CONTENT                                                                           Page

I.   INTRODUCTION ................................................................................2

II.  RESERVATIONS.................................................................................3

III. SUBMISSION OF PROPOSALS ...........................................................4

IV.  PROGRAM NARRATIVE ....................................................................6

V.   COMPENSATION FOR PROVIDING SERVICE ...................................9

VI.  SELECTION ...................................................................................10

VII. VENDOR CERTIFICATIONS ............................................................11

ATTACHMENT A-THERAPEUTIC FOSTER CARE SERVICE PROGRAMS...........13

ATTACHMENT B- RFP TIME TABLE.................................................................19

ATTACHMENT C- TAXPAYER IDENTIFICATION NUMBER....................................20

ATTACHMENT D- DISCLOSURE STATEMENT...................................................21

ATTACHMENT E- PROPOSAL COVER PAGE ......................................................22

I.    **INTRODUCTION**

A.    PURPOSE: This Request for Proposals (RFP) is for the sole purpose of soliciting proposals for **Therapeutic Foster Care for Children** in Alabama. Each proposal must indicate the vendor's ability to meet the provisions set forth in the *Therapeutic Foster Care Manual* Revised 2004, including the implementation of step-down, provision of Core Services, tracking and aftercare and provision of in-home services to the birth family. Therapeutic foster care is to be a time-limited, intensive intervention for children, who are not able to live at home and who fit the diagnostic and behavioral criteria set forth by the Department. Attachment A provides the definition of this therapeutic foster care, the population of children to be served, and the core services.

B.    The contract, if awarded, will be for a period of one (1) year with the option of renewing for two (2) additional one-year periods based on the same terms and conditions. Exercise of option years will be determined in part by an evaluation of the Vendor's performance. Continuation of any agreement between the Alabama Department of Human Resources (Department) and Vendor beyond a fiscal year is contingent upon the receipt of sufficient federal and state funds. Non-availability of funds at any time will cause any agreement to become void and unenforceable and no liquidated damages will accrue to the Department as a result. The Department will not incur liability beyond the accrued payments as of the official date of non-availability of funds.

C.    ENTITIES ELIGIBLE TO SUBMIT A PROPOSAL: Vendors may include governmental agencies, faith-based organizations, non-governmental public or private organizations or individuals who: 1) are legally authorized to conduct business within the State of Alabama; 2) possess the skills needed to perform the services described herein and in the attachment(s) that may accompany this RFP; and, 3) meet the terms and conditions of the RFP.

D.    LETTER OF INTENT TO PROPOSE: A letter indicating a vendor's intent to respond to the RFP should be sent to the RFP Coordinator (Page 3 – Where to Respond) no later than Friday, March 18, 2005. Submission of a *Letter of Intent to Propose* by the specified deadline is not a prerequisite for submitting a proposal, but it is necessary to ensure a vendor's receipt of RFP amendments and other communication regarding the RFP. The letter must include the name of a contact person, full address and email address. The Department will notify vendors of receipt of the *Letter of Intent to Propose* via email.

E.    RFP PROPOSED TIMETABLE: For reference, a timeline for the process of issuing the RFP to the awarding of FY'06 contracts is noted in Attachment B. Note that the proposed timetable is for reference and does not bind the Department to exact dates and time(s).

F.    DUE DATE: Proposals must be received by the Department of Human Resources, Policy, Planning and Research, at the address shown in paragraph G below **no later than 12:00 Noon (Central Time) on Monday, April 11, 2005** in order to be considered. Each vendor is solely responsible for assuring that its proposal is received by the Department by the due date established in the RFP. The Department shall not be responsible for late proposals, and late or incomplete proposals shall not be allowed after the deadline.

2

G.   WHERE TO RESPOND: All Proposals must be <u>hand delivered</u> to:

> Alabama Department of Human Resources
> Starr Stewart -Policy, Planning and Research
> **THERAPEUTIC FOSTER CARE PROPOSAL**
> Gordon Persons Building, Suite 2104
> 50 Ripley Street
> Montgomery, Alabama 36130-4000

**Proposals may not be faxed, mailed or submitted electronically.**

H.   VENDORS CONFERENCE: A vendors conference is scheduled for Tuesday, **March 29, 2005** in the auditorium of the Gordon Persons Building (Plaza level) from 1:30 p.m. – 3:30 p.m. Central Time.

I.   QUESTIONS REGARDING RFP:

1.   Interested vendors may submit written questions (preferably via e-mail) regarding this RFP to, Starr Stewart - Policy, Planning and Research e-mail: **ssstewart@dhr.state.al.us.**

2.   Each question must cite the particular section of the RFP to which it relates.

3.   All questions must be received by **5:00 p.m. (Central Time) on Friday, March 18, 2005.**

4.   Answers to written questions will be posted on the DHR website by **Friday, March 25, 2005 after 5:00 p.m.**

5.   Any oral explanations or instructions given during the procurement process shall not bind the Department.

J.   COST:  Vendors are solely responsible for paying all costs incurred as a result of responding to, and complying with this RFP.

II.   **RESERVATIONS**

A.   PRE-SELECTION DISCRETION: The Department reserves the right, at its sole discretion, at any time and for any reason, to reject any or all of the proposals submitted in response to this RFP, or to cancel the RFP, if it is deemed by the Department to be in the its best interest to do so.

B.   POST-SELECTION DISCRETION: If a proposal is selected, the Department reserves the right, at its sole discretion, at any time and for any reason, to change its decision with respect to the selection and to select another proposal, or to cancel the RFP, if it is deemed by the Department to be in its best interest to do so.

C.   WAIVERS: Notwithstanding the amendment provisions otherwise set forth herein, the Department reserves the right, at its sole discretion, to waive any minor irregularity in an otherwise valid proposal which would not jeopardize the

3

overall program and to award a contract on the basis of such a waiver in the event the Department determines that such award is in the best interest of the Department. Minor irregularities are those which will not have a significant adverse effect on overall program cost or performance.

D.    NEGOTIATIONS: The Department reserves the right to negotiate with any vendor whose proposal is within the competitive range with respect to technical plan and cost.

E.    DISCLAIMER: Issuance of this RFP does not constitute a commitment by the Department to select any proposal submitted in response to the RFP, or to award a contract to any vendor who responds to the RFP.

F.    NO GUARANTEE OF CONTRACT: Selection of a proposal shall not be binding upon the Department and may or may not, at the Department's sole discretion, result in the Department entering into a contract with the vendor.

G.    ADOPTION OF IDEAS: The Department reserves the right to adopt to its use all, or any part, of a vendor's proposal and to use any idea or all ideas presented in a proposal.

H.    ORAL PRESENTATIONS: The Department reserves the right to require some or all of the vendors to provide oral presentations of their proposals.

I.    AMENDMENTS: The Department reserves the right to amend the RFP. Except as provided above with respect to "WAIVERS" made by the Department, all amendments to the RFP will be made by written addendum issued by the Department and will be mailed to all vendors to whom the RFP was originally mailed, or who have expressed an intent.

*All contracts awarded by this Department are subject to review and approval by the Legislative Oversight Committee and the Governor's Office.*

## III.    SUBMISSION OF PROPOSALS

A.    SIGNATURES: The proposal cover page must contain the original ink signature of the person(s) legally authorized to bind the vendor to the proposal. The original proposal should be **stamped or otherwise annotated** so that the Department can easily identify which bears the original signature.

B.    NUMBER OF COPIES: The vendor must submit **one original proposal and five (5) copies** of the proposal.

C.    NATURE AND FORMAT OF PROPOSALS: To be considered, the proposal must be concise; describe the vendor's ability to meet the RFP requirements; comply with the time specifications of the RFP; and, provide a specific schedule of implementation that is consistent with the time constraints specified in the RFP. The proposal must also be responsive to the content and format specifications, in sequence, specified in the RFP. All material submitted in response to this RFP shall become the property of the Department.

4

1.  Vendors should use exclusively 8½ x 11 white paper, proposals should be single-spaced, typed using Times New Roman (font) and a minimum font size of 12. *Double space between paragraphs.* Vendors should avoid the use of elaborate bindings and promotional materials within the proposal.

2.  The proposal must include a completed **Proposal Cover Page** (Attachment E) with an original signature of the person(s) legally authorized to bind the vendor to the proposal. All items on this form must be completed. **(Do not number this page).**

3.  The Proposal Cover Page should be followed by the completed and signed **Request for Taxpayer Identification Number** (Attachment C) form enclosed with the RFP.  All items on this form must be completed. **(Do not number this page).**

4.  The Request for Taxpayer Identification Number form should be followed by the **Program Narrative**.  Number the pages of the Program Narrative, beginning the narrative with page 1. Page numbers should be aligned at the right corner in the bottom margin.  The Program Narrative must follow the outline prescribed in the RFP.

5.  The Program Narrative should be followed by a **Compensation for Providing Services Plan** as outlined in Section V.

6.  The Compensation for Providing Services Plan should be followed by a completed copy of the **Disclosure Statement**. All items on this form must be completed.

7.  The Disclosure Statement should be followed by a copy of the **current child placing agency license (Alabama) or a copy of the application submitted to State DHR to complete licensing by Tuesday, June 07, 2005.**

D.  WORK PRODUCT: The proposal must be the work product of the vendor.  If the proposal is determined not to be the work product of the vendor, the proposal may, at the Department's sole discretion, be rejected.

E.  PROPRIETARY INFORMATION: Proprietary information submitted to the Department in response to this RFP will be handled in accordance with the applicable procurement regulations and laws of the State of Alabama.  The vendor must clearly designate any page(s) to which it has a proprietary claim in the proposal by indicating on each page in bold type at the top and bottom as "Confidential" and include a confidentiality statement on the Proposal Cover Page.  There is no guarantee that pages marked "Confidential" will be kept confidential if disclosure of the information is required under Alabama Law.

Cost information shall not be confidential. Designating the entire proposal confidential or proprietary is not acceptable and may cause the Department to reject the proposal.

5

IV.    **PROGRAM NARRATIVE**

The Program Narrative must follow the specified format, which includes IV-A through IV-I, below. **(Not to exceed 50 pages)**

A.    ORGANIZATION INFORMATION AND MANAGEMENT STRUCTURE: Provide a brief summary about the applicant's organization, including the following:

1.    ORGANIZATION INFORMATION: Include the name of Organization, complete mailing address and street address or physical location of site, name, title and phone number of contact person.

2.    GOVERNING BOARD AND OTHER AGENTS: The names, titles and responsibilities of all of the applicant's governing board of directors, officers, and paid consultants, delineating each individual's role and relationship to the vendor.

3.    HISTORY: A brief history of the formation and development of the applicant's organization, with the date of incorporation or, if unincorporated, the date the business began; other programs operated in the past and currently; and prior names of the organization, if any. A description of all the services provided by the vendor, including the locations of service sites.

4.    MISSION STATEMENT: Provide a brief statement regarding the goals of the Organization or its' mission statement.

5.    MANAGEMENT STRUCTURE: Describe the management structure of the Organization to include the sub-units and the established chain of administrative command. Include an organizational chart. Ratios of staff to supervisors should be clearly indicated.

6.    FINANCIAL AUDIT: The date of the most recent financial audit and name of the audit firm.

7.    QUALIFICATIONS AND EXPERIENCE OF VENDOR: The vendor qualifications and experience for assuring the successful completion of the requirements of this RFP. It must include a description of past or current experience providing the proposed service and, as applicable, the rate of successful completion by previous program participants. A list of persons with addresses, telephone numbers and e-mail addresses who are familiar with the delivery of similar services by the vendor to the Department in the past or to other programs similar to that of the Department, if any. It must further describe any licenses and/or certifications held by the vendor.

B.    START UP PLAN: All vendors must provide a plan of action detailing the steps necessary to reach program operation including target dates. New programs will necessarily require a start up plan of greater scope but all proposals from providers with a current contract with the Department must include start up plans,

6

and must describe changes to the existing program structure as required to meet the terms of this RFP.

C.    REFERRAL, ADMISSION and EXCLUSION POLICY:

    1.    Describe specific target population of children accepted into the program, to include, age, sex and type(s) of behavior.

    2.    Describe specific policy and procedure for admission and intake including criteria for referral and acceptance into the program.

    3.    Describe specific criteria for exclusion from the program.

D.    SERVICE DELIVERY: Describe the delivery of service proposed by the vendor to meet, or exceed, the Core Services outlined in Attachment A of this RFP and the provisions of the *Therapeutic Foster Care Manual*. The proposal should outline how the agency will serve the birth family or relatives while the child is in the therapeutic out-of-home placement to reduce the length of stay. It is expected that a child should be ready to step-down in the level of service that is needed to meet his/her needs by six (6) months, at which time he may continue his treatment goals in the context of family. Should a child need a longer length of stay, the proposal should clearly define what the provider will do to ensure that goals are expeditiously achieved in a designated timeframe thereafter.

E.    TARGET AREA: Identify the geographic scope for the service by naming the **specific region** and specific counties within each identified region for which the service is proposed. Contracts will be awarded based on the following criteria:

    **Region 1:** (Pike, Barbour, Henry, Houston, Dale, Coffee, Covington, and Geneva Counties)    **62 slots**

    **Region 2:** (Mobile, Baldwin, Escambia, Monroe, Washington, Clarke and Choctaw Counties)    **125 slots**

    **Region 3:** (Autauga, Dallas, Lowndes, Montgomery, Wilcox, Crenshaw, Butler and Conecuh Counties)    **97 slots**

    **Region 4:** (Coosa, Tallapoosa, Chambers, Elmore, Macon, Lee, Bullock and Russell Counties)    **87 slots**

    **Region 5:** (Pickens, Tuscaloosa, Bibb, Perry, Hale, Greene, Sumter and Marengo Counties)    **88 slots**

    **Region 6:** (Jefferson, Shelby, Chilton, Talladega, Clay, Randolph and Cleburne Counties)    **413 slots**

    **Region 7:** (Marion, Lamar, Fayette, Walker, Winston, Cullman and Blount Counties)    **54 slots**

    **Region 8:** (St. Clair, Calhoun, Etowah, Cherokee, DeKalb and Marshall Counties)    **150 slots**

**Region 9:**    (Jackson, Madison, Morgan, Limestone, Lawrence, Lauderdale, Colbert and Franklin Counties) **134 slots**

Additionally, each county in a region must have at least two (2) therapeutic foster homes and more based upon the needs of the county. Madison, Walker, Etowah, Calhoun, Tuscaloosa, Jefferson, Lee, Montgomery, Dallas, Mobile, and Houston must have adequate resources to serve their children within their county boundaries.

F.    DISCHARGE POLICY:

    1.    Describe the process and criteria for reunification planning with children/families and coordination with the ISP Team; as well as pre-discharge and aftercare planning requirements. The proposal should explain the means that a child's placement will be tracked to the extent possible at 6-month, 12-month, 18-month and 24-month intervals post-discharge. It should also clearly delineate what aftercare services will be provided post-discharge. Services that will be provided to family to expedite the discharge of the child from the out-of-home placement should be clear and detailed.

    2.    State the program's policy on discharge prior to program completion, including emergency discharges.

    3.    State the program's policy concerning re-admission of children.

    4.    Provide an example of the program's process for moving children through the goals and objectives outlined in an ISP, to include provisions of "step down" to a less restrictive placement. The proposal must indicate how the agency will implement the step-down policy as outlined in the *Therapeutic Foster Care Manual.*

G.    PRIOR EXPERIENCE: Describe the Organization's prior history of providing the core service(s) and Family Services requirements outlined in Attachment A.

H.    STAFF QUALIFICATIONS, STAFF RECRUITMENT, JOB DESCRIPTIONS and TRAINING REQUIREMENTS:

    1.    Describe staffing patterns, including administrative and programmatic, and provide a brief rationale for the levels of staffing proposed.

    2.    Provide information regarding the qualifications, including education and licensure and experience required for Administrative, Program and Treatment staff. Include job descriptions for proposed positions.

    3.    Describe in detail the steps that the program owners and/or administrators take to ensure that all staff, regardless of level, have not been the subject of any incident or investigation which would call into question the propriety of that employee's working with this population of children. Provide documentation that each employee has had a criminal

background check. If an incident or allegation is reported, founded or unfounded, describe your organization's general procedure in this regard.

4.      Describe in detail the level of education, experience and training possessed by management level staff in the provision of services identified in this RFP. Specify the organization's staff development program regarding orientation and on going training for all staff.

5.      Describe how the organization will respond to critical incidents and emergencies with adequate staff on site within a reasonable timeframe. Provide a specific plan addressing emergencies and critical incident response.

6.      Describe the use of volunteers and interns within the organization and how they are selected and screened for background checks.

7.      Describe in detail the plans to meet the training requirements established in the Department's rules and training related to operating this selected program.

I.      REFERENCES: List all agencies (state, federal, local) for which the vendor has performed similar services outlined in this RFP. This list should include the names, addresses and telephone numbers of contact persons within those agencies responsible for contract monitoring. DHR will be responsible for contacting these agencies for reference information.

## V.    COMPENSATION FOR PROVIDING SERVICE

A.      As a part of the vendors response to the RFP, it is a requirement that you submit the total amount of compensation that the agency requires to provide this placement with the program requirements and core services outlined in Attachment A. The compensation should be listed as a daily rate per child and the number of beds offered at this rate.

B.      It is expected that all vendors, who are awarded contracts, as a result of this RFP, possess a thorough knowledge of Chapter 105 of the Medicaid Provider Manual. The vendor must certify that they have the capacity to bill Medicaid electronically for core services authorized on the ISP, or that they have a letter of intent that states their plan to reach this goal prior to awarding a contract for FY'06.

C.      Accordingly, the vendor should identify the portion of the daily rate submitted in Section V-A, above, that is proposed to be paid directly by the Department and the portion that the vendor will recover through "net Medicaid reimbursement". For the purpose of this provision, the "net Medicaid reimbursement" cannot exceed sixty six percent (66%) of the total compensation described in Section V-A above. The Department specifically reserves the right to determine the percentage of the total compensation that a vendor will be required to recover from "Net Medicaid Reimbursement" for Medicaid eligible children.

9

1.   "Net Medicaid Reimbursement" is determined by applying the Federal Medical Assistance Percentage (FMAP) to the total Federal Medicaid reimbursements received by the Department, as a result of Vendor billing, less a two percent (2%) administrative fee.

## VI.   SELECTION

A.   GENERAL:  The Department will review proposals received from eligible vendors in response to this RFP and, if a selection is made, will make its selection in accordance with the general criteria defined below.   Failure of the vendor to provide information required in the RFP may result in the disqualification of the proposal.

B.   REJECTION OF A PROPOSAL AS NON-RESPONSIVE: A proposal must meet the basic requirements for delivery of services in order to be considered in the selection process.   A proposal may be found non-responsive at any time during the selection process.   Once a proposal is determined to be non-responsive, no further consideration is given in the selection process to that proposal.   A proposal that is not presented in the required format, does not contain all the requested information, contains clearly erroneous information, or is deficient in any respect may be rejected as non-responsive and may receive no further consideration.

C.   **MANDATORY REQUIREMENTS: Failure of the vendor to meet the following mandatory requirements will result in the disqualification of the proposal.**

1.   Vendor must meet the deadline for receipt of proposal.

2.   Vendor must include a completed Taxpayer Identification Number form.

3.   Vendor must include a completed Disclosure Statement form.

4.   Vendor must possess a current Child Placing Agency license (Alabama) or submit an application with State DHR to complete licensing by June 07, 2005.

5.   Vendor must provide an original proposal, with original signature of person(s) legally authorized to bind the applicant to the proposal, plus the required number of copies per RFP document.

D.   BASIS OF SELECTION:  A scoring process, using detailed criteria, will be used to measure the degree to which each proposal meets the following general evaluation criteria, **with a maximum of 1000 points possible:**

1.   Organization Information and Management Structure as described in Section IV–A. (Maximum of 25 points)

2.   Start up Plan as described in Section IV-B.  (Maximum of 50 points)

3.   Referral, Admission and Exclusion Policy as described in Section IV-C. (Maximum of 75 points)

10

4.     Service Delivery as described in Section IV-D. (Maximum of 250 points)

5.     Target Area as described in Section IV-E. (Maximum of 50 points)

6.     Discharge Policy as described in Section IV-F. (Maximum of 75 points)

7.     Prior Experience as described in Section IV-G. (Maximum of 75 points)

8.     Staff Qualifications, Staff Recruitment, Job Descriptions and Training Requirements as described in Section IV-H. (Maximum of 150 points)

9.     References as described in Section IV-I. (Maximum of 50 points)

10.    Compensation for providing services as described in Section V (Maximum of 200 points)

11.    The Department may determine other criteria, in addition to, or in lieu of, the criteria described above, as the Department deems necessary and appropriate.

E.     HOLD BACK: As a guarantee for the delivery of services required by this RFP, and the acceptance by the Department of those services in accordance with the specifications set forth in the RFP, in the event the contractor fails to deliver or perform the said services to the Department's satisfaction, the Department reserves the right to withhold part or all of any funds committed by the Department under any contract that may result from a proposal submitted in response to this RFP and to cancel the said contract without any resulting liability, present and future, to the Department or to the State of Alabama.

## VII.   VENDOR CERTIFICATIONS

A.     By submitting a proposal in response to this RFP, the vendor warrants and represents to the Department that the vendor accepts and agrees with all of the terms and conditions of the RFP. Further, by so submitting the vendor certifies to the Department that the applicant is legally authorized to conduct business within the State of Alabama and to carry out the services described in this RFP, and that all of the following statements are true and correct.

B.     REVOLVING DOOR POLICY: Neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants or employees is a current employee of the Department, and none of the said individuals have been employees of the Department in violation of the revolving door prohibitions contained in the state of Alabama ethics laws.

C.     DEBARMENT: Neither the vendor nor any of the vendor's trustees, officers, directors, agents, servants or employees (whether paid or voluntary) is debarred or suspended or otherwise excluded from or ineligible for participation in federal assistance programs under Executive Order 12549, "Debarment and Suspension."

11

D.      STANDARD CONTRACT: The vendor will agree to the use of the Department's standard contract document.  The vendor will further comply with all the terms and conditions of that document, including, but not limited to, compliance with the Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, as amended, the Americans with Disabilities Act, Alabama Act No. 2000-775 (governing individuals in direct service positions who have unsupervised access to children), the Health Insurance Portability and Accountability Act of 1996 (HIPPA) as applicable, and all other federal and state laws, rules and regulations applicable to receiving funds from the Department to carry out the services described in this RFP.  Further, any contract executed pursuant to the RFP shall be subject to review by the Department's legal counsel as to its legality of form and compliance with State contract laws, terms and conditions, and may further be subject to review by the Alabama Legislative Contract Review Committee, Examiners of Public Accounts, the State Finance Director and the Office of the Governor.

E.      CHARITABLE CHOICE (applies to faith-based organizations only): The vendor will not use funds received from the Department for sectarian instruction, worship, proselytizing or for any other purely religious activities that are not directed toward the secular social goals related to the services described in this RFP.  The vendor will also serve all eligible members of the public without regard to their religious beliefs and, further, will not require clients' active participation in any religious practice.  (In carrying out the said services, the vendor will remain independent from federal, state and local governments; will retain control over the expression of its religious beliefs, and is NOT required to remove its religious writings or symbols or to alter its internal governance as a condition of doing business with the Department.)

F.      FINANCIAL ACCOUNTING: The vendor's accounting system is consistent with General Accepted Governmental Accounting Principles (GAAP).  Further, the vendor maintains sufficient financial accounting records to allow the vendor to account for and document the source and application of all funds from all sources, including, as applicable, required matching funds.

G.      FINANCIAL AUDIT: The vendor will, upon the Department's request, provide the Department a copy of its most recent financial audit report.  (The report should not be submitted with the proposal.)

H.      PROPOSAL LIFE: The proposal submitted to the Department in response to this RFP will be binding on the applicant for ninety (90) calendar days following the due date prescribed in the RFP.

12

## ATTACHMENT A

**DEFINITION:**  Therapeutic foster care (TFC) is a least-restrictive, community-based program for children whose special needs can be met through services delivered primarily by trained therapeutic foster parents working in partnership with the child, the child's family and the other members of the Individualized Service Planning Team. TFC is not meant to be a long-term placement option but should be an intervention, which serves to meet a child's specific treatment needs until he/she is able to step-down to a lower level of placement *as determined by the family's ISP.*

Children served in a TFC foster home must have a DSM-IV diagnosis on Axis I that would require the treatment and structure offered through a TFC placement. The diagnosis must have an accompanied behavior, which requires an out-of-home therapeutic foster home setting as determined by a standardized assessment tool implemented by State DHR. Only children who are in the custody of DHR may be served by this contract.

Families, whose children are placed in TFC, should be offered services, which are remedial in nature, to enable children to return home or to the home of relatives safely, where continued therapy will be provided to the family as a unit.

### CORE SERVICES FOR STANDARD TFC CATEGORY OF CARE

#### Services to Foster Children from the TFC Agency

- *Matching process for children and their families identifying needs of the child/family and strengths of prospective TFC parents for initial placements and moves within a TFC program. This includes a screening process to determine if a TFC referral is appropriate for therapeutic foster care services.
- *Pre-placement visits. As placements in TFC homes should not be a crisis placement, pre-placement visits should occur to make sound decisions for appropriate matching. Pre-placements visits must be documented as such in the child's and foster parent records at the TFC agency.
- *Schedule and coordinate the child's treatment plan; initial treatment plan within 10 days, comprehensive treatment plan within 30 days and reviews every 90 days. All treatment plans developed by the agency should be coordinated with the DHR county social worker and based upon the goals established in the child's Individualized Service Plan (ISP). The TFC agency is required to obtain a copy of the Comprehensive Family Assessment/Intake Evaluation form and an ISP from the referring county DHR office. **(DHR staff is required to complete Intake Evaluations on all children in TFC placements. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days.)**
- *Individual, weekly visit with the TFC child. **(This contact does not negate the requirement for DHR staff to make face-to-face contact minimally once per month with children in TFC placements.)**
- Monthly face-to-face or telephone contact with school (minimum) to monitor the child's progress.
- Monthly face-to-face or telephone contact with child and/or family therapist (minimum) to monitor progress in counseling.
- *Assist in referral to other programs/services the TFC child may need, as identified in the family's ISP, including the coordination of transportation to appointments, family visits and activities.

13

- Assist the child with the development or maintenance of skills by the provision of no more than 18 hours weekly of individual basic living skills training and no more than 5 hours per week of group basic living skills training to include but not limited to behavior education, money management, shopping, healthy lifestyles, stress management, meal preparation, personal hygiene, housekeeping, medication management, laundry and using public transportation. Individual goals in each of these therapeutic areas must be taken from needs identified as deficits for the child and should be authorized in the context of the ISP.
- Coordinate the child's involvement in at least one extracurricular activity, e.g., band, karate, various sports, Boy or Girl Scouts, etc. per the family's ISP. **(This does not include paying for the activity or materials required in the performance of the activity. DHR shall be responsible for payment of the activity from flex or other available local funds.)**
- *Attend ISPs and IEP's along with the child and therapeutic foster parents.
- Assist in the development of independent living skills, as identified in the ISP. **(DHR shall accept the fiscal responsibility for purchasing individual items to accomplish ILP goals.)**
- Provide monthly group therapy (counseling) sessions for TFC children by a qualified child and adolescent services professional in a face-to-face interaction where interventions are tailored toward achieving specific goals and/or objectives as identified in the family's ISP.
- Provide five hours per week of crisis intervention services, as needed, to alleviate a crisis for the child or to assist the family to alleviate a crisis for the child.
- *Discharge planning shall be a part of the agreement/ISP when a child first enters care with the TFC program.
- Maintain a no-reject/no-eject policy for children who meet program criteria.
- Provide a 14 day notice in the event a disruption should occur, as appropriate to the child's health and welfare.
- Regularly administer outcome measures, at a minimum of every 90 days.
- Monthly report to DHR describing services provided during the month and the child's progress toward achieving goals that are outlined in the treatment plan.
- Maintain regular communication with DHR, counselors, teachers and other persons relevant to the child that is being served by the program.
- Quality assurance component, which includes outcomes, measures for all children in the TFC program
- Ensure program compliance with <u>Minimum Standards for Child Placing Agencies</u>, <u>Minimum Standards for Foster Family Homes</u>, and the <u>Therapeutic Foster Care Manual.</u>
- *Assistance in creating a behavior management plan for the child with the other members of the ISP team. All TFC agencies shall maintain staff that have expertise in the development of such plans. **(DHR shall assume the responsibility that behavioral management plans have been completed on all children that require them.)**
- *Participation in the ISP team in determining goals for children and their families, including allowances, need for clothing, observance of special occasions, etc. **(DHR shall be fiscally responsible for clothing allowance above the board payment, allowances, gifts for special occasions, etc. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days)**

**<u>Services to Birth Families or Relatives of Children in TFC Placements:</u>**
- *Be an active participant in the assessment of parental functioning to assist the ISP team in determining treatment goals for a safe placement of the child back with the family, when return to parents is the goal, or with relatives, when relative placement is the goal.

14

- *Assist with the implementation of the goals of the family as identified in the ISP to expedite the child's safe return home. This will include making referrals to appropriate resources, when the agency is not able provide the service in-house.
- *Provide 2 hours per week of therapeutic visitation coaching with families and their children who are in TFC placements to assess the parents' ability to safely care for their children and to determine the progress (or lack thereof) in attaining the goals for re-unification or relative placement.
- *Provide family support to birth family as outlined in the ISP/Treatment Plan. This support includes the provision of services to assist the child's family members to understand the nature of the child's illness and how to help the child be maintained in the community by providing education about the child's illness, expected symptoms, medication management, parenting support, educational advocacy and/or to encourage school success, as identified in the family's ISP.

## Services to TFC Families From the TFC Agency:

- Daily difficulty of care payment as identified in the contract between the agency and the foster parent. A minimum daily rate of $16.00 per day is required. There is no requirement regarding the maximum a foster parent may be paid as a daily rate for care. All contracts between foster parents and the TFC agency are considered subcontracting arrangements and, therefore, require prior approval from State DHR. The standard document, not each individual document, is subject to this approval.
- Forty hours pre-service training, including GPS, to TFC families prior to licensure.
- Twenty-four hours of annual training to each TFC parent.
- Monthly support group/meeting for therapeutic foster parents.
- Ensure homes comply with <u>Minimum Standards for Foster Family Homes.</u>
- Conduct annual license renewal and semi-annual visits.
- Weekly face-to-face contact/support to foster families to strengthen their ability to provide a safe nurturing environment for the child.
- On-call crisis intervention.
- Forty-eight hours respite per month. For respite periods longer than 48 hours, the agency and foster parents shall have in their contractual agreement how respite will be paid. The county department will not be billed for respite.
- *Reimbursement for mileage to the TFC child's appointments, visits, etc. if the destination is outside a fifty (50) mile radius from the foster home. **(For special circumstances, which are clearly delineated in the ISP on rare occasions, county departments may authorize mileage to be paid through the county department.)**
- Assistance with transportation of child, when needed.
- Assistance with and ensuring that required Medicaid documentation of provided billable services is being properly maintained and in compliance with all policy and billing guidelines per the <u>Medicaid Provider Manual</u>, Medicaid Rehabilitative Services, Chapter 105.
- Have staff available to TFC families and children 7 days per week, 24 hours per day.

**\*All bulleted points (\*) require intense collaboration with DHR.**

**DHR will be responsible for many services that have traditionally been provided by TFC providers. These are highlighted in BOLD within the bulleted section above. Should the ISP team agree that these services are needed, and the TFC agency agrees to provide them, they must be authorized by the ISP document and an 1878 completed to authorize**

15

payment. **All services, whether core or ancillary, must be authorized by the ISP document with outcomes identified to a specific area of need.**

CORE SERVICES FOR STEP-DOWN TFC CATEGORY OF CARE **(contingent on 50% reduction in TFC provider's daily rate for Step-Down TFC category of care)**

### Services to Foster Children from the TFC Agency

- *Matching process for children and their families identifying needs of the child/family and strengths of prospective TFC parents for initial placements and moves within a TFC program. This includes a screening process to determine if a TFC referral is appropriate for therapeutic foster care services.
- *Schedule and coordinate the child's treatment plan; initial treatment plan within 10 days, comprehensive treatment plan within 30 days and reviews every 90 days. All treatment plans developed by the agency should be coordinated with the DHR county social worker and based upon the goals established in the child's Individualized Service Plan (ISP). The TFC agency is required to obtain a copy of the Comprehensive Family Assessment/Intake Evaluation form and an ISP from the referring county DHR office. **(DHR staff is required to complete Intake Evaluations on all children in TFC placements. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days.)**
- *Individual, *bi-weekly* visit with the TFC child. **(This contact does not negate the requirement for DHR staff to make face-to-face contact minimally once per month with children in TFC placements.)**
- Quarterly face-to-face or telephone contact with school (minimum) to monitor the child's progress.
- Quarterly face-to-face or telephone contact with child and/or family therapist (minimum) to monitor progress in counseling.
- *Assist in referral to other programs/services the TFC child may need, as identified in the family's ISP, including the coordination of transportation to appointments, family visits and activities.
- Assist the child with the development or maintenance of skills by the provision of no more than 9 hours weekly of individual basic living skills training and no more than 3 hours per week of group basic living skills training to include but not limited to behavior education, money management, shopping, healthy lifestyles, stress management, meal preparation, personal hygiene, housekeeping, medication management, laundry and using public transportation. Individual goals in each of these therapeutic areas must be taken from needs identified as deficits for the child and should be authorized in the context of the ISP.
- Coordinate the child's involvement in at least one extracurricular activity, e.g., band, karate, various sports, Boy or Girl Scouts, etc. per the family's ISP. **(This does not include paying for the activity or materials required in the performance of the activity. DHR shall be responsible for payment of the activity from flex or other available local funds.)**
- Attend ISPs and IEP's along with the child and therapeutic foster parents.
- *Provide family support with birth family/supervise family visitation as outlined in the ISP/Treatment Plan. This support includes the provision of services to assist the child's family members to understand the nature of the child's illness and how to help the child be maintained in the community by providing education about the child's illness, expected symptoms, medication management, parenting support, therapeutic visitation support, educational advocacy and/or to encourage school success, as identified in the family's ISP. It is expected that if the child's permanent plan is to return home, more time may be spent in family support when a child has reached a step-down level. **(DHR has the responsibility to**

16

**recruit traditional foster homes for children for who return to home or placement with relatives is not an option. It is not expected that all children in TFC shall step-down within the TFC program.)**

- Assist in the development of independent living skills, as identified in the ISP. **(DHR shall accept the fiscal responsibility for purchasing individual items to accomplish ILP goals.)**
- Provide group therapy (counseling) sessions, only as needed, for TFC children by a qualified child and adolescent  services professional in a face-to-face interaction where interventions are tailored toward achieving specific goals and/or objectives as identified in the family's ISP.
- Provide 3 hours per week of crisis intervention services, as needed, to alleviate a crisis for the child or to assist the family to alleviate a crisis for the child.
- *Discharge planning.
- Maintain a no-reject/no-eject policy for children who meet program criteria.
- Provide a 14 day notice in the event a disruption should occur, as appropriate to the child's health and welfare.
- Regularly administer outcome measures, at a minimum of every 90 days.
- Monthly report to DHR describing services provided during the month and the child's progress toward achieving goals that are outlined in the treatment plan.
- Maintain regular communication with DHR, counselors, teachers and other persons relevant to the child that is being served by the program.
- Quality assurance component, which includes outcomes, measures for all children in the TFC program
- Ensure program compliance with Minimum Standards for Child Placing Agencies, Minimum Standards for Foster Family Homes, and the Therapeutic Foster  Care Manual.
- *Assistance in creating a behavior management plan for the child with the other members of the ISP team. All TFC agencies shall maintain staff that have expertise in the development of such plans. **(DHR shall assume the responsibility that behavioral management plans have been completed on all children that require them.)**
- *Participation in the ISP team in determining goals for children and their families, including allowances, need for clothing, observance of special occasions, etc. **(DHR shall be fiscally responsible for clothing, allowances, gifts for special occasions, etc. Copies of the assessment and ISP MUST be provided to TFC agencies within 10 days)**

## Services to TFC Families From the TFC Agency:

- Daily difficulty of care payment as identified in the contract between the agency and the foster parent. A minimum daily rate of $8.00 per day is required. There is no requirement regarding the maximum a foster parent may be paid as a daily rate for care. All contracts between foster parents and the TFC agency are considered subcontracting arrangements and, therefore, require prior approval from State DHR. The standard document, not each individual document, is subject to this approval.
- Twenty-four hours of annual training to each TFC parent.
- Monthly support group/meeting for therapeutic foster parents.
- Ensure homes comply with Minimum Standards for Foster Family Homes.
- Conduct annual license renewal and semi-annual visits.
- *Bi-weekly* face-to-face contact/support to foster families to strengthen their ability to provide a safe nurturing environment for the child.
- On-call crisis intervention.

17

- Twenty-four (24) hours respite per month. For respite periods longer than 48 hours, the agency and foster parents shall have in their contractual agreement how respite will be paid. The county department will not be billed for respite.
- *Reimbursement for mileage to the TFC child's appointments, visits, etc. if the destination is outside a fifty (50) mile radius from the foster home. **(For special circumstances, which are clearly delineated in the ISP on rare occasions, county departments may authorize mileage to be paid through the county department.)**
- Assistance with transportation of child, when needed.
- Assistance with and ensuring that required Medicaid documentation of provided billable services is being properly maintained and in compliance with all policy and billing guidelines per the <u>Medicaid Provider Manual</u>, Medicaid Rehabilitative Services, Chapter 105.
- Have staff available to TFC families and children 7 days per week, 24 hours per day.

**\*All bulleted points (\*) require intense collaboration with DHR.**

**DHR will be responsible for many services that have traditionally been provided by TFC providers. These are highlighted in BOLD within the bulleted section above. Should the ISP team agree that these services are needed, and the TFC agency agrees to provide them, they must be authorized by the ISP document and an 1878 completed to authorize payment. All services, whether core or ancillary, must be authorized by the ISP document with outcomes identified to a specific area of need.**

18

**ATTACHMENT B**

**REQUEST FOR PROPOSALS re: THERAPEUTIC FOSTER CARE FOR CHILDREN**

The projected timetable is shown below; **all times are shown as Central time.** The Department reserves the right to amend the RFP timetable in the State's best interest. If the Department finds it necessary to change any of these activities/dates/times, all changes will be posted to the web at www.dhr.state.al.us. **Potential Vendors should refer to the web site often for changes to the RFP.**

Proposed Time Table:

| Activity | Date & Time | Location and/or Contact Staff |
|---|---|---|
| RFP Issued by DHR | February 28, 2005 5:00pm | Department of Human Resources Gordon Persons Bldg. – 2nd Floor 50 Ripley St. Montgomery, Al  36130-4000 Internet:  https://www.dhr.state.al.us |
| Deadline for Receipt of Written Letter of Intent to Propose | March 18, 2005 | Department of Human Resources Starr Stewart - Policy, Planning and Research Gordon Persons Bldg. – Suite 2104 50 Ripley St. Montgomery, Al  36130-4000 |
| Deadline for Receipt of Written Inquires from Proposers | March 18, 2005 5:00 p.m. | DHR - Attn: Starr Stewart Policy, Planning and Research Internet:  ssstewart@dhr.state.al.us |
| Deadline for DHR to Respond To Written Inquires | March 25, 2005 | Inquires will be posted on the DHR website. |
| Vendors Conference | March 29, 2005, 1:30pm – 3:30 p.m. | Department of Human Resources (Gordon Persons Building, Plaza Level – Auditorium ) |
| Deadline for Receipt of Proposals from Vendors | April 11, 2005 12:00 Noon | Starr Stewart - Policy, Planning and Research DHR – Gordon Persons Bldg. – Office # 2104 |
| Evaluation and Selection of Technical Proposals | April 18-22, 2005 | Starr Stewart (Scoring and Selection Teams will be established |
| Posting of Notice of Intent To Award a Contract(s) | May 05, 2005 5:00 p.m. | Starr Stewart - Policy, Planning and Research |
| Meeting with selected vendors | May 26, 2005 | Gary Mitchell, Program Manager Susan Ward, Director |
| All providers must have a current license or completed a Child Placing Agency license application | June 07, 2005 | Gloria Derico, Licensing |
| Finalize all Contract Documents & Budgets (Note: 3 yr. Contracts w/Annual Budgets) | August 05, 2005 | Susan Ward, Director Office of Contracts & Federal Claiming |
| Contract Start Date | October 1, 2005 | |

19

## ATTACHMENT C

**STATE OF ALABAMA**
**REQUEST FOR TAXPAYER IDENTIFICATION NUMBER**
**STATE COMPTROLLER'S OFFICE**

INSTRUCTIONS.    In order to receive payment by the State of Alabama, a correct tax identification number, name and address must be on our files.  To insure that accurate tax information is reported on Form 1099 for federal income tax purposes, please:

   1.      In PART 1 below provide your Tax Identification Number and check FEIN or SSN.  Also provide the name and address to which payments should be sent.  In addition, provide the name of the legal signatory authority for your organization (the individual authorized in your Constitution and/or By-laws to legally obligate the organization, for example, sign a contract on behalf of the organization).

   2.      Circle the business designation that identifies your type of trade or business in PART 2.
   3.      Sign and return this form as part of the response to the RFP:

PART 1 – TAXPAYER IDENTIFICATION NUMBER, NAME AND ADDRESS.

IDENTIFICATION NUMBER _____
Check one    _____    Federal Employer Identification Number (FEIN)
             _____    Social Security Number (SSN)

NAME OF ORGANIZATION: _____    PHONE : _____

LEGAL BUSINESS ADDRESS: _____

FAX:    _____    EMAIL: _____

NAME & TITLE OF LEGAL SIGNATORY AUTHORITY: _____

PART 2 – BUSINESS DESIGNATION.  Circle the designation that identifies your type of trade or business.

1 -    CORPORATION, PROFESSIONAL ASSOCIATION OR PROFESSIONAL CORPORATION    (A corporation formed under the laws of any state within the United States)
2 -    NOT FOR PROFIT CORPORATION (Section 501 (c) (3))
3 -    PARTNERSHIP, JOINT VENTURE, ESTATE OR TRUST
4 -    SOLE PROPRIETORSHIP OR SELF-EMPLOYED (Identification number must be Social Security Number)
5 -    NONCORPORATE RENTAL AGENT
6 -    GOVERNMENTAL ENTITY (City, County, State or U.S. Government)
7 -    FOREIGN CORPORATION OR FOREIGN NATIONAL OR OTHER FOREIGN ENTITY
       (A corporation or other foreign entity formed under the laws of a country other than the United States or an individual temporarily in the United States who pays taxes as a citizen of a country other than the United States.)

   NOTE:    Failure to complete and return this form may subject you to backup withholding in the amount of 20% of future payments pursuant to Section 3406, Internal Revenue Code.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THIS REQUEST AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

_____    _____    ( _____ )
SIGNATURE                   DATE          TELEPHONE NUMBER
                                          (If different from above)

_____
TITLE

### PLEASE INCLUDE FEDERAL IDENTIFICATION NUMBER ON ALL INVOICES

20

## ATTACHMENT D

## VENDOR DISCLOSURE STATEMENT

A completed copy of the Vendor Disclosure Statement is **a mandatory requirement** to this RFP.

A copy of the Vendor Disclosure Statement is included in all RFP documents that are mailed to vendors.

Note: If the potential vendor has downloaded the RFP document from the Department website, a copy of the Vendor Disclosure Statement can be downloaded from Alabama State Purchasing. The website address for State Purchasing is: www.purchasing.state.al.us.

21

ATTACHMENT E    ☉ Alabama Department of Human Resources ☉
**Therapeutic Foster Care Proposal Cover Page**

**Organization Information:**

Name of Organization:_____

Address:_____

City:_____ State:_____ Zip:_____

Telephone:(___)_____ Fax: (___)_____

e-mail address:_____

Federal Employer Identification Number (FEIN):_____

Name/title of Authorizing Official:_____

Signature of Authorizing Official:_____ Date:_____

**Contact Person Information:**

Name/title of program contact person:_____

Address:_____

City:_____ State:_____ Zip:_____

Email Address:_____

Telephone:(___)_____ Fax:(___)_____

**Target Information:**
*Indicate proposed target areas. Specify county/counties and proposed number of slots.*

Region 1: Counties_____ No. of Slot(s)_____

Region 2: Counties_____ No. of Slot(s)_____

Region 3: Counties_____ No. of Slot(s)_____

Region 4: Counties_____ No. of Slot(s)_____

Region 5: Counties_____ No. of Slot(s)_____

Region 6: Counties_____ No. of Slot(s)_____

Region 7: Counties_____ No. of Slot(s)_____

Region 8: Counties_____ No. of Slot(s)_____

Region 9: Counties_____ No. of Slot(s)_____

## PROPRIETARY STATEMENT

Indicate any page(s) to which vendor has a proprietary claim:_____

_____

_____

_____

State of Alabama Department of Human Resources

# VENDORS CONFERNECE SIGN-IN SHEET

Tuesday, March 29, 2005

Please print all information.

| | NAME | AGENCY | AGENCY ADDRESS | E-MAIL ADDRESS |
|---|---|---|---|---|
| 1 | James Begum | UMCH | P O Box 830-Selma, AC | Jaykune@umchalisk.com |
| 2 | Carmen Beaudoin | Therapeutic Programs | 2900 McGehee Rd Mtgmy | Cbeaudoin@mnw.net |
| 3 | Mandy M. Bery | Mently Plus | 3805 Dale Ave Hudson AL | |
| 4 | Wendy Smyth | SAFY | | |
| 5 | Genea Thomas | Success Family Home Inc | P.O. Box 23055D Monta Al | Henry@Hkshop.com |
| 6 | Darlene Davis | Children & Families First of AL | 4605 Cloverdale Rd Houston | athomas@Serein ch.com |
| 7 | Rosemary Drisker | LCVDC | 1716 Cottowood Ct Auburn, AL | darlene.davis@ull.com |
| 8 | Jayne Wagler | LCVDC | 1401 20th St So Bham 3 | rbrisham@LCVDC.org |
| 9 | Donice B Taylor | Good will Live, CDC | 3000 Pleasant Valley Rd Albe | jwgofler@gway.org |
| 10 | D. Salom | New Way Obt. | P.O. Box 19533 Mobile 36 | dsalom.2004@Yaloo.Cem |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Family Services - Therapeutic Foster Care


EXHIBIT
5

State of Alabama Department of Human Resources

# VENDORS CONFERNECE SIGN-IN SHEET

Tuesday, March 29, 2005
Please print all information.

| | NAME | AGENCY | AGENCY ADDRESS | E-MAIL ADDRESS |
|---|---|---|---|---|
| 1 | Sarah (Sam) Dellinger | TPI | 2900 MC Gehee Rd Mad 36111 | |
| 2 | Steve Andrews | Ability Plus | 3805 Dr LakDr. HSU Al 3880— | Andrewcw@aol.com |
| 3 | Alison Mills | Ability Plus | 400 Cotton Gin Rd. Mont. AL 36117 | amills@abrcajfh.com |
| 4 | Kathy Gass | Seracc Family Homes Inc. | | |
| 5 | Shell Elrod | The Mentor Network | 18 Exec Park Suite 1823 Atlanta GA 30329 | Kathy.gass@thementornet... |
| 6 | Sylvia Davis Hall | | | |
| 7 | | New Look Out | Mobile AL | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Family Services - Therapeutic Foster Care

State of Alabama Department of Human Resources

# VENDORS CONFERNECE SIGN-IN SHEET

Tuesday, March 29, 2005
Please print all information.

| | NAME | AGENCY | AGENCY ADDRESS | E-MAIL ADDRESS |
|---|---|---|---|---|
| 1 | *illegible signature* | *illegible* | *illegible* | *illegible* |
| 2 | *illegible* | | | |
| 3 | *illegible* | TPI | 2800 McGehee Montgom | mitchellw2@new.net |
| 4 | BL Wayne | TPI | 2900 McGehee Rd | hayneb@mail.rt |
| 5 | Sandra Edward | SAFY | 477D Wetherly Blvd | edwards630 softy.org |
| 6 | Suzi Law | Unver | PO Box 830 Selma AL | PS(5716(Q) aol.com.org |
| 7 | Edith Williams | Look and Live Chir. | 3060 Pleasant Valley Rd Mobile | gpreaves@bellsouth.net |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Family Services – Therapeutic Foster Care

State of Alabama Department of Human Resources

# VENDORS CONFERNECE SIGN-IN SHEET

Tuesday, March 29, 2005
Please print all information.

| | NAME | AGENCY | AGENCY ADDRESS | E-MAIL ADDRESS |
|---|---|---|---|---|
| 1 | Mary B Birkley | FIT Homes | PO Box 1210 Daphne AL 36526 | bkirkley@fithomes.org |
| 2 | Nathaniel Poynor | St Johns - CSS | 601 Bellard Blvd NE Huntsville AL 36601 | nhordnell@cssnorthsice.org |
| 3 | Bonnie Porter | UMCH - TFC | P.O. Box 209D Enterprise AL 36367 | wmchtfc@gulftel.com |
| 4 | Sam Olurokeu | TPI | 2500 McGehee Rd | |
| 5 | Hestience Enminda | Youth Villages | 9258 Mobis Hwy Madison AL | hestience.enyinda@youthvillages.org |
| 6 | Carolyn Nyanlalo | Camelllops Agency | P. O. Box 788 PC KC 36608 | ctfag@CSJ.com |
| 7 | Clara Pribble | TPI | 2500 McGehee Rd Montgomery | price@mrw.net |
| 8 | Martha Myers | LCFDC | 1109 Spring Dr Opelika | mmyers@lcydc.org |
| 9 | Ophelia Underwood | NBA Christian Service | P.O Box 2017 Selma | s/underwood@bellsouth.net |
| 10 | Curtis W. Shiver | NBA Christian Service | | |
| 11 | Ophelia W. Underwood | Camellia Zth | 2310 Cooperal Rd Lot PH 17 | |
| 12 | Cathy Sims | Serenity Family Homes Inc | 440 Cotton Gin Rd | Asecurity@Serenityfh.com |
| 13 | Candee J. Lewis | Crossing Points at Alabama Children | P.O. Box 50203 Mobile AL 36605 | Jocht YO@Comcast.net |
| 14 | Tom Schindler | GATEway | 1401 South 20th St. Birmingham AL 35205 | tschindlereguidy.org |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Family Services – Therapeutic Foster Care

# Alabama Department of Human Resources

## Receipt of Proposal Log

PROPOSAL DUE DATE: Monday, April 11, 2005 by 12:00 Noon

**Please print all information**

| # | DATE/TIME DELIVERED | AGENCY | DELIVERY PERSON | E-MAIL ADDRESS |
|---|---|---|---|---|
| 1 | April 5, 2005 4:35 p.m. | Camelia Therapeutis | DR. Joseph Allah | c-ta2r@cs.com |
| 2 | April 7, 2005 9:50 am | NBACSA | Cynthia M. Mason | cynmason@bellsouth.net |
| 3 | April 7, 2005 9:54 am | Benita-Parish TFC | Rebecca Winborn 161 | rwimborn@css.ua.edu |
| 4 | 4/7/05 16:05 | CATHOLIC Social Services-St Joseph Home | Armando Soria | Msoman@css.mobile.org |
| 5 | 4/07/05 2:15 pm | FIT Homes Inc. | Mary B. Kirkley | bkirkley@fithomes.org |
| 6 | 4/8/05 9:30 am | Success Homes | Fred Fox | |
| 7 | 4/8/05 12:55 | Gateway | Phyllis Montgomery | arb@way.org  (2 proposals |
| 8 | 4/8/05 1:04 pm | Eagle Rock Boys Ranch | James McDowell | James@eaglerockboysranch.com |
| 9 | 4-8-05 2:38 pm | SAFY | Sandra Edwards | edwards@safy.org |
| 10 | 4-8-05 3:23 pm | Seracy Family Hms Inc | Jane Nichols | jnichols@serefth.com |
| 11 | 4-8-05 12:55 pm | Gateway | Phyllis Montgomery | arb@way.org (2 propos'ls |
| 12 | 4/11/05 2:08 pm | New Way Out Corporation | David Solomon | DPetway2004@Yahoo.com |
| 13 | 4/11/05 9:16 | Therapeutic Approaches Inc. | Way Mitchell | mitchellwm@bellsouth.net |
| 14 | 4/11/05 9:16 | Phoenix Homes | Lisa Field | field@phoenixfosterhomes.com |
| 15 | 4/11/05 9:48 | Youth Villages | Brenda Stanton | brenda.stanton@youthvillages.org |
| 16 | 4/11/05 10:12 am | Lee Co. Youth Dev. Center | Martha M. Veasy | mmveasy@lcydc.org |
| 17 | 4/11/05 10:30 am | Ability Plus Inc. | George A. Roberts | carisa.taylor@ability-plus.org |
| 18 | 4/11/05 10:30 am | Wiregrass United Methodist | Kathleen Fitzgerald | kfredericks@winmethodist.net |
| 19 | 4/11/05 10:37 | Mountain View Family Services | Seattle M. Biddy | nsbiddy@vajond.net |
| 20 | 4/11/05 10:48 | Family Values Network | Jean Podesta | podestajean@aol.com |
| 21 | 4/11/05 11:32 | Child & Family Services | Toni D. Cannon | |
| 22 | 4/11/05 1:36 | Children & Family First of Alabama | Darlene Davis | darlenedavis@bellsouth.net |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

EXHIBIT 6

State of Alabama Department of Human Resources

## RFP Log Form

Please print all information.

| | DATE/TIME DELIVERED | AGENCY | DELIVERY PERSON | E-MAIL ADDRESS |
|---|---|---|---|---|
| 1 | April 5 2005 12:50 pm | United Meth. Children's Home | Suzi Law | psls716@aol.com |
| 2 | April 7, 2005 | The MacArx Network | Fed Ex | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Family Services – Therapeutic Foster Care