IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, etc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv735-MHT |
| THE ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (Doc. No. 35) are set for submission, without oral argument, on June 20, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 1st day of June, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE