IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, REPRESENTED BY JOSEPH APPIAH, CHAIRMAN THERAPEUTIC FOSTER CHILDREN, FOSTER PARENTS AND STAFF | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO 2:06cv735-MHT ) |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES | ) ) ) |
| Defendant. | ) |

## NOTICE OF INFORMATION REQUESTED AT PRETRIAL CONFERENCE

**COMES NOW**, Plaintiff, Camellia Therapeutic Foster Agency, LLC, pursuant to this Court's request at the Pretrial Conference held today, October 18, 2007, and files the scores for Camellia Therapeutic Foster Care Agency from all five evaluators for the February 2005 Request for Proposal. Plaintiff shows the following:

### CAMELLIA FOSTER CARE AGENCY SCORES

| Score | Initials of Evaluator | Signature of Evaluator | Date of Evaluation |
|---|---|---|---|
| 1. 887.5 | BO | NONE | NO DATE |
| 2. 932.5 | KR | NONE | NO DATE |
| 3. 682.5 | JH | NONE | 04/18/05 |
| 4. 769.0 | ? * | NONE | 04/19/05 |
| 5. 495.0 | JW | NONE | NO DATE |

- Evaluator with score 769 appears to have the initials JS, but those initials do not match any of the five names of evaluators.

**CHART OF JOYCE WILSON'S SCORES**

| Joyce Wilson (Evaluator) | Score Given in Response to February 2005 RFP |
|---|---|
| 1. Camellia Therapeutic Foster Care Agency | 495 |
| 2. Wilmer Hall | 860 |
| 3. UMCA | 911.25 |
| 4. Child & Family Services | 820 |
| 5. NBA Christian Services For Children in Alabama | 846.25 |
| 6. SAFY | 872.5 |
| 7. Etowah Youth Services/Eagle Rock | 840 |
| 8. Gateway the Alliance | 868.75 |
| 9. Gateway | 840 |
| 10. Seraaj | 813.75 |
| 11. Ability Plus, Inc. | 545 |
| 12. Alabama Mentor | 830 |
| 13. Families in Transition | 782.5 |
| 14. Youth Village | 838.75 |

This is only a partial list, but the best I can do with the information I have. These are the only scores that have Joyce Wilson's initials. There are other score sheets with no initials. None of them have signatures, even though there is a signature line on the back sheet of every score packet. Very few are dated. Of the fourteen (14) that we do have with Joyce Wilson's initials, eleven were scored above 800 and Plaintiff has the lowest score of all.

Respectfully submitted this 18th day of October 2007.

　　　　　　　　　　　　　　　　　　　　　___/s/ Kathryn Dickey_____
　　　　　　　　　　　　　　　　　　　　　Kathryn Dickey (ASB8797-d57k)
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　322 Alabama Street
　　　　　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　　　　　(334) 262-0728
　　　　　　　　　　　　　　　　　　　　　(334) 265-7696  fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following by filing the same with the Clerk of the Court October 18, 2007, using the CM/ECF filing system which will send notification of such filing to the following:

Honorable James Long
Assistant Attorney General
State of Alabama Department of Human Resources
Legal Office
P.O. Box 304000
Montgomery, AL  36130-4000


   /s/ Kathryn Dickey
OF COUNSEL