IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC.<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )   2:06cv735-MHT(WO)<br>) |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES,<br>    Defendant. | )<br>)<br>) |

## NOTICE OF APPEAL

COMES NOW, Plaintiff and does hereby give Notice to all parties that it is appealing the Middle District's final Order of November 5, 2007, granting Summary Judgment for Defendant. Said appeal will lie with the Eleventh Circuit Court of Appeals.

Defendant/Appellee's Attorney of Record is

>   James Long, Esq.
>   Deputy Attorney General
>   50 Ripley St.
>   Montgomery, AL  36130-4000

Respectfully Submitted, this 5th day of December, 2007.

_____<br>
Raymond Jackson (JAC054)<br>
Scott Crouse (CRO085),<br>
Attorneys for Appellant

OF COUNSEL
Jackson Law Group
PO Box 3575
Auburn, AL 36830
334-821-0600 (phone)
334-821-1950 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon all counsel of record via EMCS system and/or First Class U.S. Mail at the following address(es):

>James Long, Esq.
>Deputy Attorney General
>50 Ripley St.
>Montgomery, AL  36130-4000

                                                          /s/ [signature]
                                                          OF COUNSEL