DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001484
Cashier ID: brobinso
Transaction Date: 12/10/2007
Payer Name: RAYMOND L JACKSON JR
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RAYMOND L JACKSON JR
 Case/Party: D-ALM-2-06-CV-000735-001
 Amount:        $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 1300
 Amt Tendered:  $455.00
-----------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00