IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CAMELLIA THERAPEUTIC FOSTER AGENCY, LLC, etc., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:06cv735-MHT (WO) |
| THE ALABAMA DEPARTMENT OF HUMAN RESOURCES, | ) ) ) | |
| Defendant. | ) | |

## ORDER

It has come to the court's attention that a typographical omission appears on page 15 of the final opinion entered on November 5, 2007 (Doc. No. 49). Specifically, the opinion reads, "These scoring data, therefore, do support a finding of racial discrimination." It is apparent from the full context that the sentence should instead read, "These scoring data, therefore, do not support a finding of racial discrimination." Thus, because this case is now on appeal, it is ORDERED that, pursuant to Federal Rule of Civil Procedure 60(a), this court requests leave of the Eleventh Circuit Court of

Appeals to correct the typographical error in its opinion as indicated above.

The clerk of this court is DIRECTED to forward a copy of this order to the Eleventh Circuit Court of Appeals.

DONE, this the 3rd day of January, 2008.


                      /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE